# EXHIBIT B

# GIBBS LAW GROUP
### L L P

February 9, 2021

Thomson Reuters America Corporation
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Re:   **Thomson Reuters Litigation**

To the attention of Thomson Reuters America Corporation:

Please find enclosed the Minutes and Order re Complex Designation in *Brooks v. Thomson Reuters Corporation*. We are serving the Minutes and Order re Complex Determination on Thomson Reuters America Corporation as the "general manager in this state" for Thomson Reuters Corporation. See Cal. Corp. Code § 2110; *Yamaha Motor Co. Ltd. v. Super. Ct.*, 174 Cal. App. 4th 264, 274-75 (2009).

                                        Yours truly,

                                        */s/ Jeffrey Kosbie*
                                        Jeff Kosbie

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse

| Brooks | No. RG20082878 |
|---|---|
| Plaintiff/Petitioner(s) | |
| VS. | Minutes |
| Thomson Reuters Corporation | |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

Department  21                          Honorable  Winifred Y. Smith        , Judge

Cause called for: Complex Determination Hearing on February 03, 2021.

COMPLEX DETERMINATION

The Court designates this case as complex pursuant to Rule 3.400 et seq. of the California Rules of Court. Counsel are advised to be familiar with the Alameda County Local Rules concerning complex litigation, including Rule 3.250 et seq. An order assigning the case to one of the three complex judges and an initial case management order will be issued.

COMPLEX CASE FEES

Pursuant to Government Code section 70616, any non-exempt party who has appeared in the action but has not paid the complex case fee is required to pay the fee within ten days of the filing of this order. The complex case fee is $1,000 for each plaintiff or group of plaintiffs appearing together and $1,000 PER PARTY for each defendant, intervenor, respondent or other adverse party, whether filing separately or jointly, up to a maximum of $18,000 for all adverse parties. All payments must identify on whose behalf the fee is submitted. Please submit payment to the attention of the Complex Litigation Clerk located in the Civil Division at the Rene C. Davidson Courthouse, 1225 Fallon Street, Oakland, CA  94612.  Please make check(s) payable to the Clerk of the Superior Court. Documents may continue to be filed as allowed under Local Rule 1.9. Note that for those admitted pro hac vice, there is also an annual fee. (Gov't Code section 70617.)

PROCEDURES

Calendar information, filings, and tentative rulings are available to the public at http://www.alameda.courts.ca.gov/domainweb/.   All counsel are expected to be familiar and to comply with pertinent provisions of the Code of Civil Procedure, the California Rules of Court, the Alameda County Superior Court Local Rules and the procedures outlined on the domain web page of the assigned department.

SERVICE OF THIS ORDER

Counsel for plaintiff(s) shall have a continuing obligation to serve a copy of this order on newly joined parties defendant not listed on the proof of service of this order and file proof of service. Each party defendant joining any third party cross-defendant shall have a continuing duty to serve a copy of this order on newly joined cross-defendants and to file proof of service.

Minutes of  02/03/2021
Entered on  02/03/2021

      Chad Finke  Executive Officer / Clerk of the Superior Court

By  *C. W* [signature]
_____
                                Deputy Clerk

Gibbs Law Group LLP
Attn: Mura, Andre M.
505 14th Street
Suite 1110
Oakland, CA   94612

Thomson Reuters Corporation

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| Brooks | |
|---|---|
| Plaintiff/Petitioner(s) | No. RG20082878 |
| VS. | Order |
| Thomson Reuters Corporation | Complaint Business Tort/Unfair Business Practice |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

The Complex Determination Hearing was set for hearing on 02/03/2021 at 09:00 AM in Department 21 before the Honorable Winifred Y. Smith. The Tentative Ruling was published and has not been contested.

IT IS HEREBY ORDERED THAT:

The tentative ruling is affirmed as follows: COMPLEX DETERMINATION

The Court designates this case as complex pursuant to Rule 3.400 et seq. of the California Rules of Court. Counsel are advised to be familiar with the Alameda County Local Rules concerning complex litigation, including Rule 3.250 et seq. An order assigning the case to one of the three complex judges and an initial case management order will be issued.

COMPLEX CASE FEES

Pursuant to Government Code section 70616, any non-exempt party who has appeared in the action but has not paid the complex case fee is required to pay the fee within ten days of the filing of this order. The complex case fee is $1,000 for each plaintiff or group of plaintiffs appearing together and $1,000 PER PARTY for each defendant, intervenor, respondent or other adverse party, whether filing separately or jointly, up to a maximum of $18,000 for all adverse parties. All payments must identify on whose behalf the fee is submitted. Please submit payment to the attention of the Complex Litigation Clerk located in the Civil Division at the Rene C. Davidson Courthouse, 1225 Fallon Street, Oakland, CA 94612. Please make check(s) payable to the Clerk of the Superior Court. Documents may continue to be filed as allowed under Local Rule 1.9. Note that for those admitted pro hac vice, there is also an annual fee. (Gov't Code section 70617.)

PROCEDURES

Calendar information, filings, and tentative rulings are available to the public at http://www.alameda.courts.ca.gov/domainweb/. All counsel are expected to be familiar and to comply with pertinent provisions of the Code of Civil Procedure, the California Rules of Court, the Alameda County Superior Court Local Rules and the procedures outlined on the domain web page of the assigned department.

SERVICE OF THIS ORDER

Counsel for plaintiff(s) shall have a continuing obligation to serve a copy of this order on newly joined parties defendant not listed on the proof of service of this order and file proof of service. Each party defendant joining any third party cross-defendant shall have a continuing duty to serve a copy of this order on newly joined cross-defendants and to file proof of service.

Dated: 02/03/2021

*Winifred Y. Smith* (Facsimile)

Judge Winifred Y. Smith