# EXHIBIT C

THE SUPERIOR COURT OF CALIFORNIA

# COUNTY OF ALAMEDA

Select Language ▼ | *Español* | *Tiếng Việt* | ਪੰਜਾਬੀ | 简体中文 | 繁體中文

Log In

## DomainWeb
*your resource for case filing information*

Buy Credits
0 Credit(s)      Checkout (0 item(s))

DomainWeb  |  How This Site Works  |  FAQ

## Case Details

**Case Number: RG20082878**       **Title: Brooks VS Thomson Reuters Corporation**

| Case Summary | **Register of Action** | Participants | Tentative Rulings |
| Future Hearings | Minutes |

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| 2/10/2021 | Proof of Service Filed | 1 | $1.00 | Half Page Preview | ☐ |
| 2/3/2021 | Motion Granted | 2 | $2.00 | Half Page Preview | ☐ |
| 2/3/2021 | Complex Determination Hearing Commenced and Completed | 2 | $2.00 | Half Page Preview | ☐ |
| 2/1/2021 | Proof of Service on Complaint As to Thomson Reuters Corporation Filed | 1 | $1.00 | Half Page Preview | ☐ |
| 1/6/2021 | Case Management Conference 03/03/2021 09:00 AM D- 21 | 2 | | View | |

| Date | Description | Pages | Price | | Select |
|---|---|---|---|---|---|
| 1/6/2021 | Complex Determination Hearing 02/03/2021 09:00 AM D- 21 | | | | |
| 12/3/2020 | Summons on Complaint Issued and Filed | 1 | $1.00 | Half Page Preview | ☐ |
| 12/3/2020 | Complex Designation Requested | | | | |
| 12/3/2020 | Complaint Business Tort/Unfair Business Practice Filed | 23 | $14.00 | Half Page Preview | ☐ |
| 12/3/2020 | Civil Case Cover Sheet Filed for Cat Brooks | 3 | $3.00 | Half Page Preview | ☐ |

Page: 1 of 1

Add Item(s) to buy

Back to Search Results

Feedback    Use and Privacy Policy    System Requirements    Contact Us    ® 2021 - Superior Court of California, County of Alameda