Susan D. Fahringer, Bar No. 21567
SFahringer@perkinscoie.com
Nicola C. Menaldo, WA Bar No. 44459
(*pro hac vice* application forthcoming)
NMenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Gabriella Gallego, Bar No. 324226
GGallego@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Defendant
Thomson Reuters Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No.  4:21-cv-1418<br><br>**DEFENDANT THOMSON REUTERS CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15** |

1  Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Defendant Thomson Reuters Corporation certifies that no publicly held corporation owns 10% or more of Thomson Reuters Corporation's outstanding stock and that no parent corporation exists.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: West Publishing Corporation, which is the entity that sells the CLEAR service at issue in the complaint.

DATED: February 26, 2021

**PERKINS COIE LLP**

By: */s/ Susan Fahringer*
    Susan Fahringer, Bar No. 21567
    SFahringer@perkinscoie.com

Attorneys for Defendant
Thomson Reuters Corporation