Susan D. Fahringer, Bar No. 21567
SFahringer@perkinscoie.com
Nicola C. Menaldo, WA Bar No. 44459
(*pro hac vice* application forthcoming)
NMenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Gabriella Gallego, Bar No. 324226
GGallego@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Defendant
Thomson Reuters Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 4:21-cv-1418<br><br>**PROOF OF SERVICE**<br><br>[Removed from the Superior Court of the State of California for the County of Alameda, Case No. RG20082878]<br><br>Complaint Filed: December 3, 2020 |

 I, Nikki DyFoon, declare:

 I am a citizen of the United States and employed in Santa Clara County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address

is 3150 Porter Drive, Palo Alto, California 94304-1212.  February 26, 2021, I served a copy of the within document(s):

**Defendant Thomson Reuters Corporation's Notice of Filing Removal and Removal to Federal Court**

**Notice of Appearance - Susan Fahringer**

**Defendant Thomson Reuters Corporation's Corporate Disclosure Statement and Certification of Interested Entities or Persons Under Fed. R. Civ. P. 7.1 And Civ. L.R. 3-15**

**Civil Cover Sheet**

**Proof of Service**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Palo Alto, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed <u>Federal Express</u> envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal Express</u> agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via my electronic service address (ndyfoon@perkinscoie.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Eric H. Gibbs<br>Andrew M. Mura<br>Amanda M. Karl<br>Jeffrey B. Kosbie<br>Gibbs Law Group<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Fax: (510) 350-9701<br>ehg@classlawgroup.com<br>amm@classlawgroup.com<br>amk@classlawgroup.com<br>jbk@classlawgroup.com<br><br>*Attorneys for Plaintiffs* | Jennifer D. Bennett<br>Neil K. Sawhney<br>GUPTA WESSLER PLLC<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(415) 573-0336<br>jennifer@guptawessler.com<br>neil@guptawessler.com<br><br>*Attorneys for Plaintiffs* |

| | |
|---|---|
| Benjamin Elga (pro hac vice forthcoming) | Albert Fox Cahn (pro hac vice forthcoming) |
| Alice Buttrick (pro hac vice forthcoming) | SURVEILLANCE TECHNOLOGY |
| JUSTICE CATALYST LAW INC. | OVERSIGHT PROJECT |
| 81 Prospect St., 7th Floor | 40 Rector Street, 9th Floor |
| Brooklyn, NY 11201 | New York, NY 10006 |
| (518) 732-6703 | albert@stopspying.org |
| belga@justicecatalyst.org | |
| abuttnck@justicecatalyst.org | *Attorneys for Plaintiffs* |

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 26, 2021, at Palo Alto, California.

_____
Nikki DyFoon

Case No. 4:21-cv-1418 -3- Proof of Service