1   Susan D. Fahringer, Bar No. 162978
    SFahringer@perkinscoie.com
2   Nicola C. Menaldo, WA Bar No. 44459
    (*pro hac vice* application pending)
3   NMenaldo@perkinscoie.com
    PERKINS COIE LLP
4   1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
5   Telephone:  206.359.8000
    Facsimile:  206.359.9000
6
    Gabriella Gallego, Bar No. 324226
7   GGallego@perkinscoie.com
    PERKINS COIE LLP
8   3150 Porter Drive
    Palo Alto, CA  94304-1212
9   Telephone:  650.838.4300
    Facsimile:  650.838.4350
10
11  Attorneys for Defendant
    Thomson Reuters Corporation
12

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15                    **OAKLAND DIVISION**

16

17  CAT BROOKS and RASHEED                Case No. 4:21-cv-1418-KAW
    SHABAZZ, individually and on behalf of
18  all others similarly situated,            **AMENDED PROOF OF SERVICE**

19                  Plaintiffs,

20        v.

21  THOMSON REUTERS CORPORATION,

22                  Defendant.

23

24

25        I, Nikki DyFoon, declare:

26        I am a citizen of the United States and employed in Santa Clara County, California.  I am

27  over the age of eighteen years and not a party to the within-entitled action.  My business address

28

    Case No. 4:21-cv-1418-KAW                              Amended Proof of Service

1    is 3150 Porter Drive, Palo Alto, California 94304-1212.  February 26, 2021 I served a copy of the

2    within document(s):

3        **Defendant Thomson Reuters Corporation's Notice of Filing**
         **Removal and Removal to Federal Court**
4
5        **Defendant Thomson Reuters Corporation's Corporate**
         **Disclosure Statement and Certification of Interested Entities or**
         **Persons Under Fed. R. Civ. P. 7.1 And Civ. L.R. 3-15**
6
7        **Civil Cover Sheet**

8        **Proof of Service**

9
☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
10        forth below on this date before 5:00 p.m.

11
☐    by placing the document(s) listed above in a sealed envelope with postage thereon
         fully prepaid, the United States mail at Palo Alto, California addressed as set forth
12        below.

13
☒    by placing the document(s) listed above in a sealed <u>Federal Express</u> envelope and
         affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal</u>
14        <u>Express</u> agent for delivery.

15
☐    by personally delivering the document(s) listed above to the person(s) at the
16        address(es) set forth below.

17
☒    by transmitting via my electronic service address (ndyfoon@perkinscoie.com) the
         document(s) listed above to the person(s) at the e-mail address(es) set forth below.
18

19   Eric H. Gibbs                              Jennifer D. Bennett
     Andrew M. Mura                             Neil K. Sawhney
20   Amanda M. Karl                             GUPTA WESSLER PLLC
     Jeffrey B. Kosbie                          100 Pine Street, Suite 1250
21   Gibbs Law Group                            San Francisco, CA 94111
     505 14th Street, Suite 1110                (415) 573-0336
22   Oakland, CA 94612                          jennifer@guptawessler.com
     Telephone: (510) 350-9700                  neil@guptawessler.com
23   Fax: (510) 350-9701
     ehg@classlawgroup.com                      *Attorneys for Plaintiffs*
24   amm@classlawgroup.com
     amk@classlawgroup.com
25   jbk@classlawgroup.com

26
     *Attorneys for Plaintiffs*
27

28

---

Case No. 4:21-cv-1418-KAW              -2-                    Amended Proof of Service

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Benjamin Elga (pro hac vice forthcoming)
Alice Buttrick (pro hac vice forthcoming)
JUSTICE CATALYST LAW INC.
81 Prospect St., 7th Floor
Brooklyn, NY 11201
(518) 732-6703
belga@justicecatalyst.org
abuttrick@justicecatalyst.org

*Attorneys for Plaintiffs*

Albert Fox Cahn (pro hac vice forthcoming)
SURVEILLANCE TECHNOLOGY
OVERSIGHT PROJECT
40 Rector Street, 9th Floor
New York, NY 10006
albert@stopspying.org

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of California that the above

is true and correct.

Executed on March 1, 2021, at Palo Alto, California.

_____

Nikki DyFoon