Susan D. Fahringer, Bar No. 21567
SFahringer@perkinscoie.com
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Anna M. Thompson, *pro hac vice*
AnnaThompson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Gabriella Gallego, Bar No. 324226
GGallego@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Thomson Reuters Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-1418-EMC<br><br>**PROOF OF SERVICE** |

I, Nicola Menaldo, declare:

I am a citizen of the United States and employed in Seattle, Washington. I am over the age of eighteen years and counsel to the defendant in the above-entitled action. My business address is 1201 Third Avenue, Seattle, Washington 98101. On April 2, 2021 I served a copy of the following document(s):

**Civil Standing Order - General U.S. District Judge Edward M. Chen**

**Civil Standing Order on Discovery U.S. District Judge Edward M. Chen**

**Standing Order for All Judges of the Northern District of California**

**Proof of Service**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed <u>Federal Express</u> envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Federal Express</u> agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via my electronic service address (nmenaldo@perkinscoie.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Eric H. Gibbs<br>Andre M. Mura<br>Amanda M. Karl<br>Jeffrey B. Kosbie<br>Gibbs Law Group<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Fax: (510) 350-9701<br>ehg@classlawgroup.com<br>amm@classlawgroup.com<br>amk@classlawgroup.com<br>jbk@classlawgroup.com<br>service@classlawgroup.com<br><br>*Attorneys for Plaintiffs* | Jennifer D. Bennett<br>Neil K. Sawhney<br>GUPTA WESSLER PLLC<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(415) 573-0336<br>jennifer@guptawessler.com<br>neil@guptawessler.com<br><br>*Attorneys for Plaintiffs* |
| Benjamin Elga (*pro hac vice*)<br>Alice Buttrick (*pro hac vice)*<br>JUSTICE CATALYST LAW INC.<br>81 Prospect St., 7th Floor<br>Brooklyn, NY 11201<br>(518) 732-6703<br>belga@justicecatalyst.org<br>abuttrick@justicecatalyst.org<br><br>*Attorneys for Plaintiffs* | Albert Fox Cahn (*pro hac vice*)<br>SURVEILLANCE TECHNOLOGY<br>OVERSIGHT PROJECT<br>40 Rector Street, 9th Floor<br>New York, NY 10006<br>albert@stopspying.org<br><br>*Attorneys for Plaintiffs* |

I declare under penalty of perjury that the above is true and correct.

Executed on April 2, 2021, at Seattle, Washington.

                                                /s/Nicola Menaldo
                                                Nicola Menaldo