Susan D. Fahringer, Bar No. 21567
SFahringer@perkinscoie.com
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Anna M. Thompson, *pro hac vice*
AnnaThompson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Gabriella Gallego, Bar No. 324226
GGallego@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Thomson Reuters Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-01418-EMC<br><br>**DECLARATION OF NICOLA MENALDO IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16** |

DECL. OF NICOLA MENALDO IN SUPPORT OF
DEFENDANT'S MOTION TO STRIKE

Case No. 3:21-cv-01418-EMC

I, Nicola Menaldo, declare:

1. I am an attorney duly licensed to practice law before the courts of the State of Washington and I have been admitted *pro hac vice* to the Northern District of California. I am a partner of the law firm Perkins Coie, attorney of record for the Defendant Thomson Reuters Corporation, and I make this declaration in support of Defendant's Motion to Strike pursuant to California Code of Civil Procedure Section 425.16, otherwise known as California's Anti-SLAPP statute. If called upon to, I can testify competently and from personal knowledge to the following:

2. On April 5, 2021, I supervised and directed the transmission of an email to the Judicial Council on my behalf containing a copy of the endorsed, filed caption page of Defendant's Motion to Strike filed on April 5, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 5, 2021, at Seattle, Washington.

                                                         */s/Nicola Menaldo*
                                                         Nicola Menaldo