Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Jeffrey B. Kosbie (SBN 305424)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
jbk@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>THOMSON REUTERS CORPORATION,<br>Defendant. | Case No. 3:21-cv-1418-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE** |

| | |
|---|---|
|1| Pursuant to this Court's General Civil Standing Order ¶ 4, as well as Local Rules 7-2 and 7-3 |
|2| and its Commentary, Plaintiffs Cat Brooks and Rasheed Shabazz and Defendant Thomson Reuters |
|3| Corporation, by and through their respective counsel, stipulate as follows: |

Pursuant to this Court's General Civil Standing Order ¶ 4, as well as Local Rules 7-2 and 7-3 and its Commentary, Plaintiffs Cat Brooks and Rasheed Shabazz and Defendant Thomson Reuters Corporation, by and through their respective counsel, stipulate as follows:

WHEREAS, Plaintiffs filed a class action complaint alleging Thomson Reuters, as part of its CLEAR database, collected and sold Californians' data without their consent;

WHEREAS, Defendant filed a motion to dismiss and motion to strike on April 5, 2021;

WHEREAS, the motion to dismiss raises complex legal issues concerning privacy in the digital sphere;

WHEREAS, the parties would benefit from longer time periods for response and reply than those contemplated by Local Rule 7-3; and

WHEREAS, in light of the complexity of the motion to dismiss the parties have agreed to an alternative briefing schedule;

IT IS HEREBY STIPULATED that Plaintiffs' opposition brief will be due on May 12, 2021; Defendant's reply brief will be due on May 27, 2021; and the Court will hear the motion to dismiss and motion to strike on June 24, 2021, or at a later date set by the Court.

IT IS SO STIPULATED.

Dated: April 8, 2021　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Andre M. Mura*

　　　　　　　　　　　　　　　　　　　　　　　　Eric H. Gibbs (SBN 178658)
　　　　　　　　　　　　　　　　　　　　　　　　Andre M. Mura (SBN 298541)
　　　　　　　　　　　　　　　　　　　　　　　　Amanda M. Karl (SBN 301088)
　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey B. Kosbie (SBN 305424)
　　　　　　　　　　　　　　　　　　　　　　　　**GIBBS LAW GROUP LLP**
　　　　　　　　　　　　　　　　　　　　　　　　505 14th Street, Suite 1110
　　　　　　　　　　　　　　　　　　　　　　　　Oakland, California 94612
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (510) 350-9700
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (510) 350-9701
　　　　　　　　　　　　　　　　　　　　　　　　ehg@classlawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　amm@classlawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　amk@classlawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　jbk@classlawgroup.com

　　　　　　　　　　　　　　　　　　　　　　　　Jennifer D. Bennett (SBN 296726)

Neil K. Sawhney (SBN 300130)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 573-0336
jennifer@guptawessler.com
neil@gutawessler.com

Benjamin Elga (pro hac vice)
Alice Buttrick (pro hac vice)
**JUSTICE CATALYST LAW INC**.
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org
abuttrick@justicecatalyst.org

Albert Fox Cahn (pro hac vice)
**SURVEILLANCE TECHNOLOGY OVERSIGHT PROJECT**
40 Rector Street, 9th Floor
New York, NY 10006
albert@stopspying.org

*Attorneys for Plaintiffs Cat Brooks and Rasheed Shabazz and the Proposed Class*

| | |
|---|---|
| DATED: April 8, 2021 | **PERKINS COIE LLP** |
| | By: /s/ *Nicola C. Menaldo* |
| | Susan D. Fahringer |
| | Nicola C. Menaldo, *pro hac vice* |
| | Anna M. Thompson, *pro hac vice* |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101-3099 |
| | Telephone: (206) 359-8000 |
| | Facsimile: (206) 359-9000 |
| | SFahringer@perkinscoie.com |
| | NMenaldo@perkinscoie.com |
| | AnnaThompson@perkinscoie.com |
| | |
| | Gabriella Gallego |
| | **PERKINS COIE LLP** |
| | 3150 Porter Drive |
| | Palo Alto, CA 94304-1212 |
| | Telephone: (650) 838-4300 |
| | Facsimile: (650) 838-4350 |
| | GGallego@perkinscoie.com |
| | |
| | *Attorneys for Defendant* |
| | *Thomson Reuters Corporation* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

*/s/ Andre M. Mura*
Andre M. Mura

**[PROPOSED] ORDER**

Having considered the parties' Stipulation, the Court hereby GRANTS the parties' Stipulation. It is hereby ordered that:

Plaintiffs' opposition to Defendant's motion to dismiss and motion to strike will be due on May 12, 2021;

Defendant's reply supporting its motion to dismiss and motion to strike will be due on May 27, 2021; and

The Court will hear Defendant's motion to dismiss and motion to strike on June 24, 2021, at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____ _____
EDWARD M. CHEN
United States District Judge