Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Jeffrey B. Kosbie (SBN 305424)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
jbk@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>    v.<br><br>THOMSON REUTERS CORPORATION,<br><br>          Defendant. | Case No. 3:21-cv-1418-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING MOTION TO DISMISS BRIEFING SCHEDULE** |

Pursuant to this Court's General Civil Standing Order ¶ 4, as well as Local Rules 7-2 and 7-3 and its Commentary, Plaintiffs Cat Brooks and Rasheed Shabazz and Defendant Thomson Reuters Corporation, by and through their respective counsel, stipulate as follows:

WHEREAS, Plaintiffs filed a class action complaint alleging Thomson Reuters, as part of its CLEAR database, collected and sold Californians' data without their consent;

WHEREAS, the motion to dismiss raises complex legal issues concerning privacy in the digital sphere;

WHEREAS, the parties previously stipulated, and the Court ordered, that Plaintiffs' opposition brief will be due on May 12, 2021, Defendant's reply brief will be due on May 27, 2021, and the Court will hear the motion to dismiss and motion to strike on June 24, 2021 (Dkt. 30);

WHEREAS, since the parties' prior scheduling stipulation, a key member of Plaintiffs' counsel underwent, and is currently recovering from, surgery;

WHEREAS, in light of this development and the complexity of the motion to dismiss, the parties have agreed to a one-week extension to the briefing schedule; and

WHEREAS, the parties' proposed schedule change does not impact the motion hearing date, providing the Court with 15 days between the completion of briefing and the scheduled hearing;

IT IS HEREBY STIPULATED that Plaintiffs' opposition brief will be due on May 19, 2021, and Defendant's reply brief will be due on June 9, 2021.

IT IS SO STIPULATED.


Dated: May 5, 2021                                    Respectfully submitted,


                                                      By: /s/ *Andre M. Mura*
                                                      _____

                                                      Eric H. Gibbs (SBN 178658)
                                                      Andre M. Mura (SBN 298541)
                                                      Amanda M. Karl (SBN 301088)
                                                      Jeffrey B. Kosbie (SBN 305424)
                                                      **GIBBS LAW GROUP LLP**
                                                      505 14th Street, Suite 1110
                                                      Oakland, California 94612
                                                      Telephone: (510) 350-9700
                                                      Facsimile: (510) 350-9701

ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
jbk@classlawgroup.com

Jennifer D. Bennett (SBN 296726)
Neil K. Sawhney (SBN 300130)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 573-0336
jennifer@guptawessler.com
neil@gutawessler.com

Benjamin Elga (pro hac vice)
Alice Buttrick (pro hac vice)
**JUSTICE CATALYST LAW INC**.
81 Prospect Street, 7th Floor
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org
abuttrick@justicecatalyst.org

Albert Fox Cahn (pro hac vice)
**SURVEILLANCE TECHNOLOGY
OVERSIGHT PROJECT**
40 Rector Street, 9th Floor
New York, NY 10006
albert@stopspying.org

*Attorneys for Plaintiffs Cat Brooks and
Rasheed Shabazz and the Proposed Class*

JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
3:21-CV-1418-EMC

DATED: May 5, 2021

**PERKINS COIE LLP**

By: /s/ *Susan D. Fahringer*
Susan D. Fahringer
Nicola C. Menaldo, *pro hac vice*
Anna M. Thompson, *pro hac vice*
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
SFahringer@perkinscoie.com
NMenaldo@perkinscoie.com
AnnaThompson@perkinscoie.com

Gabriella Gallego
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
GGallego@perkinscoie.com

*Attorneys for Defendant*
*Thomson Reuters Corporation*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ *Andre M. Mura*
Andre M. Mura

JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
3:21-CV-1418-EMC

# [~~PROPOSED~~] ORDER

Having considered the parties' Stipulation, the Court hereby GRANTS the parties' Stipulation. It is hereby ordered that:

1) Plaintiffs' opposition to Defendant's motion to dismiss and motion to strike will be due on May 19, 2021; and

2) Defendant's reply supporting its motion to dismiss and motion to strike will be due on June 9, 2021.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___05/07/2021_____

_____
EDWARD M. CHEN
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
3:21-CV-1418-EMC