1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated, <br><br>    Plaintiffs,<br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-1418-EMC <br><br> [PROPOSED] ORDER DENYING MOTION TO STAY DISCOVERY |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Before the Court is Defendant Thomson Reuters Corporation's motion to stay discovery. Docket No. 37. Having considered the parties' briefing and oral argument, the Court denies the motion on the merits.

Thomson Reuters' motion is denied because the Court is not "convinced" that Plaintiffs will be unable to state a claim for relief. See *Wood v. McEwen*, 644 F.2d 797, 801 (9th Cir. 1981). Also, the motion is denied because Thomson Reuters has failed to demonstrate good cause to stay discovery pursuant to Federal Rule of Civil Procedure 26(c)(1). See *Smith v. Levine Leichtman Cap. Partners, Inc.*, 2011 WL 13153189, at *2 (N.D. Cal. Feb. 11, 2011).

Accordingly, discovery on all claims is to proceed.

IT IS SO ORDERED.

Dated: _____, 2021

Hon. Edward M. Chen
United States District Judge