**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** August 17, 2021  **Time:** 2:44 - 2:57 = 13 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 21-cv-01418-EMC  **Case Name:** Brooks v. Thomson Reuters Corporation

**Attorney for Plaintiff:** Andre Mura
**Attorneys for Defendant:** Susan Fahringer, Nicola Menaldo

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Ruth Ekhaus

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Initial Case Management Conference - held.

**SUMMARY**

Parties stated appearances.

ADR: Parties proposed private mediation. Court stated strong preference for parties to mediate prior to class certification. Both parties are amendable to such and will discuss. Court intends to set firm mediation deadline at next status conference.

Court **ordered** parties to file a stipulation and proposed order in two weeks which provides a schedule for Motion for Class Certification. Motion to be filed within eleven (11) months. Last brief to be due no earlier than three (3) weeks prior to hearing date. Close of Fact Discovery to be set two months after class certification hearing.

**Further Status Conference set 12/14/2021 at 2:30PM. Joint Status Report due 12/7/2021.**