Susan D. Fahringer, Bar No. 21567
SFahringer@perkinscoie.com
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Anna M. Thompson, *pro hac vice*
AnnaThompson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Gabriella Gallego, Bar No. 324226
GGallego@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Thomson Reuters Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-01418-EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1((a)**<br><br>Current Response Date: August 30, 2021<br><br>New Response Date: September 10, 2021 |

    Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a), Defendant Thomson Reuters Corporation ("Thomson Reuters") and Plaintiffs Cat Brooks and Rasheed Shabazz ("Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

    WHEREAS, the deadline to answer or otherwise respond to the Complaint is August 30, 2021;

WHEREAS, Thomson Reuters has requested, and Plaintiffs have consented to, an additional 10 days for Thomson Reuters to answer the Complaint;

WHEREAS, good cause exists for the agreed extension due to the complexity of the facts alleged in Plaintiffs' Complaint;

WHEREAS, the requested extension will not affect any of the other dates set in the case;

NOW, THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Thomson Reuters shall answer or otherwise respond to the Complaint by September 10, 2021.

|   |   |   |
|---|---|---|
| DATED: August 23, 2021 | | **PERKINS COIE LLP** |
| | | By: */s/ Susan D. Fahringer* |
| | | Susan D. Fahringer, Bar No. 21567 |
| | | SFahringer@perkinscoie.com |
| | | Attorneys for Defendant |
| | | Thomson Reuters Corporation |
| DATED:  August 23, 2021 | | By: */s/ Andre M. Mura* |
| | | Andre M. Mura, Bar No. 298541 |
| | | amm@classlawgroup.com |

Eric H. Gibbs
Andre M. Mura
Amanda M. Karl
Jeffrey B. Kosbie
GIBBS LAW GROUP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
jbk@classlawgroup.com

*Attorneys for Plaintiffs*

Benjamin Elga (pro hac vice)
Alice Buttrick (pro hac vice)
JUSTICE CATALYST LAW, INC.
123 William Street, 16th floor
New York, NY 10038
(518) 732-6703
belga@justicecatalyst.org
abuttrick@justicecatalyst.org

*Attorneys for Plaintiffs*

Jennifer D. Bennett
Neil K. Sawhney
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
jennifer@guptawessler.com
neil@guptawessler.com

*Attorneys for Plaintiffs*

Albert Fox Cahn (pro hac vice)
SURVEILLANCE TECHNOLOGY
OVERSIGHT PROJECT
40 Rector Street, 9th Floor
New York, NY 10006
stopspying.org

*Attorneys for Plaintiffs*

**APPROVED**
Judge Edward M. Chen

Case No. 3:21-cv-01418-EMC

Stipulation to Extend Time
to Respond to Complaint