Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Jeffrey B. Kosbie (SBN 305424)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
jbk@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-1418-EMC<br><br>**STIPULATION TO SET CASE SCHEDULE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to the Court's Minute Entry (Docket 55), Plaintiffs Cat Brooks and Rasheed Shabazz and Defendant Thomson Reuters Corporation ("Thomson Reuters"), by and through their respective counsel, hereby stipulate to the following case schedule:

| Event | Deadline |
|---|---|
| Exchange of Initial Disclosures | September 3, 2021 |
| Disclosure of Primary Class Certification Experts | March 1, 2022 |
| Disclosure of Class Certification Rebuttal Experts | May 17, 2022 |
| Close of Class Certification Expert Discovery | June 17, 2022 |
| Deadline to Amend Pleadings | July 18, 2022 |
| Motion for Class Certification | July 18, 2022 |
| Opposition to Class Certification | September 12, 2022 |
| Reply Supporting Class Certification | October 24, 2022 |
| Hearing on Motion for Class Certification | December 8, 2022 |
| Deadline to Pursue Private Mediation | Court to set deadline at December 14, 2021 case management conference (*see* Docket 55) |
| Close of Fact Discovery | February 8, 2023 |

| | |
|---|---|
| **Disclosure of Trial Experts** | The parties shall meet and confer within 14 days of a ruling on the motion for class certification to set deadlines for trial expert disclosures and discovery, pre-trial deadlines, and a trial date. |
| **Disclosure of Rebuttal Trial Experts** | Defer setting this deadline until after a ruling on class certification. |
| **Close of Expert Discovery** | Defer setting this deadline until after a ruling on class certification. |
| **Dispositive Motion Deadline** | Defer setting this deadline until after a ruling on class certification. |
| **Pretrial conference** | Defer setting this deadline until after a ruling on class certification. |
| **Trial** | Defer setting this deadline until after a ruling on class certification. |

DATED:  August 26, 2021         **GIBBS LAW GROUP LLP**

By: /s/ *Andre M. Mura*
_____
Andre M. Mura
Eric H. Gibbs
Amanda M. Karl
Jeffrey B. Kosbie
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
jbk@classlawgroup.com

Jennifer D. Bennett
Neil K. Sawhney
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 573-0336
jennifer@guptawessler.com
neil@guptawessler.com

2
STIPULATION TO SET CASE SCHEDULE AND [PROPOSED] ORDER
Case No. 3:21-cv-1418-EMC

        Albert Fox Cahn (pro hac vice)
**SURVEILLANCE TECHNOLOGY OVERSIGHT PROJECT**
40 Rector Street, 9th Floor
New York, NY 10006
albert@stopspying.org

Benjamin Elga (pro hac vice)
Alice Buttrick (pro hac vice)
**JUSTICE CATALYST LAW INC**.
123 William Street, 16th floor
New York, NY 10038
Telephone: (518) 732-6703
belga@justicecatalyst.org
abuttrick@justicecatalyst.org

*Attorneys for Plaintiffs*

DATED:  August 26, 2021        **PERKINS COIE LLP**

By: /s/ *Susan D. Fahringer*
    Susan D. Fahringer, Bar No. 21567
    Nicola C. Menaldo (pro hac vice)
    Anna M. Thompson (pro hac vice)
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: (206) 359-8000
    Facsimile: (206) 359-9000
    SFahringer@perkinscoie.com
    NMenaldo@perkinscoie.com
    AnnaThompson@perkinscoie.com

    Gabriella Gallego, Bar No. 324226
  **PERKINS COIE LLP**
  3150 Porter Drive
  Palo Alto, CA 94304-1212
  Telephone: (650) 838-4300
  Facsimile: (650) 838-4350
  GGallego@perkinscoie.com

  *Attorneys for Defendant*
  *Thomson Reuters Corporation*

3
STIPULATION TO SET CASE SCHEDULE AND [PROPOSED] ORDER
Case No. 3:21-cv-1418-EMC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

        EDWARD M. CHEN
        United States District Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ *Andre M. Mura*