Benjamin D. Elga*
JUSTICE CATALYST LAW
123 William St., 16th Floor
New York, NY 10038
518.732.6703
belga@justicecatalyst.org

*Attorney for Plaintiff and the Class*

**\*admitted *pro hac vice***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, on behalf of himself and others similarly situated, | Case No. 3:21-cv-01418-EMC |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ALICE R. BUTTRICK** |
| v. | |
| THOMSON REUTERS CORPORATION, | |
| Defendant. | |

1

PLEASE TAKE NOTICE THAT Alice R. Buttrick is no longer associated with the law firm of Justice Catalyst Law. Plaintiffs requests that Ms. Buttrick be withdrawn as an attorney of record in this case and that all further electronic notices in the matter to Ms. Buttrick be terminated. The undersigned attorney for Justice Catalyst Law continue to serve as Counsel for Plaintiff.

Dated: October 7, 2021 　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Benjamin D. Elga
　　　　　　　　　　　　　　　　　　　　　　　　　　Benjamin L. Elga

　　　　　　　　　　　　　　　　　　　　　　　Benjamin D. Elga*
　　　　　　　　　　　　　　　　　　　　　　　JUSTICE CATALYST LAW
　　　　　　　　　　　　　　　　　　　　　　　123 William Street, 16th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10038
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (518) 732-6703
　　　　　　　　　　　　　　　　　　　　　　　belga@justicecatalyst.org

　　　　　　　　　　　　　　　　　　　　　　　*admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff and the Class*