Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Jeffrey B. Kosbie (SBN 305424)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
jbk@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-01418-EMC<br><br>**JOINT STATUS REPORT**<br><br>Date:       December 14, 2021<br>Time:      2:30 p.m.<br>Place:     Courtroom 5, 17th Floor<br>Judge:    Hon. Edward M. Chen |

Pursuant to this Court's Minute Entry dated August 17, 2021 (Docket 55) and L.R. 16-10(d), Plaintiffs Cat Brooks and Rasheed Shabazz ("Plaintiffs") and Defendant Thomson Reuters Corporation (collectively, the "Parties") submit this Joint Status Report in advance of the Case Management Conference set for December 14, 2021, in the above-captioned action.

### 1. BACKGROUND

The Complaint in this case was filed in California Superior Court on December 3, 2020, and the action was removed to this Court on February 26, 2021. *See* Dkt. 1. On August 16, 2021, the Court denied in part and granted in part Defendant's Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6), and Motion to Strike Complaint pursuant to Cal. Civ. Proc. Code § 425.16(b)(1). *See* Dkt. 54. The Court entered the Parties' stipulated case schedule on August 26, 2021, *see* Dkt. 59, and Defendant filed its Answer to the Complaint on September 10, 2021. *See* Dkt. 60.

### 2. DISCOVERY

The Parties have met and conferred pursuant to Rule 26(a)(1), made their initial disclosures, and exchanged written discovery requests. Defendant has responded to Plaintiffs' discovery requests, has made an initial production of responsive documents, and anticipates supplementing that production on a rolling basis with a second production occurring once a protective order is in place, and additional productions occurring on a rolling basis thereafter. The Parties are meeting and conferring regarding Defendant's responses and its proposed timing for a rolling production. Plaintiffs' responses to Defendant's written discovery requests are due December 8, 2021. The Parties have exchanged drafts of a Stipulated Order regarding Discovery of Electronically Stored Information and Protective Order regarding the confidential treatment of certain documents, and they anticipate submitting stipulated forms of such orders later this month.

## 3. **SCHEDULING**

The Parties agree that private mediation is appropriate for this case, and they believe that a deadline of July 1, 2022, would be appropriate.

Dated: December 7, 2021

Respectfully submitted,

/s/ *Andre M. Mura*

Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Jeffrey B. Kosbie (SBN 305424)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
jbk@classlawgroup.com

Jennifer D. Bennett (SBN 296726)
Neil K. Sawhney (SBN 300130)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 573-0336
jennifer@guptawessler.com
neil@gutawessler.com

Benjamin Elga (pro hac vice)
**JUSTICE CATALYST LAW INC**.
123 William Street, 16th floor
New York, NY 10038
Telephone: (518) 732-6703
belga@justicecatalyst.org

Albert Fox Cahn (pro hac vice)
**SURVEILLANCE TECHNOLOGY OVERSIGHT PROJECT**
40 Rector Street, 9th Floor
New York, NY 10006
albert@stopspying.org

*Attorneys for Plaintiffs Cat Brooks and Rasheed Shabazz and the Proposed Class*

Dated: December 7, 2021

**PERKINS COIE LLP**

*Susan D. Fahringer*
_____
Susan D. Fahringer, Bar No. 21567
Nicola C. Menaldo, *pro hac vice*
Anna M. Thompson, *pro hac vice*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
SFahringer@perkinscoie.com
NMenaldo@perkinscoie.com
AnnaThompson@perkinscoie.com

Gabriella Gallego, Bar No. 324226
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
GGallego@perkinscoie.com

*Attorneys for Defendant Thomson Reuters Corporation*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ *Andre Mura*