OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** December 14, 2021     **Time:** 2:52-2:58 = 6 Minutes     **Judge:** EDWARD M. CHEN

**Case No.:** 21-cv-01418-EMC     **Case Name:** Brooks v. Thomson Reuters Corporation

**Attorneys for Plaintiff:** Andre Mura, Jeff Kosbie
**Attorneys for Defendant:** Susan Fahringer, Nicola Menaldo

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Ana Dub

PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference held.

SUMMARY

Parties stated appearances.

Class Certification motions hearings are on track to be heard late next year.

Parties have opted for private mediation, to be completed 7/1/2022.  Discovery: production has begun.  No depositions scheduled but anticipate early next year.

Court clarified the meet and confer condition of in-person meeting in standing order is excused during Covid.  Condition is satisfied by live voice to voice exchange.

Further Status Conference set 7/5/2022 at 2:30PM.  Joint Status Report due June 28, 2022.