Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
David Stein (SBN 257465)
Jeffrey B. Kosbie (SBN 305424)
Ezekiel S. Wald (SBN 341490)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
amm@classlawgroup.com
ds@classlawgroup.com
jbk@classlawgroup.com
zsw@classlawgroup.com

Jennifer D. Bennett (SBN 296726)
Neil K. Sawhney (SBN 300130)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 573-0336
jennifer@guptawessler.com
neil@guptawessler.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br>  v.<br><br>THOMSON REUTERS CORPORATION,<br><br>  Defendant. | Case No. 3:21-cv-1418-EMC<br><br>**NOTICE OF ERRATA RE: PLAINTIFFS' OPPOSITION TO MOTION FOR PROTECTIVE ORDER (ECF NO. 88)** |

PLEASE TAKE NOTICE THAT on page 4 of Plaintiffs' Opposition to Motion for Protective Order, the statement that it was reported, "based on data from the U.S. Census Bureau, that in 2019, 5.8% of residents (1,655 people) moved from Delaware to California" should instead be that "in 2019, 5.7% of residents (1,630 people) moved from Delaware to California." *See* Pls.' Opp. 4 (citing Stacker, *Where people in Delaware are moving to most* (May 9, 2022), https://tinyurl.com/msdyv455), ECF No. 90. Keeping in mind the corrected statement, Plaintiffs' arguments remain unchanged.

May 10, 2022

Respectfully submitted,

By: */s/ Andre M. Mura*

Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
David Stein (SBN 257465)
Jeffrey B. Kosbie (SBN 305424)
Ezekiel S. Wald (SBN 341490)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
ds@classlawgroup.com
jbk@classlawgroup.com
zsw@classlawgroup.com

Jennifer D. Bennett (SBN 296726)
Neil K. Sawhney (SBN 300130)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 573-0336
jennifer@guptawessler.com
neil@guptawessler.com

Benjamin Elga (pro hac vice)
Alice Buttrick (pro hac vice)
**JUSTICE CATALYST LAW INC.**
123 William Street, 16th Floor
New York, NY 10038

Telephone: (518) 732-6703
belga@justicecatalyst.org
abuttrick@justicecatalyst.org

Albert Fox Cahn (pro hac vice)
David Siffert (pro hac vice)
**SURVEILLANCE TECHNOLOGY OVERSIGHT PROJECT, INC.**
40 Rector Street, 9th Floor
New York, NY 10006
albert@stopspying.org
david@stopspying.org

*Attorneys for Plaintiffs Cat Brooks and Rasheed Shabazz and the Proposed Class*