# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## TELEPHONIC DISCOVERY CONFERENCE MINUTES

| **Date:** 7/6/2022 | **Time:** 2:00pm – 2:38pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.**: 3:21-cv-01418 EMC (KAW) | **Case Name:** Brooks et al v. Thomason Reuters Corporation | |

**For Plaintiff:**
Andre Mura and Zeke Wald

**For Defendant(s):**
Susan Fahringer, Nicola Manaldo, and Hayden Schottlaender

**Deputy Clerk:** William F. Tabunut           **Not Reported.**

## PROCEEDINGS

Telephonic discovery conference held. The parties will continue to meet and confer via videoconference and, per the Court's guidance, will file another joint letter that more clearly defines and narrows disputes that cannot be resolved without Court intervention, if any.