**. OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** November 8, 2022          **Time:** 2:30 -2:32 = 2 minutes     **Judge:** EDWARD M. CHEN
**Case No.**: 21-cv-01418-EMC     **Case Name:**  Brooks v. Thomson Reuters Corporation

**Attorney for Plaintiff:** Andre Mura
**Attorney for Defendant:** Susan Fahringer

**Deputy Clerk:** Bhavna Sharma                              **Court Reporter:** Marla Knox

## PROCEEDINGS

Status Conference - held via Zoom.

## SUMMARY

Parties stated appearances.

Parties indicate that they have participated in mediation with Judge Infante in October, and while no further sessions are scheduled, parties are amenable for further discussions. Class Certification motion and Motion to Amend will be filed by tomorrow.   Parties to submit schedule for class certification *Daubert* briefing.