**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br><br>THOMSON REUTERS CORPORATION,<br><br>　　　　　　　　　　Defendant. | Case No. 3:21-cv-01418-EMC-KAW<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED<br><br>Hon. Edward M. Chen |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, relating to Plaintiffs' Motion for Class Certification ("Motion") and materials in support of that Motion, pursuant to Local Rule 79-5;

**IT IS HEREBY ORDERED:**

The following portions of Plaintiffs' Motion for Class Certification and supporting documents may be filed under seal:

| Exhibit to Andre M. Mura Declaration in Support of Motion or Portion of Motion | Designating Party | Ruling |
|---|---|---|
| Ex. 1 (Fox Dep.) 32:20-33:3 | Defendant | |
| Ex. 1 (Fox Dep.) 35:16-37:23 | Defendant | |
| Ex. 1 (Fox Dep.) 38:15-24 | Defendant | |
| Ex. 1 (Fox Dep.) 50:10-15 | Defendant | |
| Ex. 1 (Fox Dep.) 60:21-61:14 | Defendant | |
| Ex. 1 (Fox Dep.) 62:21-25 | Defendant | |
| Ex. 1 (Fox Dep.) 69:8-16 | Defendant | |
| Ex. 1 (Fox Dep.) 95:3-96:19 | Defendant | |
| Ex. 1 (Fox Dep.) 98:19-99:20 | Defendant | |
| Ex. 1 (Fox Dep.) 102:25-103:5 | Defendant | |
| Ex. 1 (Fox Dep.) 104:13-107:17 | Defendant | |
| Ex. 1 (Fox Dep.) 108:15-110:17 | Defendant | |
| Ex. 1 (Fox Dep.) 121:15-122:4 | Defendant | |
| Ex. 1 (Fox Dep.) 122:21-25 | Defendant | |
| Ex. 1 (Fox Dep.) 123:5-123:12 | Defendant | |
| Ex. 1 (Fox Dep.) 150:2-9 | Defendant | |
| Ex. 1 (Fox Dep.) 156:11-157:4 | Defendant | |
| Ex. 1 (Fox Dep. 169:21-170:4 | Defendant | |
| Ex. 1 (Fox Dep.) 178:2-24 | Defendant | |
| Ex. 1 (Fox Dep.) 189:16-23 | Defendant | |
| Ex. 2 (TR-BROOKS026283-TR-BROOKS026284) | Defendant | |
| Ex. 3 (TR-BROOKS023888) | Defendant | |
| Ex. 4 (Turow Report) | Defendant | |
| Ex. 5 (Buckethal Dep.) 23:19-25 | Defendant | |
| Ex. 5 (Buckethal Dep.) 32:13-23 | Defendant | |
| Ex. 6 (Godlewski Dep.) 33:4-7 | Defendant | |
| Ex. 6 (Godlewski Dep.) 151:22-152:24 | Defendant | |
| Ex. 6 (Godlewski Dep.) 163:15-21 | Defendant | |
| Ex. 6 (Godlewski Dep.) 164:10-12 | Defendant | |
| Ex. 6 (Godlewski Dep.) 172:22-173:5 | Defendant | |
| Ex. 6 (Godlewski Dep. 191:10-13 | Defendant | |

1

[~~PROPOSED~~] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:21-cv-01418-EMC-KAW

| Exhibit to Andre M. Mura Declaration in Support of Motion or Portion of Motion | Designating Party | Ruling |
|---|---|---|
| Ex. 6 (Godlewski Dep.) 220:1-20 | Defendant | |
| Ex. 7 (Attachment A to Defendant's Responses to Plaintiffs' First Set of Interrogatories, pp. 14-21) | Defendant | |
| Ex. 8 (TR-BROOKS052568) | Defendant | |
| Ex. 9 (TR-BROOKS426763) | Defendant | |
| Ex. 12 (TR-BROOKS020865-TR-BROOKS020890) | Defendant | |
| Ex. 15 (TR-BROOKS020567) | Defendant | |
| Ex. 16 (TR-BROOKS101145-TR-BROOKS101149) | Defendant | |
| Ex. 17 (TR-BROOKS013854) | Defendant | |
| Ex. 19 (TR-BROOKS072364-TR-BROOKS072636) | Defendant | |
| Ex. 20 (TR-BROOKS020290-TR-BROOKS020293) | Defendant | |
| Ex. 21 (TR-BROOKS332920) | Defendant | |
| Ex. 23 (TR-BROOKS284900-TR-BROOKS284905) | Defendant | |
| Ex. 24 (TR-BROOKS422796) | Defendant | |
| Ex. 25 (TR-BROOKS060012-TR-BROOKS060013) | Defendant | |
| Ex. 26 (TR-BROOKS020178) | Defendant | |
| Ex. 27 (TR-BROOKS060007-TR-BROOKS060008) | Defendant | |
| Ex. 28 (TR-BROOKS225965) | Defendant | |
| Ex. 29 (TR-BROOKS383370-TR-BROOKS383372) | Defendant | |
| Ex. 30 (TR-BROOKS020176-TR-BROOKS020177) | Defendant | |
| Ex. 31 (TR-BROOKS316008-TR-BROOKS316036) | Defendant | |
| Ex. 32 (TR-BROOKS135830-TR-BROOKS135836) | Defendant | |
| Ex. 33 (TR-BROOKS317004-TR-BROOKS317006) | Defendant | |
| Ex. 34 (TR-BROOKS418771-TR-BROOKS418776) | Defendant | |
| Ex. 35 (TR-BROOKS028621-TR-BROOKS028622) | Defendant | |
| Ex. 36 (TR-BROOKS024022-TR-BROOKS024023) | Defendant | |
| Ex. 37 (TR-BROOKS079617) | Defendant | |
| Ex. 38 (TR-BROOKS040077-TR-BROOKS040089) | Defendant | |
| Ex. 39 (TR-BROOKS138062-TR-BROOKS138064) | Defendant | |
| Ex. 41 (TR-BROOKS280153-TR-BROOKS280161) | Defendant | |
| Ex. 42 (TR-BROOKS296841-TR-BROOKS296863) | Defendant | |
| Ex. 43 (TR-BROOKS020396) | Defendant | |
| Ex. 44 (TR-BROOKS274854-TR-BROOKS274861) | Defendant | |
| Ex. 45 (TR-BROOKS408706-TR-BROOKS408712) | Defendant | |
| Ex. 46 (TR-BROOKS013613-TR-BROOKS013615) | Defendant | |
| Ex. 47 (TR-BROOKS297996-TR-BROOKS298005) | Defendant | |
| Ex. 48 (TR-BROOKS273025-TR-BROOKS273031) | Defendant | |
| Ex. 49 (TR-BROOKS044835-TR-BROOKS044837) | Defendant | |
| Ex. 50 (TR-BROOKS171366-TR-BROOKS171367) | Defendant | |
| Ex. 51 (TR-BROOKS018865-TR-BROOKS018867) | Defendant | |

2

[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:21-cv-01418-EMC-KAW

| Exhibit to Andre M. Mura Declaration in Support of Motion or Portion of Motion | Designating Party | Ruling |
|---|---|---|
| Ex. 52 (TR-BROOKS019226-TR-BROOKS019228) | Defendant | |
| Ex. 53 (TR-BROOKS418877-TR-BROOKS418881) | Defendant | |
| Ex. 54 (TR-BROOKS253461) | Defendant | |
| Ex. 55 (TR-BROOKS175246-TR-BROOKS175249) | Defendant | |
| Ex. 56 (TR-BROOKS251168- TR-BROOKS251170) | Defendant | |
| Ex. 57 (TR-BROOKS189667) | Defendant | |
| Ex. 58 (TR-BROOKS062991-TR-BROOKS062998) | Defendant | |
| Ex. 59 (FSG Report) | Defendant | |
| Ex. 60 (Thomson Reuters' First Supplemental Answer to Plaintiffs' First Set of Interrogatories) | Defendant | |
| Ex. 61 (TR-BROOKS123263-TR-BROOKS123277) | Defendant | |
| Ex. 62 (TR-BROOKS311495) | Defendant | |
| Ex. 67 (TR-BROOKS027757-TR-BROOKS027761) | Defendant | |
| Ex. 70 (TR-BROOKS017559) | Defendant | |
| Ex. 71 (TR-BROOKS332968) | Defendant | |
| Ex. 72 (TR-BROOKS332921-TR-BROOKS332967) | Defendant | |
| Ex. 73 (TR-BROOKS005220-TR-BROOKS008254) | Defendant | |
| Ex. 74 (TR-BROOKS008353-TR-BROOKS008718) | Defendant | |
| Pls.' Motion for Class Certification, page 1, line 4 (between "about" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 1, line 9 (first full sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 1, lines 10-11 (between "including" and "of dollars") | Defendant | |
| Pls.' Motion for Class Certification, page 1, lines 15-16 (between "In fact," and "let alone") | Defendant | |
| Pls.' Motion for Class Certification, page 1, line 19 (between "including" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 1, line 22 (between "is" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 2, line 16 (between "a" and "for") | Defendant | |
| Pls.' Motion for Class Certification, page 2, line 17 (between "on" and "Californians") | Defendant | |
| Pls.' Motion for Class Certification, page 2, lines 19-22 (entire sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 3, lines 1-2 (between "purposes:" and "have all bought access to CLEAR") | Defendant | |

3

[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:21-cv-01418-EMC-KAW

| Exhibit to Andre M. Mura Declaration in Support of Motion or Portion of Motion | Designating Party | Ruling |
|---|---|---|
| Pls.' Motion for Class Certification, page 3, lines 4-5 (between "Californians" and "and none") | Defendant | |
| Pls.' Motion for Class Certification, page 3, line 12 (entire sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 3, lines 14-15 (between "a" and "that may be available.") | Defendant | |
| Pls.' Motion for Class Certification, page 3, lines 17-18 (between "information" and "live cell phone") | Defendant | |
| Pls.' Motion for Class Certification, page 3, lines 19-20 (between "facilities," and "professional") | Defendant | |
| Pls.' Motion for Class Certification, page 3, line 20 (between "professional" and "licenses") | Defendant | |
| Pls.' Motion for Class Certification, page 3, lines 21-23 (between "licenses" and "arrest records") | Defendant | |
| Pls.' Motion for Class Certification, page 3, lines 23-24 (between "arrest records," and "and more.") | Defendant | |
| Pls.' Motion for Class Certification, page 3, line 26 (between "from" and "to") | Defendant | |
| Pls.' Motion for Class Certification, page 3, lines 26-27 (between "to" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 3, lines 27-28 (between "that" and "is available") | Defendant | |
| Pls.' Motion for Class Certification, page 4, lines 3-5 (entire sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 4, lines 8-9 (between "otherwise" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 4, lines 10-14 (between "access to" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 4, lines 16-17 (entire sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 4, lines 17-20 (between "(CLEAR RTIA Spreadsheet)" and "See, e.g., id.") | Defendant | |
| Pls.' Motion for Class Certification, page 4, line 23 (between "through" and "third parties") | Defendant | |
| Pls.' Motion for Class Certification, page 4, lines 23-24 (between "everyone from" and end of sentence) | Defendant | |

4

[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:21-cv-01418-EMC-KAW

| Exhibit to Andre M. Mura Declaration in Support of Motion or Portion of Motion | Designating Party | Ruling |
|---|---|---|
| Pls.' Motion for Class Certification, page 4, lines 26-27 (entire sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 4, line 28 (entire sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 5, line 2 (between "at once—" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 5, lines 4-5 (between "search function" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 5, line 7 (between beginning of sentence and "which") | Defendant | |
| Pls.' Motion for Class Certification, page 5, lines 7-8 (between "gathers" and "from the third parties") | Defendant | |
| Pls.' Motion for Class Certification, page 5, lines 8-10 (entire sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 5 lines 12-13 (between "it is" and end of citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 5, line 15 (between "its" and "and patented") | Defendant | |
| Pls.' Motion for Class Certification, page 5, line 15 (between "database" and "which associates") | Defendant | |
| Pls.' Motion for Class Certification, page 5, lines 23.5-24 (entire citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 5, line 25 (entire citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 5, lines 25-27.5 (entire citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 6, line 3 (between "by its" and "CLEAR customers") | Defendant | |
| Pls.' Motion for Class Certification, page 6, line 5 (between "claims to restrict" and "cherry-picking") | Defendant | |
| Pls.' Motion for Class Certification, page 6, line 6 (between "terms" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 6, line 7 (between "But" and "is not") | Defendant | |
| Pls.' Motion for Class Certification, page 6, lines 8-10 (between "by" and end of sentence) | Defendant | |

5

[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:21-cv-01418-EMC-KAW

| Exhibit to Andre M. Mura Declaration in Support of Motion or Portion of Motion | Designating Party | Ruling |
|---|---|---|
| Pls.' Motion for Class Certification, page 6, lines 11-12 (entire sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 6, line 13 (between "considered" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 6, lines 14-15 (between "that they" and end of parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 6, lines 16-17 (between "discussing" and end of parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 6, lines 20-21 (between "information" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 6, lines 22.5-23 (entire citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 6, lines 23.5-25 (entire citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 6, lines 25.5-26 (entire citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 6, lines 26-27.5 (entire citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 6, line 28 (entire citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 7, lines 1-2 (between "discussing" and end of citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 7, lines 3-6 (entire citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 7, lines 7-10 (between "found" and end of citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 7, line 11 (between "generates" and "from selling") | Defendant | |
| Pls.' Motion for Class Certification, page 7, line 13 (between "over" and "selling") | Defendant | |
| Pls.' Motion for Class Certification, page 7, lines 13-14 (between "access to" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 7, line 16 (between "developed" and "CLEAR") | Defendant | |

[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:21-cv-01418-EMC-KAW

| Exhibit to Andre M. Mura Declaration in Support of Motion or Portion of Motion | Designating Party | Ruling |
|---|---|---|
| Pls.' Motion for Class Certification, page 7, lines 17-18 (between "only" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 7, lines 19-20 (between "from" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 7, lines 21-24 (between "include" and "and more.") | Defendant | |
| Pls.' Motion for Class Certification, page 7, lines 25-26 (between "purpose:" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 7, line 27 (between "CLEAR" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 8, line 1 (between "CLEAR" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 8, lines 6-7 (between "Californians" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 8, lines 8-10 (between "for example," and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 8, lines 11-12 (between "part," and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 9, lines 7-11 (between "Thomson Reuters" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 11, lines 11-12 (between "information on" and end of sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 17, lines 22-23 (entire sentence) | Defendant | |
| Pls.' Motion for Class Certification, page 18, lines 27.5-28 (entire citation parenthetical) | Defendant | |
| Pls.' Motion for Class Certification, page 21, line 18 (between "class members" and "and would therefore") | Defendant | |

IT IS SO ORDERED.

DATED:  November 10, 2022

_____
EDWARD M. CHEN
United States District Judge

7

[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:21-cv-01418-EMC-KAW