1   Susan D. Fahringer, Bar No. 21567          Gabriella Gallego, Bar No. 324226
    SFahringer@perkinscoie.com                 GGallego@perkinscoie.com
2   Nicola C. Menaldo, *pro hac vice*          PERKINS COIE LLP
    NMenaldo@perkinscoie.com                   3150 Porter Drive
3   Erin K. Earl, *pro hac vice*               Palo Alto, CA 94304-1212
    EEarl@perkinscoie.com                      Telephone: 650.838.4300
4   Anna M. Thompson, *pro hac vice*           Facsimile: 650.838.4350
    AnnaThompson@perkinscoie.com
5   PERKINS COIE LLP                           Hayden M. Schottlaender, *pro hac vice*
    1201 Third Avenue, Suite 4900              HSchottlaender@perkinscoie.com
6   Seattle, WA 98101-3099                     PERKINS COIE LLP
    Telephone: 206.359.8000                    500 N. Akard Street, Suite 3300
7   Facsimile: 206.359.9000                    Dallas, TX 75201-3347
    Attorneys for Defendant                    Telephone: 214.965.7700
8   Thomson Reuters Corporation                Facsimile: 214.965.7799

9

10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13                      **SAN FRANCISCO DIVISION**

14

15   CAT BROOKS and RASHEED              Case No. 3:21-cv-01418-EMC
     SHABAZZ, individually and on behalf of
16   all others similarly situated,      **STIPULATION AND [PROPOSED]
                                          ORDER EXTENDING DEADLINES
17                  Plaintiffs,           PURSUANT TO LOCAL RULE 79-5**

18          v.                            Current Response Date: November 16, 2022

19   THOMSON REUTERS CORPORATION,         New Response Date:      December 7, 2022

20                  Defendant.

21

22

23          Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(b), 6-2, and 7-

24   12, Defendant Thomson Reuters Corporation ("Thomson Reuters") and Plaintiffs Cat Brooks and

25   Rasheed Shabazz ("Plaintiffs"), by and through their respective counsel, hereby stipulate as

26   follows:

27

28

1    WHEREAS, N.D. Cal. Civil Local Rule 79-5 governs the under seal filing of documents

2    designated as confidential or subject to a protective order;

3    WHEREAS, on November 9, 2022, Plaintiffs filed an Administrative Motion to Consider

4    Whether Another Party's Materials [namely, Thomson Reuters' materials] Should Be Sealed (the

5    "Sealing Motion"), Dkt. 124.

6    WHEREAS, N.D. Cal. Civil Local Rule 79-5(f) requires Thomson Reuters, the

7    designating party of the materials subject to the Sealing Motion, to file a statement and/or

8    declaration establishing that the designated material is sealable within 7 days of the filing of an

9    administrative motion to file under seal;

10   WHEREAS, N.D. Cal. Civil Local Rule 79-5(f) requires Plaintiffs to file a response to

11   Thomson Reuters' statement and/or declaration no later than 4 days after the filing of that

12   statement and/or declaration;

13   WHEREAS, the parties mutually agree to extend Thomson Reuters' deadline for filing its

14   statement and/or declaration by 21 days and Plaintiffs' deadline for filing their response to

15   Thomson Reuters' statement and/or declaration by 5 days;

16   WHEREAS, there is good cause for an extension given the volume and density of the

17   materials subject to the Sealing Motion and the need for Thomson Reuters to conduct a thorough

18   and careful review to determine which of those materials should, in fact, be sealed;

19   WHEREAS, no party will be prejudiced and no other deadlines will be affected by the

20   extension.

21   **IT IS HEREBY STIPULATED AND AGREED** by the parties as follows:

22   1.      Subject to the Court's approval, Thomson Reuters' deadline to submit a statement

23   and/or declaration in response to Plaintiffs' Sealing Motion pursuant to Local Rule 79-5 is

24   extended by 21 days, to December 7, 2022, and Plaintiffs' deadline to submit a response to

25   Thomson Reuters' statement and/or declaration is extended by 5 days, to December 16, 2022.

26   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

27

28

DATED:  November 14, 2022

**PERKINS COIE LLP**

By:  */s/ Susan D. Fahringer*
     Susan D. Fahringer, Bar No. 21567
     SFahringer@perkinscoie.com

*Attorneys for Defendant*
Thomson Reuters Corporation

DATED:  November 14, 2022

By:  */s/ Andre M. Mura*
     Andre M. Mura, Bar No. 298541
     amm@classlawgroup.com

Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amy M. Zeman (SBN 273100)
Mark H. Troutman (pro hac vice)
Ezekiel S. Wald (SBN 341490)
Hanne Jensen (SBN 336045)
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amz@classlawgroup.com
mht@classlawgroup.com
zsw@classlawgroup.com
hj@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiffs*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatory.

     */s/ Susan D. Fahringer*
     Susan D. Fahringer

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November 15, 2022

Hon. Edward M. Chen
United States District Judge