| | |
|---|---|
| Eric H. Gibbs (SBN 178658) | Geoffrey A. Graber (SBN 211547) |
| Andre M. Mura (SBN 298541) | Karina G. Puttieva (SBN 317702) |
| Amy M. Zeman (SBN 273100) | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| Mark H. Troutman (*pro hac vice*) | 1100 New York Ave. NW, Fifth Floor |
| Ezekiel S. Wald (SBN 341490) | Washington, DC 20005 |
| Hanne Jensen (SBN 336045) | Telephone: (202) 408-4600 |
| **GIBBS LAW GROUP LLP** | Facsimile: (202) 408-4699 |
| 1111 Broadway, Suite 2100 | ggraber@cohenmilstein.com |
| Oakland, CA 94607 | kputtieva@cohenmilstein.com |
| Telephone: (510) 350-9700 | |
| Facsimile: (510) 350-9701 | |
| ehg@classlawgroup.com | |
| amm@classlawgroup.com | |
| amz@classlawgroup.com | |
| mht@classlawgroup.com | |
| zsw@classlawgroup.com | |
| hj@classlawgroup.com | |

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-1418-EMC-KAW<br><br>**STIPULATION AND ORDER REGARDING THE PARTIES' JOINT DISCOVERY LETTER**<br><br>Judge: Hon. Kandis A. Westmore |

1

1    Whereas, Plaintiffs submitted, and Defendant did not oppose entry of a proposed order "on the
2 issue of permissible use that Plaintiffs would designate for their use of the [CLEAR] platform" along
3 with the parties' discovery dispute, *see* ECF 120; *see also* ECF 109 (Pls.' Proposed Order);
4    Whereas the Court ordered the parties to re-submit that proposed order as a stipulation and
5 proposed order, *see* ECF 120;
6    Whereas Plaintiffs have proposed, and Defendant does not oppose, the Court entering an order
7 stating that Plaintiffs may select the following permissible purposes from CLEAR's menu of options
8 for their activity in CLEAR pursuant to the terms of the parties' agreement regarding access to CLEAR
9 for civil discovery. Gramm-Leach-Bliley Act: For use in complying with a properly authorized civil,
10 criminal or regulatory investigation, or subpoena or summons by federal, state, or local authorities.
11 Driver's Privacy Protection Act: For use in connection with a civil, criminal or arbitral legal proceeding
12 or legal research. Voters: Use in connection with a non-commercial purpose, *see* ECF 120; ECF 109;
13    **ACCORDINGLY**, pursuant to stipulation and subject to Court approval, Plaintiffs may select
14 the permissible uses stated here for their use of CLEAR pursuant to this Court's order regarding the
15 parties' September 22, 2022 Discovery Letter Brief, ECF 109.

| | | |
|---|---|---|
| 1 | DATED: November 14, 2022 | **GIBBS LAW GROUP LLP** |
| 2 | | |
| 3 | | Respectfully submitted, |
| 4 | | |
| 5 | | /s/ *Andre M. Mura* |
| 6 | | |
| | | Eric H. Gibbs (SBN 178658) |
| 7 | | Andre M. Mura (SBN 298541) |
| | | Amy M. Zeman (SBN 273100) |
| 8 | | Mark H. Troutman (pro hac vice) |
| 9 | | Ezekiel S. Wald (SBN 341490) |
| | | Hanne Jensen (SBN 336045) |
| 10 | | GIBBS LAW GROUP LLP |
| | | 1111 Broadway, Suite 2100 |
| 11 | | Oakland, California 94607 |
| 12 | | (510) 350-9700 |
| | | ehg@classlawgroup.com |
| 13 | | amm@classlawgroup.com |
| 14 | | amz@classlawgroup.com |
| | | mht@classlawgroup.com |
| 15 | | zsw@classlawgroup.com |
| | | hj@classlawgroup.com |
| 16 | | |
| 17 | | Geoffrey A. Graber (SBN 211547) |
| | | Karina G. Puttieva (SBN 317702) |
| 18 | | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 19 | | 1100 New York Ave. NW, Fifth Floor |
| | | Washington, DC 20005 |
| 20 | | Telephone: (202) 408-4600 |
| 21 | | Facsimile: (202) 408-4699 |
| | | ggraber@cohenmilstein.com |
| 22 | | kputtieva@cohenmilstein.com |
| 23 | | |
| | | *Attorneys for Plaintiffs and the Proposed Class* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

STIPULATION AND ORDER REGARDING THE PARTIES' JOINT DISCOVERY LETTER
Case No. 3:21-cv-1418-EMC-KAW

DATED: November 14, 2022  PERKINS COIE LLP

By: */s/ Susan D. Fahringer*

Susan D. Fahringer, Bar No. 21567
Nicola C. Menaldo (pro hac vice)
Anna M. Thompson (pro hac vice)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
SFahringer@perkinscoie.com
NMenaldo@perkinscoie.com
AnnaThompson@perkinscoie.com

Hayden M. Schottlaender, *pro hac vice*
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile:  (214) 965-7799
HSchottlaender@perkinscoie.com

Gabriella Gallego, Bar No. 324226
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
GGallego@perkinscoie.com

*Attorneys for Defendant
Thomson Reuters Corporation*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 18, 2022

_____
The Hon. Kandis A. Westmore
United States Magistrate Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ *Andre M. Mura*