Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amy M. Zeman (SBN 273100)
Mark H. Troutman (*pro hac vice*)
Ezekiel S. Wald (SBN 341490)
Hanne Jensen (SBN 336045)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amz@classlawgroup.com
mht@classlawgroup.com
zsw@classlawgroup.com
hj@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-01418-EMC-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), and Civil Local Rules 6-1(a) and 7-12, the parties hereby stipulate as follows:

Whereas, on November 14, 2022, Plaintiffs filed, with leave of Court, a first amended complaint that included certain claims previously dismissed, *see* ECF 54, 133, 135;

Whereas, Plaintiffs included such claims in an abundance of caution to preserve appellate rights because, while they had understood such claims to have been dismissed with prejudice, the Court's order did not expressly so state, *see* ECF 123 at 2 n.1;

Whereas, the parties have met and conferred and agree that, with the Court's clarification that the previously dismissed claims were dismissed with prejudice, Plaintiffs may refile their amended complaint without re-alleging previously dismissed claims, thus obviating any need of Defendant to file another motion to dismiss such claims;

Whereas, pursuant to Civil Local Rules 6-1(a) and 7-12, the parties also agree that Defendant may file a responsive pleading by December 28, 2022;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED,** subject to the Court's approval, that:

1. The Court clarifies that in its previous order granting in part and denying in part Defendant's motion to dismiss was with prejudice and those claims and issues are preserved for appeal, *see* ECF 54; *see Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012);

2. Plaintiffs shall refile their first amended complaint without the dismissed claims within five (5) court days of entry of this order;

3. Defendant shall file a responsive pleading no later than December 28, 2022.

2

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' AMENDED
COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO
Case No. 3:21-cv-01418-EMC-KAW

| | |
|---|---|
| DATED: November 22, 2022 | **GIBBS LAW GROUP LLP** |
| | Respectfully submitted, |
| | */s/ Andre M. Mura* |
| | Eric H. Gibbs (SBN 178658) |
| | Andre M. Mura (SBN 298541) |
| | Amy M. Zeman (SBN 273100) |
| | Mark H. Troutman (*pro hac vice*) |
| | Ezekiel S. Wald (SBN 341490) |
| | Hanne Jensen (SBN 336045) |
| | GIBBS LAW GROUP LLP |
| | 1111 Broadway, Suite 2100 |
| | Oakland, California 94607 |
| | (510) 350-9700 |
| | ehg@classlawgroup.com |
| | amm@classlawgroup.com |
| | amz@classlawgroup.com |
| | mht@classlawgroup.com |
| | zsw@classlawgroup.com |
| | hj@classlawgroup.com |
| | |
| | Geoffrey A. Graber (SBN 211547) |
| | Karina G. Puttieva (SBN 317702) |
| | COHEN MILSTEIN SELLERS & TOLL PLLC |
| | 1100 New York Ave. NW, Fifth Floor |
| | Washington, DC 20005 |
| | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| | ggraber@cohenmilstein.com |
| | kputtieva@cohenmilstein.com |
| | |
| | *Attorneys for Plaintiffs and the Proposed Class* |

1  DATED: November 22, 2022				PERKINS COIE LLP

						By: */s/ Susan D. Fahringer*

						Susan D. Fahringer (SBN 21567)
						Nicola C. Menaldo (*pro hac vice*)
						Anna M. Thompson (*pro hac vice*)
						1201 Third Avenue, Suite 4900
						Seattle, WA 98101-3099
						Telephone: (206) 359-8000
						Facsimile: (206) 359-9000
						SFahringer@perkinscoie.com
						NMenaldo@perkinscoie.com
						AnnaThompson@perkinscoie.com

						Hayden M. Schottlaender (*pro hac vice*)
						**PERKINS COIE LLP**
						500 N. Akard Street, Suite 3300
						Dallas, Texas 75201-3347
						Telephone: (214) 965-7700
						Facsimile:  (214) 965-7799
						HSchottlaender@perkinscoie.com

						Gabriella Gallego (SBN 324226)
						**PERKINS COIE LLP**
						3150 Porter Drive
						Palo Alto, CA 94304-1212
						Telephone: (650) 838-4300
						Facsimile: (650) 838-4350
						GGallego@perkinscoie.com

						*Attorneys for Defendant*
						*Thomson Reuters Corporation*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____
                                      The Hon. Edward M. Chen
                                      United States District Judge

5

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' AMENDED
COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO
Case No. 3:21-cv-01418-EMC-KAW

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ *Andre M. Mura*