Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amy M. Zeman (SBN 273100)
Mark H. Troutman (*pro hac vice*)
Ezekiel S. Wald (SBN 341490)
Hanne Jensen (SBN 336045)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amz@classlawgroup.com
mht@classlawgroup.com
zsw@classlawgroup.com
hj@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-01418-EMC-KAW<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), and Civil Local Rules 6-1(a) and 7-12, the parties hereby stipulate as follows:

Whereas, on November 14, 2022, Plaintiffs filed, with leave of Court, a first amended complaint that included certain claims previously dismissed, *see* ECF 54, 133, 135;

Whereas, Plaintiffs included such claims in an abundance of caution to preserve appellate rights because, while they had understood such claims to have been dismissed with prejudice, the Court's order did not expressly so state, *see* ECF 123 at 2 n.1;

Whereas, the parties have met and conferred and agree that, with the Court's clarification that the previously dismissed claims were dismissed with prejudice, Plaintiffs may refile their amended complaint without re-alleging previously dismissed claims, thus obviating any need of Defendant to file another motion to dismiss such claims;

Whereas, pursuant to Civil Local Rules 6-1(a) and 7-12, the parties also agree that Defendant may file a responsive pleading by December 28, 2022;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED,** subject to the Court's approval, that:

1. The Court clarifies that in its previous order granting in part and denying in part Defendant's motion to dismiss was with prejudice and those claims and issues are preserved for appeal, *see* ECF 54; *see Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012);

2. Plaintiffs shall refile their first amended complaint without the dismissed claims within five (5) court days of entry of this order;

3. Defendant shall file a responsive pleading no later than December 28, 2022.

2

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO
Case No. 3:21-cv-01418-EMC-KAW

| | |
|---|---|
| DATED: November 22, 2022 | **GIBBS LAW GROUP LLP** |
| | Respectfully submitted, |
| | /s/ *Andre M. Mura* |
| | Eric H. Gibbs (SBN 178658) |
| | Andre M. Mura (SBN 298541) |
| | Amy M. Zeman (SBN 273100) |
| | Mark H. Troutman (*pro hac vice*) |
| | Ezekiel S. Wald (SBN 341490) |
| | Hanne Jensen (SBN 336045) |
| | GIBBS LAW GROUP LLP |
| | 1111 Broadway, Suite 2100 |
| | Oakland, California 94607 |
| | (510) 350-9700 |
| | ehg@classlawgroup.com |
| | amm@classlawgroup.com |
| | amz@classlawgroup.com |
| | mht@classlawgroup.com |
| | zsw@classlawgroup.com |
| | hj@classlawgroup.com |
| | |
| | Geoffrey A. Graber (SBN 211547) |
| | Karina G. Puttieva (SBN 317702) |
| | COHEN MILSTEIN SELLERS & TOLL PLLC |
| | 1100 New York Ave. NW, Fifth Floor |
| | Washington, DC 20005 |
| | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| | ggraber@cohenmilstein.com |
| | kputtieva@cohenmilstein.com |
| | |
| | *Attorneys for Plaintiffs and the Proposed Class* |

| | |
|---|---|
| DATED: November 22, 2022 | **PERKINS COIE LLP** |
| | By: */s/ Susan D. Fahringer* |

                      Susan D. Fahringer (SBN 21567)
                      Nicola C. Menaldo (*pro hac vice*)
                      Anna M. Thompson (*pro hac vice*)
                      1201 Third Avenue, Suite 4900
                      Seattle, WA 98101-3099
                      Telephone: (206) 359-8000
                      Facsimile: (206) 359-9000
                      SFahringer@perkinscoie.com
                      NMenaldo@perkinscoie.com
                      AnnaThompson@perkinscoie.com

                      Hayden M. Schottlaender (*pro hac vice*)
                      **PERKINS COIE LLP**
                      500 N. Akard Street, Suite 3300
                      Dallas, Texas 75201-3347
                      Telephone: (214) 965-7700
                      Facsimile:  (214) 965-7799
                      HSchottlaender@perkinscoie.com

                      Gabriella Gallego (SBN 324226)
                      **PERKINS COIE LLP**
                      3150 Porter Drive
                      Palo Alto, CA 94304-1212
                      Telephone: (650) 838-4300
                      Facsimile: (650) 838-4350
                      GGallego@perkinscoie.com

                      *Attorneys for Defendant*
                      *Thomson Reuters Corporation*

4

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' AMENDED
COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO
Case No. 3:21-cv-01418-EMC-KAW

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 28, 2022

_____
The Hon. Edward M. Chen
United States District Judge

5

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO
Case No. 3:21-cv-01418-EMC-KAW