Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amy M. Zeman (SBN 273100)
Mark H. Troutman (*pro hac vice*)
Ezekiel S. Wald (SBN 341490)
Hanne Jensen (SBN 336045)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amz@classlawgroup.com
mht@classlawgroup.com
zsw@classlawgroup.com
hj@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-01418-EMC-KAW<br><br>**AMENDED STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO**<br><br>Judge: Hon. Edward M. Chen |

1

AMENDED STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' AMENDED
COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO
Case No. 3:21-cv-01418-EMC-KAW

|   |   |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 15(a)(2), and Civil Local Rules 6-1(a) and 7-12, the parties hereby stipulate as follows: |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), and Civil Local Rules 6-1(a) and 7-12, the parties hereby stipulate as follows:

Whereas, on November 14, 2022, Plaintiffs filed, with leave of Court, a first amended complaint that included certain claims previously dismissed, *see* ECF 54, 133, 135;

Whereas, Plaintiffs included such claims in an abundance of caution to preserve appellate rights, *see* ECF 123 at 2 n.1, because, while they had understood such claims to have been dismissed either with prejudice or without leave to amend, the Court's order did not expressly so state;

Whereas, the parties have met and conferred and agree that Plaintiffs may refile their amended complaint without re-alleging previously dismissed claims, thus obviating any need of Defendant to file another motion to dismiss such claims, subject to the Court's clarification that its previous order granting in part and denying in part Defendant's motion to dismiss, ECF 54, was with prejudice. However, to the extent the Court dismissed Plaintiffs' Unfair Competition Law cause of action for monetary relief because Plaintiffs have an adequate legal remedy, this dismissal is without prejudice for lack of equitable jurisdiction and without leave to amend. *See Guzman v. Polaris Industries Inc.*, 49 F.4th 1308, 1315 (9th Cir. 2022); *Brooks v. Thomson Reuters Corp.*, No. 3:21-cv-01418-EMC-KAW, ECF 54 at 18-19 (N.D. Cal. Aug. 16, 2021). The claims dismissed in the Court's prior order need not be repled and are preserved for appeal. *See Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012);

Whereas, pursuant to Civil Local Rules 6-1(a) and 7-12, the parties also agree that Defendant may file a responsive pleading by December 28, 2022;

Whereas, the parties filed a stipulation and proposed order, ECF 141, which erroneously suggested the dismissal of Plaintiffs' UCL cause of action for monetary relief would be with prejudice when, as stated above, it would be without prejudice or leave to amend. The Court granted the stipulation before the parties were able to submit an amended proposal. ECF 142;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED,** subject to the Court's approval, that:

2

AMENDED STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO
Case No. 3:21-cv-01418-EMC-KAW

1. The Court vacates its prior Order granting the parties' stipulation regarding Plaintiffs' amended complaint and Defendant's deadline to respond thereto. ECF 142.
2. The Court clarifies that in its previous order granting in part and denying in part Defendant's motion to dismiss, ECF 54, was with prejudice. However, to the extent the Court dismissed Plaintiffs' Unfair Competition Law cause of action for monetary relief because Plaintiffs have an adequate legal remedy, this dismissal is without prejudice for lack of equitable jurisdiction, but without leave to amend. *Guzman v. Polaris Industries Inc.*, 49 F.4th 1308, 1315 (9th Cir. 2022); *Brooks v. Thomson Reuters Corp.*, No. 3:21-cv-01418-EMC-KAW, ECF 54 at 18-19 (N.D. Cal. Aug. 16, 2021). The claims dismissed in the Court's prior order need not be repled and are preserved for appeal. *See Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012).
3. Plaintiffs shall refile their first amended complaint without the dismissed claims within five (5) court days of entry of this order.
4. Defendant shall file a responsive pleading no later than December 28, 2022.

3

AMENDED STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO
Case No. 3:21-cv-01418-EMC-KAW

| | |
|---|---|
| DATED: November 28, 2022 | **GIBBS LAW GROUP LLP** |
| | Respectfully submitted, |
| | /s/ *Andre M. Mura* |
| | Eric H. Gibbs (SBN 178658)<br>Andre M. Mura (SBN 298541)<br>Amy M. Zeman (SBN 273100)<br>Mark H. Troutman (*pro hac vice*)<br>Ezekiel S. Wald (SBN 341490)<br>Hanne Jensen (SBN 336045)<br>GIBBS LAW GROUP LLP<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>(510) 350-9700<br>ehg@classlawgroup.com<br>amm@classlawgroup.com<br>amz@classlawgroup.com<br>mht@classlawgroup.com<br>zsw@classlawgroup.com<br>hj@classlawgroup.com |
| | Geoffrey A. Graber (SBN 211547)<br>Karina G. Puttieva (SBN 317702)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>ggraber@cohenmilstein.com<br>kputtieva@cohenmilstein.com |
| | *Attorneys for Plaintiffs and the Proposed Class* |

4

AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' AMENDED
COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO
Case No. 3:21-cv-01418-EMC-KAW

DATED: November 28, 2022      PERKINS COIE LLP

By: */s/ Susan D. Fahringer*

Susan D. Fahringer (SBN 21567)
Nicola C. Menaldo (*pro hac vice*)
Anna M. Thompson (*pro hac vice*)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
SFahringer@perkinscoie.com
NMenaldo@perkinscoie.com
AnnaThompson@perkinscoie.com

Hayden M. Schottlaender (*pro hac vice*)
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile:  (214) 965-7799
HSchottlaender@perkinscoie.com

Gabriella Gallego (SBN 324226)
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
GGallego@perkinscoie.com

*Attorneys for Defendant*
*Thomson Reuters Corporation*

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 29, 2022

_____
The Hon. Edward M. Chen
United States District Judge