# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THOMSON REUTERS CORPORATION,<br><br>　　　　Defendant. | Case No. 3:21-cv-01418-EMC<br><br>[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 124)<br><br>Judge:　Hon. Edward M. Chen |

1  The Court, having considered Plaintiffs' Administrative Moton to Consider Whether
2  Another Party's Material Should be Sealed and all supporting materials thereto, and having
3  considered Defendant Thomson Reuters' Statement in Response and all supporting materials
4  thereto, including exhibits 1-4 and the declaration of Kevin Appold, finds that good cause and
5  compelling reasons exist to seal:

6  (1)  The following portions of Plaintiffs' Brief in Support of Motion for Class
7  Certification ("Moton") and the following portions of the following Exhibits to the Declaration of
8  Andre Mura in support of the Motion ("Declaration Exhibits"):

| Dkt. No. / Ex. | Portion(s) to Seal |
|---|---|
| Dkt. 124-3 1:11 | After "private investigators, even" and before "millions of dollars each year" |
| Dkt. 124-3 4:18 | After "arrested in" and before "for example" |
| Dkt. 124-3 4:23 | After "It licenses it through" and before "third parties" |
| Dkt. 124-3 5:23-24 | FN 3: After "("Jane" Powerpoint)" and before "Ex. 32" |
| Dkt. 124-3 5:25 | FN 3: After "(August 2015 Legal Powerpoint)" and before "Ex. 33" |
| Dkt. 124-3 5:25-27 | FN 3: After "(Email 6/15-7/5)" and before "Ex. 6" |
| Dkt. 124-3 6:13 | After "considered" and before "*See* Ex. 50" |
| Dkt. 124-3 6:14-15 | After "analysts discussing that they" and before "Ex. 51" |
| Dkt. 124-3 6:16-17 | After "(discussing" and before "Ex. 52" |
| Dkt. 124-3 6:20-21 | After "to control their personal information" and before "*See* Ex. 54" |
| Dkt. 124-3 6:22-23 | FN 4: After "*See* Ex. 44 (Email 6/13-6/14)" and before "[.]"); Ex. 45" |
| Dkt. 124-3 6:24-25 | FN 4: After "Ex. 45 (Email 7/17-2/13)" and before "Ex. 46 (Public Records Compliance Chart)" |
| Dkt. 124-3 6:25-26 | FN 4: After "Ex. 47 (Email 3/5-4/20)" and before "Ex. 48" |
| Dkt. 124-3 6:26-27 | FN 4: After "Ex. 48 (Email 1/28-1/29)" and before "Ex. 49 (Email 11/21-12/9)" |
| Dkt. 124-3 6:28 | FN 4: After "Ex. 49 (Email 11/21-12/9)" to end of sentence in FN 4 |
| Dkt. 124-3 7:1-2 | Beginning of first line of page and before "Ex. 55" |
| Dkt. 124-3 7:3-6 | After "Ex. 55 (Email 2/2-2/11)" and before "*see also* Ex. 56" |
| Dkt. 124-3 7:7-10 | After "Thomson Reuters found" and before "Ex. 57" |

| Dkt. No. / Ex. | Portion(s) to Seal |
|---|---|
| Dkt. 124-3 7:13 | After "has made over" and before "million selling access" |
| Dkt. 124-3 7:17-18 | After "seeing revenues grow from" and before "*See* Ex. 60." |
| Dkt. 124-3 7:19-20 | After "list of clients that are" and before "corporate and government customers." |
| Dkt. 124-3 7:25-26 | After "customers for a central purpose:" and before "*See* Ex. 61." |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 50:15-19 (after "believe it's about" to the end of line 19) |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 64:15-20 (after "type of data." to the end of line 20) |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 80:1-2 |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 95:7-96:19 |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 99:12-18 |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 105:14-15 |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 106:11-106:12 (after "detail, please," and before "correct?") |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 106:17 |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 106:20 |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 108:16-18 (after "where it says," to the end of line 18) |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 108:20-21 (after "referencing the addition of" and before "to the CLEAR - - strike that.") |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 108:23 (beginning of line and before "to CLEAR?") |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 110:2-3 (beginning of line and before "new driver's") |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 110:8 (after "is" to end of line 8) |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 110:9-12 (after "And we don't - - and" to end of line 12) |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 116:17-18 (after "based on previous testimony," and before "it enters into our systems,") |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 121:15-122:4 |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 122:21-25 |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 123:5-12 |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 156:13-157:4 |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 169:21-22 |
| Dkt. 124-4 Ex. 1 | Fox Dep. at 170:2-4 |

| Dkt. No. / Ex. | Portion(s) to Seal |
|---|---|
| Dkt. 124-4 Ex. 1 | Fox Dep. at 178:2-24 |
| Dkt. 124-7 Ex. 4 | Turow Report page 12, line 4 (beginning of line and before "pages".) |
| Dkt. 124-7 Ex. 4 | Turow Report page 12, FN 30 (after "listing" and before "Fox Dep. 98:21-22") |
| Dkt. 124-7 Ex. 4 | Turow Report page 12, FN 31 (after "listing" and before "Fox Dep. 98:21-22") |
| Dkt. 124-7 Ex. 4 | Turow Report page 14, FN 40 (after "In fact, I understand that" and before "Fox Dep. 132:20-133:19") |
| Dkt. 124-7 Ex. 4 | Turow Report page 14, FN 40 (after "Fox Dep. 132:20-133:19" to the end of FN 40) |
| Dkt. 124-7 Ex. 4 | Turow Report page 20, line 5 (after "add to CLEAR, including, potentially" to the end of sentence) |
| Dkt. 124-7 Ex. 4 | Turow Report page 20, FN 59 (after "listing" and before "in a page of a presentation") |
| Dkt. 124-7 Ex. 4 | Turow Report page 20, FN 59 (after "exploring the addition of" and before "to its CLEAR profiles") |
| Dkt. 124-7 Ex. 4 | Turow Report page 21, FN 64 (entire footnote) |
| Dkt. 124-7 Ex. 4 | Turow Report page 26, first row of table - continuation from previous page re beg bates TR-BROOKS018865 - in the document description column (after "discussing" and before "(June 2015)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 26, sixth row of table in the document description column (after "Annual Subscription Renewal" and before "& West Publishing Corporation") |
| Dkt. 124-7 Ex. 4 | Turow Report page 26, seventh row of table in the document description column (after "Weekly Data Updates," and before "& West Publishing Corporation") |
| Dkt. 124-7 Ex. 4 | Turow Report page 26, eighth row of table in the document description column (after "West Group &" and before "(Sept. 21, 2000)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 26, ninth row of table in the document description column (after "Contract" and before "(June 16, 1999)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 26, tenth row of table in the document description column (after "Contractual Agreement Between" and before "& West Publishing Corporation") |
| Dkt. 124-7 Ex. 4 | Turow Report page 26, eleventh row of table in the document description column (after "Agreement" and before "West Services Inc. &") |
| Dkt. 124-7 Ex. 4 | Turow Report page 26, eleventh row of table in the document description column (after "West Services Inc. &" and before "(Feb. 8, 2013)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 27, fifth row of table in the document description column (after "West Publishing &" and before "(Aug. 25, 2016)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 27, sixth row of table in the document description column (after "West Services &" and before "(July 19, 2004)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 27, seventh row of table in the document description column (after "West Services &" and before "(Aug. 29, 2006)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 27, eighth row of table in the document description column (after "West Services &" and before "(June 1, 2007)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 27, ninth row of table in the document description column (after "West Services &" and before "(Nov. 29, 2006)") |

| Dkt. No. / Ex. | Portion(s) to Seal |
|---|---|
| Dkt. 124-7 Ex. 4 | Turow Report page 27, tenth row of table in the document description column (after "Purchase Order," to the end of description) |
| Dkt. 124-7 Ex. 4 | Turow Report page 27, eleventh row of table in the document description column (after "Supply Agreement," and before "& West Services, Inc.") |
| Dkt. 124-7 Ex. 4 | Turow Report page 28, first row of table in the document description column (after "Supply Agreement," and before "& West Services, Inc.") |
| Dkt. 124-7 Ex. 4 | Turow Report page 28, second row of table in the document description column (after "License Agreement," and before "& West Services, Inc.") |
| Dkt. 124-7 Ex. 4 | Turow Report page 28, third row of table in the document description column (after "License Agreement," and before "& West Services, Inc.") |
| Dkt. 124-7 Ex. 4 | Turow Report page 28, fourth row of table in the document description column (after "Second Addendum," and before "& West Services, Inc.") |
| Dkt. 124-7 Ex. 4 | Turow Report page 28, fifth row of table in the document description column (after "Order Form for," and before "West Services &") |
| Dkt. 124-7 Ex. 4 | Turow Report page 28, fifth row of table in the document description column (after "West Services &" and before "(Dec. 14, 2014)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 28, sixth row of table in the document description column (after "West Publishing &" and before "(Mar. 1, 2017)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 28, seventh row of table in the document description column (after "West Publishing &" and before "(May 25, 2019)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 28, eighth row of table in the document description column (after "Reseller Agreement," and before "& West Publishing Corporation") |
| Dkt. 124-7 Ex. 4 | Turow Report page 28, ninth row of table in the document description column (after "West Publishing &" and before "(Aug. 1, 2017)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 28, tenth row of table in the document description column (after "West Services &" and before "(Nov. 13, 2009)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 29, first row of table - continuation from previous page - in the document description column (after "West Services &" and before "(Feb. 2, 2010)") |
| Dkt. 124-7 Ex. 4 | Turow Report page 29, second row of table re beg bates TR-BROOKS040077 - in the document description column (after "personnel and client" and before "discussing CLEAR matching") |
| Dkt. 124-9 Ex. 6 | Godlewski Dep. at 131:6-9 |
| Dkt. 127-12 Ex. 59 | FSG Report page 1, line 16 (after "shows total net profits of approximately" and before "as of the end of 2021.") |
| Dkt. 127-12 Ex. 59 | FSG Report page 5, FN 15 (after "TR-BROOKS082062 (listing" and before "Fox Dep. 98:7-8") |
| Dkt. 127-12 Ex. 59 | FSG Report page 6, line 4 (entire line except footnote) |
| Dkt. 127-12 Ex. 59 | FSG Report page 6, (entire image of powerpoint slide in middle of page) |
| Dkt. 127-12 Ex. 59 | FSG Report page 10, (all data underneath the table column header titled: "Total Revenue ($MMs)") |
| Dkt. 127-12 Ex. 59 | FSG Report page 11, last two lines 26-27 (after "(e.g.," and before "etc.).") |

| Dkt. No. / Ex. | Portion(s) to Seal |
|---|---|
| Dkt. 127-12 Ex. 59 | FSG Report page 12, FN 42 (after "over the years 2010-2017, from" and before "TR-BROOKS123263;") |
| Dkt. 127-12 Ex. 59 | FSG Report page 13, FN 47 (after "testifying that about" and before "of CLEAR's current customers") |
| Dkt. 127-12 Ex. 59 | FSG Report page 14, line 5 (after "the data indicates that approximately" and before "of all CLEAR searches") |
| Dkt. 127-12 Ex. 59 | FSG Report page 14, FN 49 - continuation from previous page (after "showing" and before "of CLEAR usage transactions") |
| Dkt. 127-12 Ex. 59 | FSG Report page 14, FN 49 - continuation from previous page (after "CLEAR Desktop and" and before "occurring through CLEAR S2S,") |
| Dkt. 127-12 Ex. 59 | FSG Report page 14, FN 49 - continuation from previous page (after "with the remaining" and before "attributable to Batch searches") |
| Dkt. 127-12 Ex. 59 | FSG Report page 16, lines 23-26 (after "was entered into between Thomson Reuters and" and before "[fn59] As a second example,") |
| Dkt. 127-12 Ex. 59 | FSG Report page 16, line 27 (after "As a second example, an agreement between Thomson Reuters and" and before "to be made available through") |
| Dkt. 127-12 Ex. 59 | FSG Report pages 16 through 17, bottom line 29 through top of next page line 1 (after "California, with royalties of" through end of sentence at top of next page before "[fn60] Absent") |
| Dkt. 127-12 Ex. 59 | FSG Report page 17, line 10 (after "consistently at or below" and before "of the corresponding revenues.") |
| Dkt. 127-12 Ex. 59 | FSG Report page 17, line 11 (after "my calculations use the" and before "figure as a reasonable estimate") |
| Dkt. 127-12 Ex. 59 | FSG Report page 17, bottom of page (all information/data contained underneath table titled: 2021 - total of two columns and 9 rows) |
| Dkt. 127-12 Ex. 59 | FSG Report page 18, middle of page (all information/data contained below the table column headers - total of 6 columns and 11 rows) |
| Dkt. 127-12 Ex. 59 | FSG Report page 19, line 6 (after "can be calculated as approximately" to the end of sentence) |
| Dkt. 127-12 Ex. 59 | FSG Report Exhibit 1 (entire document) |
| Dkt. 127-12 Ex. 59 | FSG Report Appendix A page 12, line 3 (after "Email from Alan Schafer Re:" and before TR-BROOKS04729-TR-BROOKS047039") |
| Dkt. 127-12 Ex. 59 | FSG Report Appendix A page 13, line 7 (after "Email from Britton Wolf re:" and before "TR-BROOKS176757-TR-BROOKS176764") |
| Dkt. 127-13 Ex. 60 | Page 3, lines 5-14 (all data underneath table column 2 titled: "Recurring Revenue Attributed to CLEAR" and all data underneath table column 3 titled: "Transactional Revenue Attributed to CLEAR") |
| Dkt. 127-17 Ex. 70 | All 75 pages of "Excel Sheet 2," which follow directly after first two pages which comprise "Excel Sheet 1" |

(2)   The following Declaration Exhibits in their entirety:

| Dkt. No. / Ex. | Document |
|---|---|
| Dkt. 124-5 Ex. 2 | Internal training materials in the form of talking points for sales personnel to use with prospective CLEAR customers |
| Dkt. 124-11 Exs. 8 | Internal spreadsheet of CLEAR customers |

| Dkt. No. / Ex. | Document |
|---|---|
| Dkt. 124-12 Exs. 9 | Internal spreadsheet of CLEAR customers |
| Dkt. 124-13 Ex. 12 | Sample CLEAR report |
| Dkt. 124-14 Ex. 15 | Internal email discussing needed clarifications as to what information is and is not accessible through CLEAR |
| Dkt. 125-1 Ex. 16 | Internal employee training materials in the form of a test with questions and answers |
| Dkt. 125-3 Ex. 19 | Email conversation among employees in response to a request for information for marketing materials |
| Dkt. 125-4 Ex. 20 | Email conversation among employees regarding enhancements made to CLEAR in March of 2021 and regarding an incoming request for proposal |
| Dkt. 125-5 Ex. 21 | Internal spreadsheet of CLEAR data sources |
| Dkt. 125-6 Ex. 23 | Internal powerpoint presentation providing a detailed review of CLEAR data licensors |
| Dkt. 125-7 Ex. 24 | Internal spreadsheet of upcoming notice due dates for data licensors |
| Dkt. 125-8 Ex. 25 | Product ladder of limited distribution that details the features and content available through various CLEAR plans |
| Dkt. 125-9 Ex. 26 | Internal spreadsheet of CLEAR search metrics |
| Dkt. 125-12 Ex. 29 | Internal announcement about CLEAR product changes |
| Dkt. 125-13 Ex. 30 | Email conversation among employees regarding CLEAR search metrics |
| Dkt. 125-14 Ex. 31 | Internal training powerpoint presentation providing technical processes and capabilities of CLEAR |
| Dkt. 125-15 Ex. 32 | Internal powerpoint presentation providing information on data licensing agreements |
| Dkt. 125-16 Ex. 33 | Email conversation among employees regarding CLEAR billing usage and validation |
| Dkt. 125-17 Ex. 34 | Internal powerpoint presentation proposing data license agreement renewal for a specific data licensor |
| Dkt. 125-18 Ex. 35 | Internal training materials in the form of talking points for sales personnel to use with prospective CLEAR customers |
| Dkt. 125-20 Ex. 37 | Draft internal training materials in the form of talking points for sales personnel to use with prospective CLEAR customers |
| Dkt. 126-1 Ex. 38 | Email conversations between Thomson Reuters and a CLEAR customer, and an internal conversation among employees, regarding the technical processes for pinning data to subjects in CLEAR |
| Dkt. 126-2 Ex. 39 | Draft, internal document describing Thomson Reuters' public records products |
| Dkt. 126-3 Ex. 41 | Internal powerpoint presentation regarding business operations |
| Dkt. 126-4 Ex. 42 | Internal powerpoint presentation regarding business operations |
| Dkt. 126-5 Ex. 43 | Internal chart mapping the CLEAR credentialing process |
| Dkt. 126-6 Ex. 44 | Email conversations regarding permissible use of CLEAR |

| Dkt. No. / Ex. | Document |
|---|---|
| Dkt. 126-7 Ex. 45 | Email conversations regarding permissible uses of CLEAR |
| Dkt. 126-8 Ex. 46 | Internal FAQ document addressing compliance investigation questions |
| Dkt. 126-9 Ex. 47 | Email conversations in response to customer inquiries |
| Dkt. 127-1 Ex. 48 | Email conversation among employees regarding a customer request |
| Dkt. 127-2 Ex. 49 | Email conversation among employees regarding data security features of CLEAR |
| Dkt. 127-3 Ex. 50 | Email conversation among employees regarding CLEAR credentialing |
| Dkt. 127-4 Ex. 51 | Email conversation among employees regarding CLEAR credentialing |
| Dkt. 127-5 Ex. 52 | Email conversation among employees regarding CLEAR credentialing |
| Dkt. 127-6 Ex. 53 | Email conversation between Thomson Reuters and a customer regarding CLEAR credentialing |
| Dkt. 127-7 Ex. 54 | Internal email regarding certain information available through CLEAR |
| Dkt. 127-8 Ex. 55 | Email from the sales team to a potential client |
| Dkt. 127-9 Ex. 56 | Email conversation regarding certain information available through CLEAR |
| Dkt. 127-10 Ex. 57 | Internal email regarding certain information available through CLEAR |
| Dkt. 127-14 Ex. 61 | Internal powerpoint presentation regarding CLEAR financial growth strategy |
| Dkt. 127-15 Ex. 62 | Internal training materials in the form of a powerpoint slide describing the Risk Inform product |
| Dkt. 127-16 Ex. 67 | Email conversation regarding a consumer rights request under the CCPA |
| Dkt. 127-18 Ex. 71 | Internal spreadsheet of Real-Time Incarceration records coverage per state |
| Dkt. 127-19 Ex. 72 | Internal spreadsheet of Real-Time Incarceration records coverage per county |
| Dkt. 128-1 Ex. 73 | Individual CLEAR report for Plaintiff Cat Brooks |
| Dkt. 129-1 Ex. 74 | Individual CLEAR report for Plaintiff Rasheed Shabazz |

**IT IS SO ORDERED.**

DATED:  December 7, 2022

_____
Hon. Edward M. Chen
United States District Court