# EXHIBIT 3

the answer company™
**THOMSON REUTERS®**

# Thomson Reuters 'How-To' Series

## How to Work With Law Enforcement on Suspicious Activity Reports

In a sector notorious for its Machiavellian and anti-competitive practices, information sharing might seem the antithesis to the financial services operating model. Yet, the growing sophistication of money launderers demands a united, industry-wide response.

Read more how the United Kingdom's Joint Money Laundering Intelligence Taskforce (JMLIT) is collaborating and how banks in the U.S. and abroad should explore this model to seek ways to share information without violating internal fiduciary or compliance policies. In AML compliance, the old adage "the best offense is a good defense" continues to hold true. VIEW FULL ARTICLE >

### How Thomson Reuters Can Help

Thomson Reuters CLEAR, an investigative due diligence platform, provides a one-stop shop for analysts to quickly obtain a complete picture of their subject. Complete your KYC investigations, comply with BSA regulations, and optimize your AML program with CLEAR.

http://tmsnrt.rs/2rfz455

**Request your FREE person or business search today**

---

THOMSON REUTERS                                         legalsolutions.com/clear

---

Privacy Policy | Unsubscribe

CONFIDENTIAL                                                    TR-BROOKS023888