# EXHIBIT 5

```
 1          UNITED STATES DISTRICT COURT FOR THE
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4     *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
 5   CAT BROOKS and RASHEED SHABAZZ, individually
     and on behalf of all others similarly situated,
 6
                Plaintiffs,
 7
         vs.             Case No.  3:21-cv-1418-EMC
 8
     THOMSON REUTERS CORPORATION,
 9
                Defendant.
10
         *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
11
                *****  CONFIDENTIAL *****
12
13   REMOTE VIDEOTAPED DEPOSITION OF DORI BUCKETHAL
14
                    May 18, 2022
15              9:00 a.m. to 5:18 p.m.
16          REPORTED BY ANITA KORNBURGER
            REGISTERED PROFESSIONAL REPORTER
17
18
                *****  CONFIDENTIAL  *****
19
20     *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
21
22
23
24
25
```

Confidential - Dori Buckethal

```
 1                A P P E A R A N C E S
 2   GIBBS LAW GROUP LLP, by
     Mr. Mark Troutman
 3   Mr. Ezekiel S. Wald
     Mr. Andre Mura
 4   1111 Broadway, Suite 2100
     Oakland, California 94607
 5   510-350-9700
     esw@classlawgroup.com
 6   Appearing by videoconference on behalf of the
     Plaintiffs.
 7
     PERKINS COIE LLP, by
 8   Ms. Susan Fahringer
     Mr. Hayden Schottlaender
 9   1201 Third Avenue, Suite 4900
     Seattle, Washington 98101-3099
10   sfahringer@perkinscoie.com
     Appearing by videoconference on behalf of the
11   Defendant.
12   ALSO PRESENT:  Jon Olson - Thomson Reuters
13
                          I N D E X
14
15   Examination by                              Page
16   Mr. Troutman. . . . . . . . . . . . . . . 5
17
18                       E X H I B I T S
19                                               Page
     Exhibit No.   Description                   Identified
20
         1         138928. . . . . . . . . . . . . . . 11
21
         2         138929. . . . . . . . . . . . . . . 13
22
         3         Bates number TR_Brooks 138931. . . .47
23
         4         TR_Brooks 8808. . . . . . . . . . . 50
24
         5         TR_Brooks129772. . . . . . . . . . .66
25
```

```
 1        Q.   And what kinds of interfacing did you
 2   have with Greg Coyle from the product team?
 3        A.   I don't know.  It's a long time ago.  I
 4   would -- I don't know how I would answer that.
 5        Q.   Okay.  You provided here in your resumé
 6   that right after where the word CLEAR is, it says
 7   "next generation public records platform."  What
 8   did you mean by "next generation public records
 9   platform"?
10        A.   I meant that CLEAR was the next
11   generation of a public records platform that
12   ChoicePoint previously had called AutoTrack XP.
13        Q.   What was AutoTrack XP?
14        A.   It was an older version of a public
15   records platform.
16        Q.   And did CLEAR have improvements on
17   AutoTrack XP?
18        A.   Yes.
19        Q.   What types of improvements?
20        A.   From what I remember, I would say the
21   interface, you know, the user interface, the way it
22   looks.  I'm certain there were other technology
23   upgrades, but I'm not -- that's not my area of
24   expertise, so I wouldn't -- I wouldn't be able to
25   state those.  I wouldn't remember.
```

1      A.    Yes.

2      Q.    And what I'm trying to get at is how is

3  CLEAR different today than it was in 2008 when it

4  first launched?

5      A.    Oh, gosh.  I don't know.  I don't think I

6  could answer that question.  It seems very -- very

7  general.

8      Q.    What kind of features have been added

9  between 2008 and today to CLEAR?

10     A.    I could -- I could guess at a few things.

11  I don't know if I could come up with a full list

12  here.

13     Q.    Okay.  I don't want you to guess.  Just a

14  couple examples.  I understand that, you know, a

15  full list off the top of your head might be

16  difficult.

17     A.    Okay.  So 2008 to now, what kind of

18  features.  I know that different versions of the

19  product have probably been enhanced or launched in

20  that time period, so those would be features that

21  were new.  One that comes to mind is CLEAR ID

22  Confirm would be something new between 2008 and

23  now.

24     Q.    Okay.  When you said different versions,

25  what would be different from one version to

```
 1   in California?
 2              MS. FAHRINGER:  Form.
 3              THE WITNESS:  Would I agree that CLEAR
 4   contains data concerning individuals that reside in
 5   California.  Yes.
 6   BY MR. TROUTMAN:
 7       Q.   Do you know when CLEAR first began
 8   selling data from individuals residing in
 9   California?
10              MS. FAHRINGER:  Form.
11              THE WITNESS:  No, I don't know that.
12   BY MR. TROUTMAN:
13       Q.   Does CLEAR contain data on individuals'
14   residency?
15              MS. FAHRINGER:  Form.
16              THE WITNESS:  What do you mean by
17   "residency"?
18   BY MR. TROUTMAN:
19       Q.   Where someone lives.
20       A.   I would say that CLEAR contains address
21   information.
22       Q.   Do you currently use any form of digital
23   advertising to advertise for CLEAR?
24       A.   What do you mean by "digital
25   advertising"?
```

1              CERTIFICATE
2    I, Anita Kornburger, Registered Professional
3    Reporter and Certified Shorthand Reporter, do
4    hereby certify that prior to the commencement
5    of the deposition, Dori Buckethal was duly
6    remotely sworn by me to testify to the truth,
7    the whole truth and nothing but the truth.
8        I DO FURTHER CERTIFY that the foregoing is
9    a verbatim transcript of the testimony as taken
10   stenographically by me at the time, place and
11   on the date set forth, to the best of my
12   ability.
13          I DO FURTHER CERTIFY that I am neither
14   a relative nor employee nor attorney nor
15   counsel of any of the parties to this action,
16   and that I am neither a relative nor employee
17   of such attorney or counsel, and that I am not
18   financially interested in the action.
19
20   *[signature: Anita Kornburger]*
21   Anita Kornburger
     Registered Professional Reporter
22   Certified Shorthand Reporter
     Notary Public
23
     Dated: May 23, 2022
24
25

June 23, 2022



**Re:**   ***Brooks et al. v. Thomson Reuters Corporation*,**
  **USDC Northern District of California - San Francisco Division**
  **Case No. 3:21-cv-01418-EMC**

  **Deposition Errata for the Deposition of Dorian Buckethal**
  **(Transcript dated May 18, 2022)**


To whom it may concern:

   I, Dorian Buckethal, have reviewed the transcript of my deposition in *Brooks et al. v. Thomson Reuters Corporation*, Case No. 3:21-cv-01418-EMC, taken on May 18, 2022.  Attached hereto is a list of errata identified in the deposition transcript.



*/s/ Dorian Buckethal*                              June 23, 2022
DORIAN BUCKETHAL                                    DATE

## Dorian Buckethal Deposition Errata Sheet

| Page:Line(s) | Existing Testimony | Corrected Testimony | Reason |
|---|---|---|---|
| 14:12 | "job that he was passing **my e-mail -- my resumé**…" | "job that he was passing my resumé" | Misstatement |
| 22:10 | "account **manager**" | "account manager**s**" | Transcription error |
| 28:22 | "Steve **Brubely**" | "Steve **Rubely**" | Transcription error |
| 30:17 | "**I don't --** I don't recall" | "I don't recall" | Misstatement |
| 35:3 | "marketing **man**" | "marketing **manager**" | Transcription error |
| 37:3-4 | "product into **the corp** -- our corporate…" | "product into our corporate…" | Misstatement |
| 42:9 | "Buquette Bysett" | "**Buket Bayaset**" | Transcription error |
| 45:5 | "market" | "**marketing**" | Transcription error |
| 171:20-22 | "I don't know how to answer that question. **I don't know how to answer that question**." | "I don't know how to answer that question." | Transcription error |
| 182:8 | "reasonable, **but** that's…" | "reasonable, that's…" | Transcription error |
| 247:1 | "**The** every major…" | "**That** every major…" | Transcription error |