# EXHIBIT 17



# INCREASE CHILD SUPPORT COLLECTIONS

**Thomson Reuters CLEAR®** records resource is the next-generation, Web-based research tool that integrates billions of public records to provide crucial information for locating individuals and recovering uncollected child support. Search with any information you have – even partial information.

And with social media analytics, alerts, and real-time arrest records, you can be confident that you have the most current and accurate information available.

**Go to clear.thomsonreuters.com
or call 1-800-262-0602.**

© 2015 Thomson Reuters  S020285/3-15

The data provided to you by CLEAR may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment purposes, or for any other purpose authorized under the FCRA.

Thomson Reuters and the Kinesis logo are trademarks of Thomson Reuters.



**THOMSON REUTERS™**