# EXHIBIT 27

**Thomson Reuters CLEAR**

# CLEAR.®
## THE EASIER WAY TO KNOW THE UNKNOWNS.

Thomson Reuters CLEAR® records resource unites key investigation content in a single, intuitive working environment – so you get more streamlined, efficient access to the most current data.

Our comprehensive collection of public and proprietary records with real-time data can be searched quickly and easily. And CLEAR delivers relevant results in the way that works best for you, whether it's for corporate security, corporate due diligence, KYC/Third-Party Risk/AML, government fraud, insurance investigations, healthcare fraud, or law enforcement.



*Easier, better research – increased search efficiency, streamlined workflow, and an intuitive design that requires fewer clicks to uncover crucial data. Instant access to overview data that connects people and businesses.*



**EASIER SEARCH TO SAVE TIME AND GET BETTER RESULTS**

- Customizable dashboard
  - Customize relevant data
  - Immediate overview of a person or business
  - Understand risks associated with a person or business
- Intuitive, easy-to-navigate interface
  - Access unique data including global business, news, and watchlists

- Single search of multiple data sources (including reverse cell phone and VoIP data)
- Deduplication of records and consolidated search results

The most relevant results will appear at the top of your list. You can start your search with any information you have available – name, NPI number, SSN, even partial information.

*See reverse side for more information*



the answer company™
THOMSON REUTERS®



### BETTER RESULTS SO YOU GET EXACTLY THE INFORMATION YOU NEED

- Start with data you know and easily uncover more about a person or business
- Create alerts to be notified of any changes to key information
- New Linked Searching delivers a variety of content types from existing links:
  – Map individual addresses
  – See underlying source documents for individual addresses
  – See source documents for content part of initial search
  – Linked Searches:
    * Address
    * Business Name
    * Driver's License Number
    * Email Address
    * Person Name
    * Phone Number
    * SSN
- Global Business Data – comprehensive data on business entities, including small and privately held companies
- Real-time Live Gateway Data – the most up-to-date information you can find
- Customized reports for later use or to share with other team members



### SMARTER PREFERENCES SAVE TIME BY LETTING YOU VIEW MOST RELEVANT DATA

CLEAR gives you the ability to easily create:
- Linked Search preferences
- Permissible Use preferences
- User Profile preferences

Permissions can be predetermined to remove irrelevant data from Associate Analytics and Quick Analysis Flag thumbnails.

### FREE TRAINING AND SUPPORT

- Live customer service: 1-877-242-1229
- Personalized over-the-phone and on-site training
- Online training via WebEx (available at clear.webex.com)

### Learn more at legalsolutions.com/clear

Call your representative at **1-800-262-0602**



### ADVANCED CAPABILITIES TO DEEPEN YOUR INVESTIGATION

To successfully track today's risks you need to add the latest investigative technology directly into your workflow.

- **Arrest Gateway** – complete network of real-time information from local jails and Departments of Corrections
- **Associate Analytics** – search out to 10 levels of key relationships from one place
- **CLEAR ID Confirm** – verify your subject's identity with customizable risk indicators and identity scoring
- **Graphical Display** – visualize connections between people and businesses
- **Negative News** – access news data to quickly see any negative sentiments of your target
- **Unique Dashboard Interface** – integration of people and business information in one view
- **Web Analytics** – simultaneously search social networks, blogs, watchlists, and more

*You can start with existing data to easily uncover more about a person or business. You can even connect results and organize them so they make sense for the way you work. That's how CLEAR helps you find answers, instead of simply bringing you facts.*

Thomson Reuters is not a consumer reporting agency and this service does not constitute a "consumer report" as such term is defined in the federal Fair Credit Reporting Act (FCRA), 15 U.S.C.A. sec 1681 et seq. The report constitutes an alert that you may wish to conduct a further investigation. However, the data provided to you may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA and you agree not to use the report for such a purpose or to take adverse action regarding any consumer application based on the report.

The intelligence, technology and human expertise you need to find trusted answers.



© 2016 Thomson Reuters  S023734/9-16