# EXHIBIT 28

BATCH SERVICES FOR PUBLIC RECORDS



# THOMSON REUTERS BATCH SERVICES

## Need information on a large number of people or businesses at once?

Batch Services offers this capability giving you access to high-quality data from industry-leading sources.

### TOP FEATURES AND BENEFITS

- **Cost & Time Savings** – Avoid looking for one person or business at a time by submitting one file with thousands of names, phone numbers, or other identifying information.
- **Accurate Data** – Obtain new data from proprietary and public sources to make informed decisions.
- **Advanced Search Logic** – Find results that are connected to your subjects despite limited search information.
- **Custom Solutions** – Focus your search results using our Custom Workflow solution which integrates content into your system and provides a waterfall search to make sure you don't miss crucial information.

### BATCH ALERTS

Add-on Batch Alerts to receive notifications when information like new addresses or new phone numbers are found for your subjects.

### CONTENT AVAILABLE

**Person-Related Content**
- Best Address  POPULAR
- Best Phone Number  POPULAR
- All Phone Numbers
- People Identifier
- Death Indicators
- Employer Name
- OFAC Flag
- E-Mail Address

**Additional Batch Content**
- Bankruptcy  POPULAR
- Criminal & Arrest Records  POPULAR
- Dockets
- Lawsuits
- Liens/Judgments
- Pre-Foreclosures
- UCC Filings
- Healthcare Sanctions
- Death Records
- Professional Licenses
- Real Property Transactions
- Tax Assessor Records
- Motor Vehicle Registrations
- Corporate Registrations
- OFAC SDN List
- FEIN Finder
- Fictitious Business Names
- Negative News

---

If you want to learn more about Thomson Reuters Batch Services please call **1-888-728-7677** or visit **legalsolutions. thomsonreuters.com/law-products/solutions/batch-services**

The intelligence, technology and human expertise you need to find trusted answers.



the answer company™
**THOMSON REUTERS®**

L-392547/4-16

CONFIDENTIAL                                                                                                                                       TR-BROOKS225965