# EXHIBIT 58



**Thomson Reuters CLEAR®**

# THE SMARTER WAY TO GET YOUR INVESTIGATIVE FACTS STRAIGHT.



the answer company™
**THOMSON REUTERS®**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
TR-BROOKS062991

THOMSON REUTERS CLEAR®

# CLEAR. EASIER SEARCH. BETTER RESULTS. SMARTER PREFERENCES.

## Bring the facts into focus.

*CLEAR features a simple, intuitive interface that makes it easy to understand exactly what you need to do and easier to start and perform your search.*





Thomson Reuters CLEAR – the powerful research platform that delivers a vast collection of public and proprietary records *and brings all key content together into a single working environment* to give you a more streamlined, efficient search.

CLEAR provides access to key data that is:

- **Complete** – including comprehensive cell phone and utilities data
- **Current** – with live gateways that connect you to real-time information
- **Deep** – pulling data from social networks, blogs, news, and more
- **Usable** – with customizable reports, Web Analytics, mapping, and link charts

Locate people, assets, businesses, affiliations, and other critical facts. Make important connections between individuals, incidents, activities, and locations. And generate comprehensive reports on your party or organization of interest.

### Who can benefit from using CLEAR?

CLEAR is a powerful resource for AML, KYC, Collections, Corporate Security, Health and Human Services, Law Enforcement, Tax and revenue, and Third Party Risk departments.

### Easier search.

Our customizable dashboard and intuitive, easy-to-navigate interface help you save time by allowing you to search data and view results in a layout that makes the most sense for the way you work.

The increased search efficiency, streamlined workflow, and intuitive design mean you can get more crucial, usable data with far fewer clicks. And you can get instant access to overview data that ties people and businesses together.

2

THOMSON REUTERS CLEAR®



*CLEAR delivers better, more relevant results. For example, Quick Analysis Flags allows you to decide how you want to filter results so you get faster access and decisions.*



## Better results.

You can start with data you're already aware of and then easily uncover more about a person or business. And Linked Searching delivers different content types from existing links.

- Map individual addresses
- Immediately know possible risk associated to your subject with Quick Analysis Flags
- Discover underlying source documents while you search
- Linked Searches
  - **Address** – person, business, phone, vehicle, real property, court, license, watercraft
  - **Business Name** – business, phone, vehicle, real property, court, license, watercraft
  - **Driver's License Number** – person, license
  - **Email Address** – person, Web Analytics
  - **Person Name** – business, phone, vehicle, real property, court, license, Web Analytics, watercraft
  - **Phone Number** – person, business, phone, Web Analytics
  - **SSN** – person, court, license

## Smart preferences.

The CLEAR platform delivers increased ability to create:

- Linked Search preferences
- Permissible Use preferences
- User Profile preferences

It also offers the ability to remove irrelevant data from Associate Analytics and Quick Analysis Flag thumbnails.

*You can customize CLEAR preferences so you only receive the information you need.*



## Timely Alerts.

When you want to be notified if any key information changes on the person you are investigating, Alerts will:

- Automatically monitor the status of data you select at time intervals you choose
- Send you Alert notices on a periodic basis, from the daily up to monthly
- Notify you of an Alert via email or upon your next CLEAR log-in

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                   TR-BROOKS062993

THOMSON REUTERS CLEAR®

*You can start your search with just one piece of information and CLEAR pulls from a wide range of databases to help you find exactly what you need.*



### CLEAR helps you save time and avoid wasted effort.

- Easy-to-use interface allows intuitive navigation
- Search multiple databases at one time – public, proprietary, and Web
- Search All includes all databases in a single search
- Filter out unnecessary data based on date, age, "and/or", and any other restrictions you choose to set
- Entity resolution consolidates search results and eliminates duplicate records
- Data based on relevance to your search criteria
- Relevant results appear at the top, where you can easily spot them
- Ability to search with partial date of birth, Social Security number, license plates, and street names
- Soundex searching

### Access a comprehensive collection of real-time data.

Live gateways take you to real-time public and proprietary information.

- **Phone data** – comprehensive cell phone, VoIP (Voice over Internet Protocol), landline, and pager coverage of all 50 U.S. states, Puerto Rico, various territories, and Canada
  – Reverse lookup
  – Caller ID names
  – Carrier contact information for subpoena purposes
  – Ported flags for a previous cell phone company
- **Consumer and credit bureau data** – multiple independent sources
- **Motor vehicle registration data** – live access to 44 U.S. states

4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY              TR-BROOKS062994

THOMSON REUTERS CLEAR®



*My Workspace gives you the ability to organize and save your results, visualize connections, and even customize reports and share them.*

## Other current data includes:

- **Utilities data** – from more than 70 utilities nationwide, including electric, gas, satellite, water, fuel oil, and other utilities
- **DMV records** – driver's license and vehicle and watercraft registrations
- **Real property data** – nationwide owner data, new movers and household listings, deeds, tax rolls, sales, transfers, mortgages, refinancing, and historical records; you can even search with partial addresses
- **Records of persons** – addresses, professional licenses, death records, firearms and explosives licenses, U.S. military personnel documents, and Interpol and international tribunals' most-wanted and denied-persons lists
- **Criminal and court records** – state corrections department data, sexual offender lists, criminal prosecution records, bankruptcies, liens and other court judgments, DEA and FAA licenses, AOC, arrest records, and lawsuits
- **Business data** – company names, DBA listings, contact information, industry directories, affiliations, assets, and secretary of state and UCC filings
- **Healthcare provider content** – NPI numbers, state and federal sanctions, and expanded professional licenses data
- **Intellectual property content** – information related to trademarks, patents, and copyrights

## My Workspace offers you instantaneous analysis.

My Workspace is one of the most useful tools in CLEAR. It allows you to:

- Save search results – automatically for seven days and longer, if you choose
- Visualize data connections using link charts and Google® Maps
- Drag data directly to i2 Analyst's Notebook for additional visualization
- Customize reports with the content you want, in the order you choose
- Print or email your complete report or sections of it to share information with coworkers, supervisors, and other agencies

*"CLEAR is the best tool I have ever purchased and has saved us about 200 man-hours in the past year. It's worth its weight in gold."*

5

THOMSON REUTERS CLEAR®

*Access CLEAR Mobile with your OnePass log-in. If you're working on a tablet or iPad®, access CLEAR as you would with a full Web browser.*




### Use CLEAR wherever you need to be.

You can search and view data on any wireless device with Internet access.

- Intuitive interface
- Mobile log-ins are autodetected
- Adjusts for optimal viewing and search
- Automatically saves search results for later viewing

You can also use CLEAR System-to-System to access CLEAR data from your own internal interface:

- Direct access from your system to our premium public and proprietary data
- Seamless integration for an uninterrupted workflow
- Enhance your internal data with data from CLEAR
- Tailor results to retrieve only data that matters most to you

### Get training and support whenever you need it.

Flexible and free training:

- Online help, instructor-led e-classes, and self-paced tutorials
- User guides, manuals, and other product support materials
- Personalized training via phone
- Classes at your workplace presented by local Thomson Reuters representatives and account managers
- Live seminars
- Toll-free customer technical assistance (1-877-242-1229)

### Available add-on data and functionality.

**Web Analytics to uncover facts hidden online**

Our CLEAR premium Web searches go much deeper than standard search engines. This allows you to quickly find, categorize, and organize text and images from numerous sources, including:

- Social networks
- Blogs and chat rooms
- Business and corporate data, including business network sites
- Hundreds of U.S. and international newspapers, magazines, and newswires
- Official watchlists for sex offenders, felons, terrorists, and other individuals and organizations

Web Analytics applies to person, business, and phone searches and gives you the ability to search by screen names and email addresses. It categorizes results for quick, easy comprehension.

**Real-time incarceration and arrest records with photo lineups**

- Real-time incarceration and arrest records data that includes more than 70 million booking records and more than 13 million images
- Data from more than 33 states, making it the most complete network of local jail data available – more than 1,900 jails and 17 Department of Corrections files
- Photo lineup capabilities that initiate a lineup from a results page containing an image for the subject, or you can upload your own image to create a lineup
- New booking record searches that allow you to search for currently incarcerated subjects or recent bookings at a specific facility

6

THOMSON REUTERS CLEAR®



CLEAR provides the exact sources for all information so you can have much greater confidence in your results and follow up for a deeper informational dive.

**CLEAR ID Confirm for faster identity verification**

CLEAR ID Confirm streamlines the identity verification process. It is fully customizable to integrate with an organization's current identity verification procedures.

As part of the CLEAR product suite, CLEAR ID Confirm leverages the comprehensive public and proprietary data that drives CLEAR.

- Leverage comprehensive, transparent data
- Detect fraudulent IDs quickly by incorporating risk flags – such as death records and redundant Social Security numbers – into searches
- Customize your criteria to fit your organization's risk needs

**Batch Searching lets you search thousands of records at once**

- Locate current addresses and phone numbers for finding persons of interest, witnesses, or due diligence
- Obtain data such as deceased indicators, utility records, and driver's license records for eligibility and warrants, or to enhance internal data records
- Save time by running one search for a large number of people and receiving data in an easy-to-filter, ready-to-use format

**Batch Alerts let you stay on top of changes**

- Changes in address, phone, death, asset, and adverse filings for thousands of subjects of interest
- Continuously checks for updates
- Alerts you of new or changed records
- Notifies you of an Alert at time intervals you select

*"Using CLEAR we're able to check out the background on many of our potential clients – uncovering liens, bankruptcies, lawsuits, and criminal backgrounds – so our brokers are able to steer clear of problem accounts before they are even opened."*

7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
TR-BROOKS062997

Thomson Reuters is not a consumer reporting agency and this service does not constitute a "consumer report" as such term is defined in the federal Fair Credit Reporting Act (FCRA), 15 U.S.C.A. sec 1681 et seq. The report constitutes an alert that you may wish to conduct a further investigation. However, the data provided to you may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA and you agree not to use the report for such a purpose or to take adverse action regarding any consumer application based on the report.

iPad is a trademark of Apple Inc., registered in the U.S. and other countries.

**Learn more at legalsolutions.com/clear**

Call your representative at 1-800-262-0602

The intelligence, technology and human expertise you need to find trusted answers.



the answer company™
**THOMSON REUTERS**

© 2017 Thomson Reuters  S023733/4-17

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                      TR-BROOKS062998