# EXHIBIT 60
## (Redacted)

Susan D. Fahringer, Bar No. 21567
SFahringer@perkinscoie.com
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Erin K. Earl, *pro hac vice*
EEarl@perkinscoie.com
Anna M. Thompson, *pro hac vice*
AnnaThompson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
Thomson Reuters Corporation

Gabriella Gallego, Bar No. 324226
GGallego@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-01418-EMC<br><br>**DEFENDANT THOMSON REUTERS CORPORATION'S FIRST SUPPLEMENTAL ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT** |

**PROPOUNDING PARTY:**    Plaintiffs Cat Brooks and Rasheed Shabazz

**RESPONDING PARTY:**    Defendant Thomson Reuters Corporation

**SET NO:**    One

1    Thomson Reuters Corporation ("Thomson Reuters"), by its counsel, pursuant to Rule 33

2    of the Federal Rules of Civil Procedure hereby provides the following First Supplemental

3    Answers and Objections to Plaintiffs' First Set of Interrogatories to Defendant ("Interrogatories").

4    These Supplemental Answers and Objections necessarily incorporate and add to Thomson

5    Reuters' original Answers and Objections to Plaintiffs' First Set of Interrogatories.  Thomson

6    Reuters' combined answers and objections ("Answers") are based on information currently

7    available to Thomson Reuters as discovery is not complete and Thomson Reuters' investigation is

8    ongoing. Thomson Reuters reserves the right to further supplement or amend these Answers

9    should additional information become available through the discovery process or otherwise.

10    **ANSWERS AND OBJECTIONS**

11    **INTERROGATORY NO. 16:**

12    For each fiscal quarter between Q1 2015 and the present, state the gross and net revenues

13    You have generated from CLEAR, delineated by each of the ways that You collect revenue from

14    CLEAR (for example, revenue attributable to per-search charges, revenue attributable to

15    subscription plans, revenue attributable to custom pricing packages, revenue attributable to

16    standard package arrangements including CLEAR, or any other means by which CLEAR

17    generates revenue).

18    **ANSWER TO INTERROGATORY NO. 16:**

19    Thomson Reuters understands this Interrogatory to seek revenue and operating income

20    (EBITDA or earnings before interest, taxes, depreciation, and amortization) for CLEAR

21    since 2015. Thomson Reuters further understands that Plaintiffs seek that revenue data broken

22    down based on CLEAR pricing models.

23    Subject to that interpretation and without waiving the objections set forth below, in

24    answer to this Interrogatory, pursuant to Federal Rule of Civil Procedure 33(d), Thomson Reuters

25    refers Plaintiffs to TR-BROOKS017074, which provides financial data for CLEAR on an annual

26    basis. To the extent that this Interrogatory seeks this information broken down by fiscal quarter,

27    Thomson Reuters objects to this Interrogatory as seeking information that is not relevant to any

28

1  party's claim or defense such that this request is unduly burdensome and not proportional to the

2  needs of the case. To the extent this Interrogatory seeks revenue broken down based on each and

3  every "means" by which CLEAR generates revenue, Thomson Reuters objects to this

4  Interrogatory as seeking information that is not relevant to any party's claim or defense such that

5  this request is unduly burdensome and not proportional to the needs of the case.

6      Should Plaintiffs continue to seek additional financial data, Thomson Reuters invites

7  Plaintiffs to meet and confer on that subject.

8  **FIRST SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 16:**

9      Thomson Reuters maintains its previously asserted answers and objections to Plaintiff's

10  First Set of Interrogatories and to Interrogatory No. 16.

11      Thomson Reuters adds to those answers and objections that it does not charge a fee for the

12  dissemination of information about people; rather, it charges for use of its research platform,

13  CLEAR. Some customers pay a flat subscription fee for use of CLEAR without any limit to the

14  number of search queries they may perform. Other customers pay a flat subscription fee in return

15  for the ability to conduct up to a maximum number of search queries. Thomson Reuters refers to

16  the revenue attributed to these customers' subscription fees as "recurring" revenue. Other

17  customers (including customers that exceed their maximum number of queries) pay for each

18  search query they conduct within CLEAR. Thomson Reuters refers to the revenue attributed to

19  such fees as "transactional" revenue. Some customers pay for some features on a "recurring"

20  basis and other features on a "transactional" basis.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1    For fiscal years ("FY") 2015-2021, Thomson Reuters attributed the following revenues to

2  CLEAR (numbers in USD millions):

3

| YEAR | Recurring Revenue Attributed to CLEAR | Transactional Revenue Attributed to CLEAR |
|------|---------------------------------------|-------------------------------------------|
| 2015 | ■ | ■ |
| 2016 | ■ | ■ |
| 2017 | ■ | ▌ |
| 2018 | ■ | ■ |
| 2019 | ■ | ■ |
| 2020 | ■ | ■ |
| 2021 | ■ | ■ |

Dated:  May 24, 2022                                    PERKINS COIE LLP


                                                   By: /s/ Susan D. Fahringer
                                                       Susan D. Fahringer, Bar No. 21567
                                                       SFahringer@perkinscoie.com

                                                   Attorneys for Defendant
                                                   Thomson Reuters Corporation

**VERIFICATION OF INTERROGATORY ANSWERS**

I, David Dixon, verify that I have read the First Supplemental Answer to Interrogatory 16 of Defendant Thomson Reuters Corporation's Answers and Objections to Plaintiffs' First Set of Interrogatories to Defendant, and that the answers contained therein, based upon my personal knowledge and experiences, are true and accurate to the best of my information, knowledge, and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Dated:  May 24, 2022                          _____
                                                              David Dixon

1

**PROOF OF SERVICE**

2        I, Anna Mouw Thompson, declare:

3        I am a citizen of the United States and employed in Seattle, Washington. I am over the age

4   of eighteen years and not a party to the within-entitled action. My business address is 1201 Third

5   Avenue, Ste. 4900, Seattle, WA 98110. On May 24, 2022, I served a copy of the within

6   document(s):

7        **DEFENDANT THOMSON REUTERS CORPORATION'S FIRST**
         **SUPPLEMENTAL ANSWERS AND OBJECTIONS TO PLAINTIFFS'**
8        **FIRST SET OF INTERROGATORIES TO DEFENDANT**

9        ☒        by transmitting via my e-mail address (AnnaThompson@perkinscoie.com) the
                  document listed above to the persons at the e-mail addresses set forth below.
10

11   Andre M. Mura
     David Stein
12   Mark Troutman
     Jeffrey B. Kosbie
13   Ezekiel S. Wald
     GIBBS LAW GROUP LLP
14   505 14th Street, Suite 1110
     Oakland, CA  94612
15   amm@classlawgroup.com
     ds@classlawgroup.com
16   mht@classlawgroup.com
     jbk@classlawgroup.com
17   zsw@classlawgroup.com
     service@classlawgroup.com
18

19        I declare under penalty of perjury under the laws of the United States of America that the

20   above is true and correct.

21        Executed on May 24, 2022, at Bainbridge Island, WA.

22

23   _____

24        Anna Mouw Thompson

25

26

27

28