# EXHIBIT 70

## (Redacted)

# File Provided Natively

CONFIDENTIAL

TR-BROOKS017559

## Summary - Expired is separate Stage from Rejection
### Dates: 01/01/20 to 11/30/21

| Residency (of the data subject this request concerns) | USA Resident (California) |
|---|---|
| Year | (All) |

| Request Type > Stage | Count | % |
|---|---|---|
| **Correct my PI** | **12** | **1%** |
| COMPLETE | 1 | 8% |
| EXPIRED | 3 | 25% |
| REJECTED | 8 | 67% |
| Incomplete/partial data | 1 | 13% |
| No response/verification | 7 | 88% |
| **Data Access Request** | **185** | **11%** |
| COMPLETE | 72 | 39% |
| EXPIRED | 20 | 11% |
| REJECTED | 93 | 50% |
| Incomplete/partial data | 20 | 22% |
| No response/verification | 72 | 77% |
| Repetitive request | 1 | 1% |
| **Delete my PI** | **304** | **18%** |
| COMPLETE | 104 | 34% |
| EXPIRED | 27 | 9% |
| REJECTED | 173 | 57% |
| Incomplete/partial data | 29 | 17% |
| No response/verification | 142 | 82% |
| Repetitive request | 2 | 1% |
| **Do Not Sell My Personal Information** | **1,206** | **71%** |
| COMPLETE | 484 | 40% |
| EXPIRED | 210 | 17% |
| REJECTED | 512 | 42% |
| Incomplete/partial data | 20 | 4% |
| No response/verification | 492 | 96% |
| **Grand Total** | **1,707** | **100%** |

CONFIDENTIAL

EXCEL SHEET 1:
Summary Tables

## Monthly Summary - Expired is separate Stage from Rejection
### Dates: 01/01/20 to 11/30/21

| Residency (of the data subject this request concerns) | USA Resident (California) |
|---|---|
| Year | (All) |

| Request Type > Stage | Month | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Grand Total |
| **Correct my PI** | 1 | | 1 | 2 | 2 | | 1 | 1 | 2 | | 2 | | 12 |
| COMPLETE | | | | | 1 | | | | | | | | 1 |
| EXPIRED | | | | 1 | | | | 1 | | | 1 | | 3 |
| REJECTED | 1 | | 1 | 1 | 1 | | 1 | | 2 | | 1 | | 8 |
| Incomplete/partial data | | | | 1 | | | | | | | | | 1 |
| No response/verification | 1 | | 1 | | 1 | | 1 | | 2 | | 1 | | 7 |
| **Data Access Request** | 24 | 15 | 13 | 13 | 18 | 12 | 11 | 14 | 23 | 25 | 14 | 3 | 185 |
| COMPLETE | 7 | 8 | 9 | 7 | 4 | 5 | 4 | 1 | 7 | 13 | 7 | | 72 |
| EXPIRED | 1 | 1 | | 2 | 3 | 1 | | 1 | 3 | 5 | 3 | | 20 |
| REJECTED | 16 | 6 | 4 | 4 | 11 | 6 | 7 | 12 | 13 | 7 | 4 | 3 | 93 |
| Incomplete/partial data | 6 | | 1 | 1 | | 2 | 4 | 2 | 3 | | 1 | | 20 |
| No response/verification | 10 | 6 | 3 | 3 | 11 | 4 | 3 | 10 | 10 | 6 | 3 | 3 | 72 |
| Repetitive request | | | | | | | | | | 1 | | | 1 |
| **Delete my PI** | 31 | 30 | 19 | 22 | 33 | 29 | 27 | 25 | 29 | 26 | 18 | 15 | 304 |
| COMPLETE | 4 | 12 | 14 | 5 | 15 | 10 | 10 | 4 | 9 | 7 | 9 | 5 | 104 |
| EXPIRED | | 2 | | 2 | 4 | 5 | 5 | | 3 | 5 | 1 | | 27 |
| REJECTED | 27 | 16 | 5 | 15 | 14 | 14 | 12 | 21 | 17 | 14 | 8 | 10 | 173 |
| Incomplete/partial data | 5 | 6 | | 5 | 1 | 3 | 3 | | 4 | 1 | 1 | | 29 |
| No response/verification | 22 | 10 | 5 | 10 | 12 | 11 | 8 | 21 | 13 | 13 | 7 | 10 | 142 |
| Repetitive request | | | | | 1 | | 1 | | | | | | 2 |
| **Do Not Sell My Personal Information** | 127 | 75 | 92 | 90 | 96 | 103 | 83 | 134 | 115 | 93 | 114 | 84 | 1,206 |
| COMPLETE | 6 | 15 | 49 | 49 | 61 | 55 | 40 | 60 | 53 | 37 | 42 | 17 | 484 |
| EXPIRED | 26 | 8 | 14 | 20 | 16 | 15 | 11 | 19 | 28 | 15 | 25 | 13 | 210 |
| REJECTED | 95 | 52 | 29 | 21 | 19 | 33 | 32 | 55 | 34 | 41 | 47 | 54 | 512 |
| Incomplete/partial data | 5 | 5 | 2 | | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | 20 |
| No response/verification | 90 | 47 | 27 | 21 | 17 | 32 | 31 | 54 | 33 | 40 | 46 | 54 | 492 |
| **Grand Total** | 183 | 120 | 125 | 127 | 149 | 144 | 122 | 174 | 169 | 144 | 148 | 102 | 1,707 |

CONFIDENTIAL

EXCEL SHEET 1:
Summary Tables



















































