1  Susan D. Fahringer, Bar No. 21567
   SFahringer@perkinscoie.com
2  Nicola C. Menaldo, *pro hac vice*
   NMenaldo@perkinscoie.com
3  Erin K. Earl, *pro hac vice*
   EEarl@perkinscoie.com
4  Anna M. Thompson, *pro hac vice*
   AnnaThompson@perkinscoie.com
5  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
6  Seattle, WA 98101-3099
   Telephone: 206.359.8000
7  Facsimile: 206.359.9000
8  Attorneys for Defendant
   Thomson Reuters Corporation
9

Gabriella Gallego, Bar No. 324226
GGallego@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Hayden M. Schottlaender, *pro hac vice*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201-3347
Telephone: 214.965.7700
Facsimile: 214.965.7799

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15  CAT BROOKS and RASHEED
    SHABAZZ, individually and on behalf of
16  all others similarly situated,

17                     Plaintiffs,

18        v.

19  THOMSON REUTERS CORPORATION,

20                     Defendant.

21

Case No. 3:21-cv-01418-EMC

**DECLARATION OF DEREK MALTZ IN
SUPPORT OF THOMSON REUTERS'
CLASS CERTIFICATION OPPOSITION**

22

23

24

25

26

27

28

**EXHIBIT
D**

1    I, Derek Maltz, declare as follows:

2        1.     I am Executive Director of Government Relations at Pen-Link, Ltd. I make this

3    declaration based upon personal knowledge and if called upon to do so I could and would testify

4    competently to the facts set forth herein.

5        2.     I have been at Pen-Link in my role since August 2014. Before working at Pen-

6    Link, I spent 28 years in law enforcement, most recently for over 9 years as Special Agent in

7    Charge of the Drug Enforcement Administration's ("DEA") Special Operations Division.

8        3.     In my time in law enforcement, I largely performed a supervisory role for task

9    forces that coordinated law enforcement efforts across federal, state, and local organizations. My

10    expertise is in combating drug trafficking and cartels and in fighting transnational criminal

11    networks around the world. I have also worked on related efforts to combat drug funding used to

12    support the terrorist organization Hezbollah (known as Project Cassandra).

13        4.     Since I retired from the DEA, I have remained heavily involved in efforts to

14    combat fentanyl trafficking. Fentanyl is a synthetic opioid that is stronger than traditional opioids

15    and cheap to manufacture, which has led to its widespread use by drug dealers to cut or replace

16    more expensive alternative drugs. The doses of fentanyl included in these cut drugs are often fatal

17    for unsuspecting users. This type of fentanyl cutting has contributed significantly to the thousands

18    of deaths from drug overdoses in this country each month. Today, drug dealers are using social

19    media to sell fentanyl-laced drugs to unsuspecting users. I've spoken to countless parents who

20    have lost children to unexpected fentanyl overdoses and have advocated on their behalf before

21    Congress.

22        5.     I am aware that law enforcement investigators use public records platforms like

23    CLEAR to identify criminal networks (including networks of fentanyl distributors). Teams under

24    my supervision used products like CLEAR in this manner during my time in law enforcement. I

25    also worked closely with other drug enforcement teams (including Sheriffs, police departments,

26    and other DEA teams) around the country, and in California in particular, which used CLEAR in

27    a similar manner. Based on my experience, if law enforcement did not have access to CLEAR or

28    public records search tools like it, law enforcement would be severely hamstrung in their efforts

1   to fight drug trafficking and fentanyl distribution and many more children and Americans could

2   die from drug overdoses.

3        6.   For the entirety of my law enforcement career, we relied on companies offering

4   public records as an investigative tool. Then and now, these tools are essential to investigators in

5   connecting the dots to track organized crime.

6        7.   For example, from 1996 to 1999, I worked as a supervisor in the New York Field

7   Office for the DEA, on the New York Drug Enforcement Task Force. The New York Drug

8   Enforcement Task Force is the largest and oldest drug enforcement task force in the country. In

9   that position, I was able to personally observe not only how the DEA used public records tools

10  like CLEAR,[1] but also how the other task force participants (such as the New York Police

11  Department and the New York State Police) used such tools. As an example of one use case, the

12  task force relied on public records tools like CLEAR to identify individual drug traffickers using

13  stash houses around the country. Though traffickers go to great lengths to disguise their identities

14  and hide from law enforcement, public records tools like CLEAR were able to provide accurate

15  information about the location of these drug traffickers and their stash houses. And once one

16  individual was identified by name and phone number, it formed a valuable piece of information

17  that could be used to identify other associates and locations for stashing contraband, all of which

18  assisted in investigating and disrupting drug distribution and violent gang networks.

19       8.   These tools are essential to help law enforcement supplement traditional policing

20  techniques and keep up with increasingly sophisticated criminals. In the internet age, when bad

21  guys have access to instant information, CLEAR and public records platforms like it are essential

22  in giving the good guys a fighting chance.

23      I declare under penalty of perjury that the foregoing is true and correct.

24

25                      [continued on next page]

26

27  _____

[1] I say these tools are "like CLEAR" because they provided law enforcement with a means of
28  searching public records, including driver's license information, phone numbers, and utility
header data.

Case No. 3:21-cv-01418-EMC            -3-            DECLARATION OF DEREK MALTZ

1   Executed on January 23, 2023, in  Virginia .

2

3                                                   Derek Maltz

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28