Susan D. Fahringer, Bar No. 21567
SFahringer@perkinscoie.com
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Erin K. Earl, *pro hac vice*
EEarl@perkinscoie.com
Anna M. Thompson, *pro hac vice*
AnnaThompson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Gabriella Gallego, Bar No. 324226
GGallego@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Hayden M. Schottlaender, *pro hac vice*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201-3347
Telephone: 214.965.7700
Facsimile: 214.965.7799

Attorneys for Defendant
Thomson Reuters Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-01418-EMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT THOMSON REUTERS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION<br>(CIV. L.R. 7-11 AND 79-5)<br><br>Judge: Hon. Edward M. Chen |

# [PROPOSED] ORDER

The Court, having considered Defendant Thomson Reuters' Administrative Motion to File Under Seal Confidential Information ("Sealing Motion"), Exhibits 1-7 thereto, the concurrently filed Sealing Declarations of Anna Mouw Thompson and Kevin Appold, and all pleadings and papers on file, hereby finds that good cause and compelling reasons exist to seal:

(1) In their entirety, and as identified in Exhibit 1 to the Sealing Motion, the following exhibits to the declarations of Susan Fahringer ("Fahringer Decl."), Kevin Appold ("Appold Decl."), and Daani-Ruth Svonkin ("Svonkin Decl.") in Support of Defendant Thomson Reuters' Brief in Opposition to Plaintiffs' Motion for Class Certification ("Opposition"):

| Ex. | Document |
|---|---|
| Fahringer Decl. Ex. A-9 | Individual Report Plus Associates for Cat Brooks (bates numbered PLAINTIFFS_005653 - PLAINTIFFS_005661) |
| Fahringer Decl. Ex. A-10 | Individual Report Plus Associates for Rasheed Shabazz (bates numbered PLAINTIFFS_005538 - PLAINTIFFS_005547) |
| Fahringer Decl. Ex. A-11 | Risk Inform Report for Sheilagh Polk (bates numbered PLAINTIFFS_011126- PLAINTIFFS_011253) |
| Fahringer Decl. Ex. A-12 | Risk Inform Report for Sheilagh Polk (bates numbered PLAINTIFFS_011275 - PLAINTIFFS_011312) |
| Appold Decl. Ex. B-1 | Internal employee handbook on the public records credentialing process. (bates numbered TR-BROOKS301621 - TR-BROOKS301636) |
| Appold Decl. Ex. B-2 | Internal spreadsheet of CLEAR customers (bates numbered TR-BROOKS426763) |
| Appold Decl. Ex. B-4 | CLEAR search log for Cat Brooks (bates numbered TR-BROOKS425993) |
| Appold Decl. Ex. B-5 | CLEAR search log for Rasheed Shabazz (bates numbered TR-BROOKS425994) |
| Appold Decl. Ex. B-6 | Account Validation and Certification (AVC) Form Westlaw and CLEAR (Corporate) (bates numbered TR-BROOKS003092 - TR-BROOKS003095) |
| Appold Decl. Ex. B-7 | Account Validation and Certification (AVC) Form Westlaw and CLEAR (Government) (bates numbered TR-BROOKS013911 - TR-BROOKS013913) |
| Appold Decl. Ex. B-8 | Internal Public Records Compliance 2020 Review (bates numbered TR-BROOKS305113 - TR-BROOKS305117) |
| Svonkin Decl. Ex. C-2 | CLEAR Case Study: CLEAR Helps Investigators Close Cases on Missing Children (bates numbered TR-BROOKS054555 - TR-BROOKS054556) |

(2) In part, and as identified in Exhibit 2 to the Sealing Motion, the following portions of Defendant Thomson Reuters' Opposition brief:

| Cite | Portion(s) to Seal |
|---|---|
| Opp. Brief (2:27-28) | FN 4 (after "*E.g.*," to the end of footnote 4) |
| Opp. Brief (3:19-20) | FN 5 (after "*E.g.*," to the end of footnote 5) |
| Opp. Brief (3:20) | FN 6 (after "*E.g.*," to the end of footnote 6) |
| Opp. Brief (3:21) | FN 7 (after "*E.g.*," to the end of footnote 7) |
| Opp. Brief (3:22-23) | FN 8 (entire footnote) |
| Opp. Brief (3:24) | FN 9 (after "The subscribers do not include (and have never included)" and before "notwithstanding Plaintiffs' unsupported statement to the contrary.") |
| Opp. Brief (4:18) | After "Of these, only" and before "generated a report.") |
| Opp. Brief (4:20) | After "customers" and before "but those") |
| Opp. Brief (4:25) | FN 15 (beginning of footnote and before "*See* Fahringer Decl., Ex. A-2 at 213:4-214:16; Ex. A-3 at 239:11-240:12.") |
| Opp. Brief (4:26) | FN 16 (beginning of footnote and before "(on July 7, 2021),") |
| Opp. Brief (4:26) | FN 16 (after "(on July 7, 2021)," and before "(on Nov. 21, 2017), and") |
| Opp. Brief (4:26) | FN 16 (after "(on Nov. 21, 2017), and" and before "(on Dec. 10, 2017).") |
| Opp. Brief (4:26) | FN 16 (after "(on Dec. 10, 2017)." and before "search probably did not relate to") |
| Opp. Brief (4:28) | FN 17 (beginning of footnote and before "on August 2, 2016.") |

(3) In part, and as identified in Exhibits 3-7 to the Sealing Motion, the following portions of the Appold and Svonkin Declarations and the following portions of the following exhibits to the Fahringer Declaration:

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Appold Decl. (5:8) | Declaration page 5, ¶ 13 (after "As of October 19, 2022, there were approximately" and before "active CLEAR") |
| Appold Decl. (5:11) | Declaration page 5, ¶ 13 (after "While" and before "once applied to become a") |

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Svonkin Decl. (5:14) | Declaration page 5, ¶ 14 section b (after "By pension funds, such as the" and before "to avoid pension fraud,") |
| Svonkin Decl. (5:17-18) | Declaration page 5, ¶ 14 section c (after "By state agencies, such as" and before "to identify owners of properties in the course of investigating the need") |
| Svonkin Decl. (5:20) | Declaration page 5, ¶ 14 section d (after "By the" and before "Courts to issue collection notices") |
| Svonkin Decl. (5:23-24) | Declaration page 5, ¶ 14 section e (after "By public defenders' offices throughout California (including" and before "County) to defend the accused.") |
| Svonkin Decl. (5:25) | Declaration page 5, ¶ 14 section f (after "By the" and before "School District to verify student residency for") |
| Fahringer Decl. Ex. A-1 | Report page 22, ¶ 3 (after "Indeed, as I describe in more detail below, named Plaintiff Cat Brooks may have benefited in exactly this way given that the" through end of paragraph 3) |
| Fahringer Decl. Ex. A-1 | Report page 27, ¶ 3 (after "For example, in Cat Brooks' case, Brooks was not able to identify any adverse impact on her from any search conducted using CLEAR [73]" through end of paragraph 3) |
| Fahringer Decl. Ex. A-1 | Report page 27, ¶ 4 (after "For example," and before "If either document—") |
| Fahringer Decl. Ex. A-1 | Report page 27, ¶ 4 (after "If either document—" and before "—were the only source used by a decision-maker,") |
| Fahringer Decl. Ex. A-1 | Report page 27, ¶ 4 (after "A CLEAR client, however, would see" and before "(TR-BROOKS008262-63).") |
| Fahringer Decl. Ex. A-1 | Report page 27, ¶ 4 (after "With the whole set of records on CLEAR, the decision-maker would ignore" and before "and have more confidence that,") |
| Fahringer Decl. Ex. A-1 | Report page 27, ¶ 4 (after "e.g., Cat Brooks is not trying to impersonate a much older or differently named individual." and before "create a more accurate picture than either one in isolation,") |
| Fahringer Decl. Ex. A-1 | Report page 28, ¶ 1 (after "They may discover a rape conviction of somebody named" and before "and become concerned that they cannot rule out,") |
| Fahringer Decl. Ex. A-1 | Report page 28, ¶ 1 (after "Users of CLEAR, on the other hand, will not even encounter the records for" and before (TR-BROOKS008719-8740; Video, TR-BROOKS010275).") |
| Fahringer Decl. Ex. A-1 | Report page 29, ¶ 4 (after "Thomson Reuters declined over" and before "in potential contracts during the year") |
| Fahringer Decl. Ex. A-1 | Report page 29, ¶ 4 (after "This represents a significant portion of potential new business—over" and before "of potential contracts—that were declined") |
| Fahringer Decl. Ex. A-1 | Report page 30, ¶ 5 (after "(Fox Dep. at 176). The" and before "and some states' Departments of Motor Vehicles have conducted such audits.") |

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Fahringer Decl. Ex. A-14 | Report page 85, FN 286 (after "TR-BROOKS046643" and before "who is a federal criminal investigator") |
| Fahringer Decl. Ex. A-14 | Report page 85, FN 286 (after "By only having an image with latitude and longitude coordinates," and before "and her colleagues used CLEAR") |
| Fahringer Decl. Ex. A-14 | Report page 85, FN 286 (after "the subject and other family members." and before "also used CLEAR to locate the minor.") |
| Fahringer Decl. Ex. A-14 | Report page 85, FN 287 (after "Using CLEAR's associate analytics" and before "identified that the fugitive's brother had a new address") |
| Fahringer Decl. Ex. A-14 | Report page 85, FN 287 (after "With this information," and before "and his team was able to locate the fugitive") |
| Fahringer Decl. Ex. A-14 | Report page 86, ¶ 137 (after "For example, child and family services organizations such as the" and before "have used information from the platform") |
| Fahringer Decl. Ex. A-14 | Report page 86, ¶ 137 (after "Similarly, the" and before "has used CLEAR to find the most current address of children") |
| Fahringer Decl. Ex. A-14 | Report page 86, FN 291 (after "As the Criminal Investigator for the" and before "I was asked to review and work on a March 25, 1969 Homicide cold case.") |
| Fahringer Decl. Ex. A-14 | Report page 88, ¶ 141 (after "Knowing only his friend's last name and hometown, the military member contacted the" and before "which then used CLEAR to locate the friend.") |
| Fahringer Decl. Ex. A-14 | Report page 88, ¶ 141 (after "According to the" and before "agent who handled this case,") |
| Fahringer Decl. Ex. A-14 | Report page 91, FN 312 (entire footnote) |
| Fahringer Decl. Ex. A-14 | Report page 92, ¶ 149 (after "the audit team declined over" and before "in contract revenues based on the results of their proactive reviews.") |
| Fahringer Decl. Ex. A-14 | Report page 92, FN 320 (after "Though we have declined" and before "in contracts we believe that is a small price to pay") |
| Fahringer Decl. Ex. A-14 | Report page 93, ¶ 151 (after "Those data fields associated with" and before "are encrypted by Thomson Reuters with its own key.") |
| Fahringer Decl. Ex. A-14 | Report page 99, ¶ 165 (after "these net profits dating back to December 2017, which shows total net profits of approximately" and before "million as of the end of 2021.") |
| Fahringer Decl. Ex. A-14 | Report page 100, ¶ 167 (after "Instead, Mr. Lloyd arrives at a "total net profits" figure of" and before "million") |
| Fahringer Decl. Ex. A-14 | Report page 101, ¶ 167 continued from previous page (top of page before "of U.S. CLEAR revenues") |
| Fahringer Decl. Ex. A-14 | Report page 101, ¶ 167 continued from previous page (after "and that" and before "of CLEAR searches relate to individuals;") |
| Fahringer Decl. Ex. A-14 | Report page 101, ¶ 167 continued from previous page (after "using" and before "(ostensibly based on various discovery documents)") |
| Fahringer Decl. Ex. A-14 | Report page 101, ¶ 167 continued from previous page (after "by the supposed" and before "profit margin") |

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Fahringer Decl. Ex. A-14 | Report page 101, ¶ 167 continued from previous page (after "100% minus the") and before ""marginal cost" estimate") |
| Fahringer Decl. Ex. A-14 | Report page 101, ¶ 167 continued from previous page (after "which adds up to") and before "million.") |
| Fahringer Decl. Ex. A-14 | Report page 154, Exhibit D Table: re: Document: TR-BROOKS055871 within cell under column titled: CLEAR Customer all data/information (after "*See, e.g.,*" to end of cell) |
| Fahringer Decl. Ex. A-14 | Report page 155, Exhibit D Table: re: Document: TR-BROOKS041734 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 155, Exhibit D Table: re: Document: TR-BROOKS041734 within cell under column titled: Description/Outcome (after "Unfortunately," and before "was found deceased in her SUV after I received a tip at my office.") |
| Fahringer Decl. Ex. A-14 | Report page 155, Exhibit D Table: re: Document: TR-BROOKS041734 within cell under column titled: Description/Outcome (after "At this time we do not know how" and before "died as it is now a police investigation.") |
| Fahringer Decl. Ex. A-14 | Report page 155, Exhibit D Table: re: Document: TR-BROOKS041734 within cell under column titled: Description/Outcome (after "those people that I called knew that we were actively looking for" and before "and these calls may have assisted in locating her.") |
| Fahringer Decl. Ex. A-14 | Report page 155, Exhibit D Table: re: Document: TR-BROOKS044782 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 156, Exhibit D Table: re: Document: TR-BROOKS046630 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 156, Exhibit D Table: re: Document: TR-BROOKS046630 within cell under column titled: Use Case (after "Skip tracing" and before "was given the task to locate a truck that belonged to the company she worked for.") |
| Fahringer Decl. Ex. A-14 | Report page 156, Exhibit D Table: re: Document: TR-BROOKS046630 within cell under column titled: Description/Outcome (after "Later," and before "uncovered the man was working at a tax return and credit repair business") |
| Fahringer Decl. Ex. A-14 | Report page 156, Exhibit D Table: re: Document: TR-BROOKS046630 within cell under column titled: Description/Outcome (after "These were all direct violations of this federal supervision." and before "contacted his probation officer") |
| Fahringer Decl. Ex. A-14 | Report page 157, Exhibit D Table: re: Document: TR-BROOKS046630 continued from previous page within cell under column titled: Use Case (after "With further research," and before "found that the individual transferred") |

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Fahringer Decl. Ex. A-14 | Report page 157, Exhibit D Table: re: Document: TR-BROOKS046632 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 158, Exhibit D Table: re: Document: TR-BROOKS046634 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 158, Exhibit D Table: re: Document: TR-BROOKS046634 within cell under column titled: Use Case (after "Skip tracing" and before "was suspicious about a client's payment of minimal amounts and income reported from rental properties.") |
| Fahringer Decl. Ex. A-14 | Report page 158, Exhibit D Table: re: Document: TR-BROOKS046634 within cell under column titled: Use Case (after "Year after year" and before "and his colleagues were unable to determine why the client was receiving rental income without actually owning a property") |
| Fahringer Decl. Ex. A-14 | Report page 158, Exhibit D Table: re: Document: TR-BROOKS046634 within cell under column titled: Use Case (after "By using CLEAR," and before "was able to run a report that revealed the client had previously owned these properties") |
| Fahringer Decl. Ex. A-14 | Report page 158, Exhibit D Table: re: Document: TR-BROOKS046636 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 159, Exhibit D Table: re: Document: TR-BROOKS046639 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 159, Exhibit D Table: re: Document: TR-BROOKS046639 within cell under column titled: Use Case (after "Skip tracing" and before "is a criminal defense investigator") |
| Fahringer Decl. Ex. A-14 | Report page 159, Exhibit D Table re: Document: TR-BROOKS046639 within cell under column titled: Use Case (after "a wrongfully convicted man." and before "used the reverse phone look-up search to locate") |
| Fahringer Decl. Ex. A-14 | Report page 159, Exhibit D Table: re: Document: TR-BROOKS046640 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 159, Exhibit D Table: re: Document: TR-BROOKS046641 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 159, Exhibit D Table: re: Document: TR-BROOKS046641 within cell under column titled: Use Case (after "Law enforcement" and before "were alerted to a missing person") |
| Fahringer Decl. Ex. A-14 | Report page 159, Exhibit D Table: re: Document: TR-BROOKS046642 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 159, Exhibit D Table: re: Document: TR-BROOKS046642 within cell under column titled: Use Case (after "The" and before "was faced with a live explosive") |

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Fahringer Decl. Ex. A-14 | Report page 160, Exhibit D Table: re: Document: TR-BROOKS046643 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 160, Exhibit D Table: re: Document: TR-BROOKS046643 within cell under column titled: Use Case (after "Child and family services" and before "who is a federal criminal investigator") |
| Fahringer Decl. Ex. A-14 | Report page 160, Exhibit D Table: re: Document: TR-BROOKS046643 within cell under column titled: Use Case (after "By only having an image with latitude and longitude coordinates," and before "and her colleagues used CLEAR to geo-locate") |
| Fahringer Decl. Ex. A-14 | Report page 160, Exhibit D Table: re: Document: TR-BROOKS046643 within cell under column titled: Use Case (after "to identify the subject and other family members." and before "also used CLEAR to locate the minor.") |
| Fahringer Decl. Ex. A-14 | Report page 160, Exhibit D Table: re: Document: TR-BROOKS046645 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 160, Exhibit D Table: re: Document: TR-BROOKS046645 within cell under column titled: Use Case (after "Tax fraud prevention" and before "works in the") |
| Fahringer Decl. Ex. A-14 | Report page 160, Exhibit D Table: re: Document: TR-BROOKS046645 within cell under column titled: Use Case (after "works in the" and before "She was looking for a man who was marked deceased") |
| Fahringer Decl. Ex. A-14 | Report page 160, Exhibit D Table: re: Document: TR-BROOKS046647 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 160, Exhibit D Table: re: Document: TR-BROOKS046647 within cell under column titled: Use Case (after "Child and family services" and before "was assigned to an investigation involving an abduction of an 11 month old child.") |
| Fahringer Decl. Ex. A-14 | Report page 161, Exhibit D Table: re: Document: TR-BROOKS046649 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 161, Exhibit D Table: re: Document: TR-BROOKS046652 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 161, Exhibit D Table: re: Document: TR-BROOKS046652 within cell under column titled: Description/Outcome (after "Using CLEAR's associate analytics" and before "identified that the fugitive's brother") |
| Fahringer Decl. Ex. A-14 | Report page 161, Exhibit D Table: re: Document: TR-BROOKS046652 within cell under column titled: Description/Outcome (after "With this information," and before "and his team was able to locate the fugitive") |

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Fahringer Decl. Ex. A-14 | Report page 162, Exhibit D Table: re: Document: TR-BROOKS046654 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 162, Exhibit D Table: re: Document: TR-BROOKS046654 within cell under column titled: Use Case (after "The" and before "needed to track down veterans who were owed money") |
| Fahringer Decl. Ex. A-14 | Report page 162, Exhibit D Table: re: Document: TR-BROOKS046655 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 163, Exhibit D Table: re: Document: TR-BROOKS049564 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 163, Exhibit D Table: re: Document: TR-BROOKS049564 within cell under column titled: Use Case (after "Child and family services" and before "is a detective with the") |
| Fahringer Decl. Ex. A-14 | Report page 163, Exhibit D Table: re: Document: TR-BROOKS049564 within cell under column titled: Use Case (after "is a detective with the" and before "and he is responsible for cases involving sexually abused children.") |
| Fahringer Decl. Ex. A-14 | Report page 163, Exhibit D Table: re: Document: TR-BROOKS049564 within cell under column titled: Description/Outcome (after "With just a possible first and last name, and the town the girls lived in," and before "turned to CLEAR to help find their abuser.") |
| Fahringer Decl. Ex. A-14 | Report page 163, Exhibit D Table: re: Document: TR-BROOKS049564 within cell under column titled: Description/Outcome (after "turned to CLEAR to help find their abuser." and before "was able to find three names and addresses that could be the potential suspect.") |
| Fahringer Decl. Ex. A-14 | Report page 163, Exhibit D Table: re: Document: TR-BROOKS049566 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 163, Exhibit D Table: re: Document: TR-BROOKS049886 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 163, Exhibit D Table: re: Document: TR-BROOKS049886 within cell under column titled: Description/Outcome (beginning of cell before "works for the") |
| Fahringer Decl. Ex. A-14 | Report page 163, Exhibit D Table: re: Document: TR-BROOKS049886 within cell under column titled: Description/Outcome (after "works for the" and before "where he leverages CLEAR") |
| Fahringer Decl. Ex. A-14 | Report page 163, Exhibit D Table: re: Document: TR-BROOKS049889 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 163, Exhibit D Table: re: Document: TR-BROOKS049889 within cell under column titled: Description/Outcome (after "CLEAR helps" and before "and her team locate those caretakers") |

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Fahringer Decl. Ex. A-14 | Report page 164, Exhibit D Table: re: Document: TR-BROOKS049907 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 164, Exhibit D Table: re: Document: TR-BROOKS049907 within cell under column titled: Use Case (after "Skip tracing" and before "works for the") |
| Fahringer Decl. Ex. A-14 | Report page 164, Exhibit D Table: re: Document: TR-BROOKS049907 within cell under column titled: Use Case (after "works for the" and before "and utilizes CLEAR to find missing people.") |
| Fahringer Decl. Ex. A-14 | Report page 164, Exhibit D Table: re: Document: TR-BROOKS049907 within cell under column titled: Description/Outcome (after "During the holiday season, the" and before "receives many inquiries about missing individuals.") |
| Fahringer Decl. Ex. A-14 | Report page 164, Exhibit D Table: re: Document: TR-BROOKS060413 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 165, Exhibit D Table: re: Document: TR-BROOKS060414 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 165, Exhibit D Table: re: Document: TR-BROOKS060416 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 165, Exhibit D Table: re: Document: TR-BROOKS060418 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 166, Exhibit D Table: re: Document: TR-BROOKS060426 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 166, Exhibit D Table: re: Document: TR-BROOKS060426 within cell under column titled: Description/Outcome (after "Because of" and before "the daughter was able to attend the funeral") |
| Fahringer Decl. Ex. A-14 | Report page 166, Exhibit D Table: re: Document: TR-BROOKS060428 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 166, Exhibit D Table: re: Document: TR-BROOKS060431 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 166, Exhibit D Table: re: Document: TR-BROOKS060431 within cell under column titled: Description/Outcome (after "Because of the information stored in the product," and before "was able to get an indictment on this individual.") |
| Fahringer Decl. Ex. A-14 | Report page 167, Exhibit D Table: re: Document: TR-BROOKS061525 within cell under column titled: CLEAR Customer (all data/information) |

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Fahringer Decl. Ex. A-14 | Report page 167, Exhibit D Table: re: Document: TR-BROOKS064293 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 167, Exhibit D Table: re: Document: TR-BROOKS064293 within cell under column titled: Use Case (after "robbed from the buyer at semi-automatic gun point." and before "and her team had descriptions of the robbers") |
| Fahringer Decl. Ex. A-14 | Report page 168, Exhibit D Table: re: Document: TR-BROOKS102900 within cell under column titled: CLEAR Customer (all data/information) |
| Fahringer Decl. Ex. A-14 | Report page 168, Exhibit D Table: re: Document: TR-BROOKS102900 within cell under column titled: Use Case (after "Law enforcement" and before "conducted a fraud investigation") |
| Fahringer Decl. Ex. A-14 | Report page 168, Exhibit D Table: re: Document: TR-BROOKS102900 within cell under column titled: Description/Outcome (after "These addresses led" and before "to identify two suspects,") |
| Fahringer Decl. Ex. A-17 | Report page 2, Table of Contents (after "6.3.1.3 Mr. Lloyd's" and before "Cost Estimate Does Not Include All Attributable Costs") |
| Fahringer Decl. Ex. A-17 | Report page 5, ¶ 13 (after "He attributes" and before "of Thomson Reuters' "net profits" to California based on") |
| Fahringer Decl. Ex. A-17 | Report page 9, ¶ 21 (entire first sentence, before cite to footnote 11) |
| Fahringer Decl. Ex. A-17 | Report page 9, ¶ 21 (entire Table after "The top ten customers of CLEAR are shown in the table below along with their revenue from December 2020 to February 2021:" to the end of paragraph 21) |
| Fahringer Decl. Ex. A-17 | Report page 9, ¶ 22 (after "Between 2017 and 2021, the percent of revenue from subscription plans was between" and before "and") |
| Fahringer Decl. Ex. A-17 | Report page 9, ¶ 22 (after "and" and before "with the remaining revenue described as "transactional.") |
| Fahringer Decl. Ex. A-17 | Report page 17, ¶ 49 (after "dating back to December 2017, which shows total net profits of approximately" and before "as of the end of 2021.") |
| Fahringer Decl. Ex. A-17 | Report page 18, ¶ 51 (all data/information contained in the right-hand column of Table 2: Lloyd Calculations) |
| Fahringer Decl. Ex. A-17 | Report page 19, ¶ 52 (after "Mr. Lloyd's critical estimate that" and before "of CLEAR's U.S. revenue is attributable to California is calculated as the average of two other figures:") |
| Fahringer Decl. Ex. A-17 | Report page 19, ¶ 52 (after "California's share of U.S. economic activity at" and before "California's arrest rate at") |
| Fahringer Decl. Ex. A-17 | Report page 19, ¶ 52 (after "California's arrest rate at" to end of bullet point/ paragraph 52) |
| Fahringer Decl. Ex. A-17 | Report page 21, ¶ 61 (after "In fact, the profit and loss statements provided by Thomson Reuters indicate that royalties – which I understand relate to costs to acquire data – accounted for approximately" and before "of the direct expenses and") |

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Fahringer Decl. Ex. A-17 | Report page 21, ¶ 61 (after "of the direct expenses and" and before "of total expenses for CLEAR in 2020 and 2021.") |
| Fahringer Decl. Ex. A-17 | Report page 21, ¶ 61 (after "Thus" and before "to") |
| Fahringer Decl. Ex. A-17 | Report page 21, ¶ 61 (after "to" and before "of Thomson Reuters' expenses for providing CLEAR are directed to functionality other than acquiring the data that includes information about California residents.") |
| Fahringer Decl. Ex. A-17 | Report page 21, ¶ 65 (after "First, and most notably, his" and before "profit margin is neither incremental nor gross profits and is inflated.") |
| Fahringer Decl. Ex. A-17 | Report page 21, ¶ 65 (after "Second, Mr. Lloyd's allocation of" and before "of CLEAR's revenue to California is unreliable and based on an ad hoc methodology that contains a calculation error.") |
| Fahringer Decl. Ex. A-17 | Report page 21, FN 53 (after "Royalties for 2020 and 2021 of" and before "respectively out of") |
| Fahringer Decl. Ex. A-17 | Report page 21, FN 53 (after "respectively out of" and before "direct expenses and") |
| Fahringer Decl. Ex. A-17 | Report page 21, FN 53 (after "direct expenses and" and before "of total expenses.") |
| Fahringer Decl. Ex. A-17 | Report page 22, ¶ 65 continued from previous page (after "Lloyd's estimate that" and before "of revenues are attributable to individuals as opposed to businesses") |
| Fahringer Decl. Ex. A-17 | Report page 22, ¶ 66 (after "Mr. Lloyd's estimated incremental profit margin of" and before "is flawed for at least three reasons.") |
| Fahringer Decl. Ex. A-17 | Report page 28, Section header title between ¶¶ 81-82 (after "6.3.1.3 Mr. Lloyd's" and before "Cost Estimate Does Not Include All Attributable Costs") |
| Fahringer Decl. Ex. A-17 | Report page 28, ¶ 82 (after "Mr. Lloyd justifies using a" and before "profit margin for CLEAR on the basis that the only incremental costs that should be considered are transactional royalty costs:") |
| Fahringer Decl. Ex. A-17 | Report page 29, ¶ 82 continued from previous page (after "Various documents produced in discovery reflect that Thomson Reuters's transactional royalty costs are consistently at or below" and before "of the corresponding revenues.") |
| Fahringer Decl. Ex. A-17 | Report page 29, ¶ 82 continued from previous page (after "For that reason, my calculations use the" and before "figure as a reasonable estimate of the relevant marginal costs") |
| Fahringer Decl. Ex. A-17 | Report page 29, ¶ 83 (after "As a starting point, it is worth noting that Mr. Lloyd's" and before "figure is based on two documents – an email exchange and an Excel document") |
| Fahringer Decl. Ex. A-17 | Report page 29, ¶ 83 (after "neither of which explain what the" and before "actually represents or how it should be used,") |
| Fahringer Decl. Ex. A-17 | Report page 29, ¶ 83 (after "Mr. Lloyd understands the veracity of, or the basis for the" and before "figures in these two documents.") |
| Fahringer Decl. Ex. A-17 | Report page 29, ¶ 85 (after "Mr. Lloyd assumes that" and before "of Thomson Reuters' revenue is tied to data on Californians.") |

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Fahringer Decl. Ex. A-17 | Report page 29, ¶ 87 (after "Mr. Lloyd's estimated profit margin of" and before "does not give credit to Thomson Reuters for any costs") |
| Fahringer Decl. Ex. A-17 | Report page 30, ¶ 90 (after "For example, in his deposition, Mr. Lloyd was shown two agreements under which Thomson Reuters agreed to purchase data from the" to end of sentence, before cite to footnote 76) |
| Fahringer Decl. Ex. A-17 | Report page 30, FN 77 (after "My question is: Does your" and before "figure account for the cost savings of terminating a recurring data licensing agreement.") |
| Fahringer Decl. Ex. A-17 | Report page 31, ¶ 91 (after "In summary, Mr. Lloyd's calculation of a" and before "profit margin on sales is the unreliable result of an *ad hoc* and unsound methodology.") |
| Fahringer Decl. Ex. A-17 | Report page 32, ¶ 98 (after "I note that California also has a higher arrest rate" and before "than its share of the U.S. population") |
| Fahringer Decl. Ex. A-17 | Report page 32, ¶ 98 (after "than its share of the U.S. population" to end of sentence, before cite to footnote 84) |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "Furthermore, Mr. Lloyd appears to have made a math error when calculating his" and before "figure.") |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "Mr. Lloyd's representation that the FBI arrest data indicates that California accounted for" and before "of arrests in 2018 is not supported by the data.") |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "The data purportedly used by Mr. Lloyd reports" and before "arrests in California out of a total of") |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "arrests in California out of a total of" and before "arrests in the U.S. for a percentage of arrests in California of") |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "arrests in the U.S. for a percentage of arrests in California of" to end of sentence, before cite to footnote 87) |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "Yet even this" and before "overstates the true percentage because the FBI arrest data states that it is incomplete.") |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "Thus, the actual percentage is somewhat lower than" and before "and Mr. Lloyd's") |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "and Mr. Lloyd's" and before "is unsupported and inflated.") |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "Furthermore, if" and before "arrests are made each year in the U.S., then that means that") |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "arrests are made each year in the U.S., then that means that" and before "or") |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "or" and before "of Americans were arrested in 2018.") |
| Fahringer Decl. Ex. A-17 | Report page 33, ¶ 103 (after "Extrapolating the percent of revenues for CLEAR attributable to Californians based on the" and before "of the U.S. population that was arrested is not representative and is not reliable.") |
| Fahringer Decl. Ex. A-17 | Report page 34, ¶ 104 (after "Mr. Lloyd's selection of California's share of GDP at" and before "is based on 2021.") |

| Decl. / Ex. | Portion(s) to Seal |
|---|---|
| Fahringer Decl. Ex. A-17 | Report page 34, ¶ 104 (after "In 2020, his own data shows that the share was" to end of sentence, before cite to footnote 90) |
| Fahringer Decl. Ex. A-17 | Report page 34, ¶ 106 (after "In summary, Mr. Lloyd's allocation of" and before "of CLEAR revenues to the state of California is *ad hoc*,") |
| Fahringer Decl. Ex. A-17 | Report page 34, ¶ 107 (after "He categorizes" and before "of revenue as being derived from searches related to individuals on the basis of an analysis of search types") |
| Fahringer Decl. Ex. A-17 | Report page 34, ¶ 107 (after "the data indicates that approximately" and before "of all CLEAR searches relate to individuals.") |
| Fahringer Decl. Ex. A-17 | Report page 34, ¶ 108 (after "– it is both. The" and before "calculation relied upon by Mr. Lloyd categorizes all searches described as "Phone Search" as being a search for a person.") |
| Fahringer Decl. Ex. A-17 | Report page 35, FN 96 (after "And is it possible that you took your" and before "figure from these Zeke calculations?") |
| Fahringer Decl. Ex. A-17 | Report page 35, FN 96 (after "It's possible that I directed him using the data to perform some calculations, but yes, this appears to be the source of the" to the end of footnote 96) |

**IT IS SO ORDERED.**

DATED: March 21, 2023

_____
Judge: Hon. Edward M. Chen
United States District Judge

Submitted by:

PERKINS COIE LLP

By: /s/ Susan D. Fahringer
Susan D. Fahringer
Attorneys for Defendant Thomas Reuters Corporation