| | |
|---|---|
| Susan D. Fahringer, Bar No. 21567<br>SFahringer@perkinscoie.com<br>Nicola C. Menaldo, *pro hac vice*<br>NMenaldo@perkinscoie.com<br>Erin K. Earl, *pro hac vice*<br>EEarl@perkinscoie.com<br>Anna M. Thompson, *pro hac vice*<br>AnnaThompson@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>Attorneys for Defendant<br>Thomson Reuters Corporation | Gabriella Gallego, Bar No. 324226<br>GGallego@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: 650.838.4300<br>Facsimile: 650.838.4350<br><br>Hayden M. Schottlaender, *pro hac vice*<br>HSchottlaender@perkinscoie.com<br>PERKINS COIE LLP<br>500 N. Akard Street, Suite 3300<br>Dallas, TX 75201-3347<br>Telephone: 214.965.7700<br>Facsimile: 214.965.7799 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>THOMSON REUTERS CORPORATION,<br><br>                    Defendant. | Case No. 3:21-cv-01418-EMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION REGARDING DEFENDANT THOMSON REUTERS' MOTION TO EXCLUDE TESTIMONY OF FINANCE SCHOLARS GROUP, INC. (DR. TERRY LLOYD)**<br>**(CIV. L.R. 7-11 AND 79-5)**<br><br>Judge: Hon. Edward M. Chen |

# [PROPOSED] ORDER

The Court, having considered Defendant Thomson Reuters' Administrative Motion to File Under Seal Confidential Information Regarding its Motion to Exclude Testimony of Finance Scholars Group, Inc. (Dr. Terry Lloyd) ("Sealing Motion"); the Omnibus Declaration of Hayden M. Schottlaender in Support of TR's (1) Motion to Exclude Testimony of Plaintiffs' Expert Professor Joseph Turow and (2) Motion to Exclude Testimony of Plaintiffs' Expert Finance Scholars Group, Inc. (Dr. Terry Lloyd) ("Schottlaender Declaration"); the previously filed Declaration of Kevin Appold in Support of TR's Administrative Motion to File Under Seal Confidential Information related to its Opposition to Plaintiffs' Motion for Class Certification ("Appold Sealing Declaration") (Doc. 150-3); the Stipulated Protective Order entered in this action (Doc. 70); and all pleadings and papers on file, hereby finds that good cause and compelling reasons exist to seal:

As identified in Table 1 to the Sealing Motion, the following portions of Thomson Reuters' Motion to Exclude Testimony of Finance Scholars Group, Inc. (Dr. Terry Lloyd) and the following portions of Exhibit 1 to the Schottlaender Declaration.

| Cite | Portion(s) to Seal |
|---|---|
| Motion (2:7) | After "Over the period Dr. Lloyd analyzed, recurring revenue made up more than" and before "of TR's revenue" |
| Motion (2:8) | After "from CLEAR, while transactional revenue accounted for just under" and before "*See id.* at 3." |
| Motion (3:2) | Table excerpted from FSG / Dr. Lloyd Expert Report, first row titled: "Revenues" (all data/information contained under columns 2017-2021) |
| Motion (3:4) | Table excerpted from FSG / Dr. Lloyd Expert Report, third row titled: "CLEAR US Revenues" (all data/information contained under columns 2017-2021) |
| Motion (3:7) | Table excerpted from FSG / Dr. Lloyd Expert Report, fifth row titled: "CLEAR California Revenues" (all data/information contained under columns 2017-2021) |
| Motion (3:8) | Table excerpted from FSG / Dr. Lloyd Expert Report, sixth row titled: "California Natural Persons" (all data/information contained under columns 2017-2021) |

| Cite | Portion(s) to Seal |
|---|---|
| Motion (3:10) | Table excerpted from FSG / Dr. Lloyd Expert Report, seventh row titled: "CLEAR California Revenues / Persons" (all data/information contained under columns 2017-2021) |
| Motion (5:7) | After "Dr. Lloyd therefore concluded that plaintiffs are entitled to" and before "of his calculated revenue" |
| Motion (10:17) | After "TR realizes a" and before "profit margin from operating CLEAR." |
| Schottlaender Decl. Ex. 1 | Lloyd Dep. at 61:18 (beginning of line and before "million.") |

IT IS SO ORDERED.

DATED: March 21, 2023

_____
Judge: Hon. Edward M. Chen
United States District Judge

Submitted by:

PERKINS COIE LLP

By: */s/ Hayden M. Schottlaender*
Hayden M. Schottlaender

Attorneys for Defendant
Thomson Reuters Corporation