| | |
|---|---|
| Eric H. Gibbs (SBN 178658) | Mark H. Troutman (*pro hac vice*) |
| Andre M. Mura (SBN 298541) | **GIBBS LAW GROUP LLP** |
| Amy M. Zeman (SBN 273100) | 1554 Polaris Pkwy., Suite 325 |
| Ezekiel S. Wald (SBN 341490) | Columbus, OH 43240 |
| Hanne Jensen (SBN 336045) | Telephone: (510) 350-9700 |
| **GIBBS LAW GROUP LLP** | Facsimile: (510) 350-9701 |
| 1111 Broadway, Suite 2100 | mht@classlawgroup.com |
| Oakland, CA 94607 | |
| Telephone: (510) 350-9700 | Geoffrey A. Graber (SBN 211547) |
| Facsimile: (510) 350-9701 | Karina G. Puttieva (SBN 317702) |
| ehg@classlawgroup.com | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| amm@classlawgroup.com | 1100 New York Ave. NW, Fifth Floor |
| amz@classlawgroup.com | Washington, DC 20005 |
| zsw@classlawgroup.com | Telephone: (202) 408-4600 |
| hj@classlawgroup.com | Facsimile: (202) 408-4699 |
| | ggraber@cohenmilstein.com |
| | kputtieva@cohenmilstein.com |

*Attorneys for Plaintiffs and the Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-1418-EMC-KAW<br><br>**STIPULATION TO AMEND CASE SCHEDULE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rules 6-1 and 7-12, the parties hereby stipulate as follows:

Whereas, the operative case schedule, ECF No. 84, requires the parties to meet and confer within 14 days of a ruling on the motion for class certification to set deadlines for trial expert disclosures and discovery, pre-trial deadlines, and a trial date;

Whereas, the Court granted Plaintiffs' Motion for Class Certification on July 31, 2023, ECF No. 213 (filed under seal, and publicly filed at ECF No. 222 on August 10, 2023);

Whereas, the parties met and conferred on August 14, August 31, and September 15, 2023, regarding the remaining case deadlines; and

Whereas, the parties have prepared the following table summarizing the agreed-upon proposed changes to the case schedule:

| **Current schedule** | **Event** | **Proposed Amended Schedule** |
|---|---|---|
| September 19, 2023 | Status Conference | No change proposed. |
| The parties shall meet and confer within 14 days of a ruling on the motion for class certification to set deadlines for trial expert disclosures and discovery, pre-trial deadlines, and a trial date. | Opening Trial Expert Reports | February 16, 2024 |
| Defer setting this deadline until after a ruling on class certification. | Rebuttal Trial Expert Reports | June 14, 2024 |
| N/A | Reply Trial Expert Reports | August 5, 2024 |
| Defer setting this deadline until after a | Close of Expert Discovery | September 16, 2024 |

| | | |
|---|---|---|
| ruling on class certification. | | |
| Defer setting this deadline until after a ruling on class certification. | Dispositive and Daubert Motion / Motion to Strike Deadline | November 6, 2024 |
| N/A | Deadline for Opposition to Dispositive and Daubert Motion(s) / Motion(s) to Strike | December 13, 2024 |
| N/A | Deadline for Replies in Support of Dispositive and Daubert Motion(s) / Motion(s) to Strike | January 22, 2025 |
| N/A | Hearing on Dispositive and Daubert Motion(s) / Motion(s) to Strike | February 13, 2025 (or another date selected by the Court) |
| Defer setting this deadline until after a ruling on class certification. | Pretrial conference | August 12, 2025 |
| Defer setting this deadline until after a ruling on class certification. | Trial | October 14, 2025 |

**IT IS HEREBY STIPULATED AND AGREED**, subject to Court approval, that the case schedule shall be extended as reflected in the table above.

DATED: September 15, 2023        **GIBBS LAW GROUP LLP**

Respectfully submitted,

*/s/ Andre M. Mura*

Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amy M. Zeman (SBN 273100)
Ezekiel S. Wald (SBN 341490)
Hanne Jensen (SBN 336045)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700
ehg@classlawgroup.com
amm@classlawgroup.com
amz@classlawgroup.com
zsw@classlawgroup.com
hj@classlawgroup.com

Mark H. Troutman (pro hac vice)
**GIBBS LAW GROUP LLP**
1554 Polaris Pkwy., Suite 325
Columbus, OH 43240
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mht@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiffs and the Class*

| | | |
|---|---|---|
| 1 | DATED: September 15, 2023 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Susan D. Fahringer* |
| 4 | | Susan D. Fahringer (SBN 21567) |
| 5 | | Nicola C. Menaldo (*pro hac vice*) |
|   | | Anna M. Thompson (*pro hac vice*) |
| 6 | | 1201 Third Avenue, Suite 4900 |
| 7 | | Seattle, WA 98101-3099 |
|   | | Telephone: (206) 359-8000 |
| 8 | | Facsimile: (206) 359-9000 |
|   | | SFahringer@perkinscoie.com |
| 9 | | NMenaldo@perkinscoie.com |
|   | | AnnaThompson@perkinscoie.com |

Hayden M. Schottlaender (*pro hac vice*)
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
HSchottlaender@perkinscoie.com

Gabriella Gallego (SBN 324226)
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
GGallego@perkinscoie.com

*Attorneys for Defendant*
*Thomson Reuters Corporation*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE, IT IS SO ORDERED.


DATED: _____
EDWARD M. CHEN
United States District Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ *Andre M. Mura*