| | |
|---|---|
| Eric H. Gibbs (SBN 178658) | Mark H. Troutman (pro hac vice) |
| Andre M. Mura (SBN 298541) | **GIBBS LAW GROUP LLP** |
| Amy M. Zeman (SBN 273100) | 1554 Polaris Pkwy., Suite 325 |
| Ezekiel S. Wald (SBN 341490) | Columbus, OH 43240 |
| Hanne Jensen (SBN 336045) | Telephone: (510) 350-9700 |
| **GIBBS LAW GROUP LLP** | Facsimile: (510) 350-9701 |
| 1111 Broadway, Suite 2100 | mht@classlawgroup.com |
| Oakland, CA 94607 | |
| Telephone: (510) 350-9700 | Geoffrey A. Graber (SBN 211547) |
| Facsimile: (510) 350-9701 | Karina G. Puttieva (SBN 317702) |
| ehg@classlawgroup.com | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| amm@classlawgroup.com | 1100 New York Ave. NW, Fifth Floor |
| amz@classlawgroup.com | Washington, DC 20005 |
| zsw@classlawgroup.com | Telephone: (202) 408-4600 |
| hj@classlawgroup.com | Facsimile: (202) 408-4699 |
| | ggraber@cohenmilstein.com |
| | kputtieva@cohenmilstein.com |

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-1418-EMC-KAW<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Edward M. Chen<br>Date: January 9, 2024<br>Time: 2:30 p.m.<br>Courtroom: 5 |

|   |   |
|---|---|
| 1 | Pursuant to the Court's Minute Entry dated September 19, 2023 (ECF No. 226) and L.R. |
| 2 | 16-10(d), Plaintiffs Cat Brooks and Rasheed Shabazz ("Plaintiffs") and Defendant Thomson |
| 3 | Reuters Corporation (collectively, the "Parties") submit this Joint Status Report in advance of |
| 4 | the Case Management Conference set for January 9, 2024 in the above-captioned action. |

**1. STATUS UPDATE**

On September 19, 2023, the Court entered its Minute Order following the parties' status conference on the same date (ECF No. 226). The Court set a subsequent status conference for January 9, 2024, as the parties awaited a decision from the Ninth Circuit on Thomson Reuters' Rule 23(f) petition (*Id.*). On October 26, 2023, the Court granted the parties' stipulation setting forth an updated case schedule through trial (ECF No. 227). On November 17, 2023, the Ninth Circuit denied Thomson Reuters' Rule 23(f) petition (ECF No. 228).

The Court's minute entry (ECF No. 226) additionally required the parties to discuss ADR before the January 9 status conference. The parties met and conferred on December 19, agree that mediation is appropriate here, and are working to schedule a mediation by March 31, 2024.

Dated: January 2, 2024

Respectfully submitted,

/s/ *Andre M. Mura*

Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amy M. Zeman (SBN 273100)
Ezekiel S. Wald (SBN 341490)
Hanne Jensen (SBN 336045)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700
ehg@classlawgroup.com
amm@classlawgroup.com
amz@classlawgroup.com
zsw@classlawgroup.com
hj@classlawgroup.com

|   |   |
|---|---|
| | Mark H. Troutman (pro hac vice) |
| | **GIBBS LAW GROUP LLP** |
| | 1554 Polaris Pkwy., Suite 325 |
| | Columbus, OH 43240 |
| | Telephone: (510) 350-9700 |
| | Facsimile: (510) 350-9701 |
| | mht@classlawgroup.com |
| | |
| | Geoffrey A. Graber (SBN 211547) |
| | Karina G. Puttieva (SBN 317702) |
| | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| | 1100 New York Ave. NW, Fifth Floor |
| | Washington, DC 20005 |
| | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| | ggraber@cohenmilstein.com |
| | kputtieva@cohenmilstein.com |
| | |
| | *Attorneys for Plaintiffs and the Class* |
| DATED:  January 2, 2023 | **PERKINS COIE LLP** |
| |  /s/ *Susan D. Fahringer* |
| | Susan D. Fahringer, Bar No. 21567 |
| | Nicola C. Menaldo, *pro hac vice* |
| | Anna M. Thompson, *pro hac vice* |
| | **PERKINS COIE LLP** |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA  98101-3099 |
| | Telephone: (206) 359-8000 |
| | Facsimile:  (206) 359-9000 |
| | SFahringer@perkinscoie.com |
| | NMenaldo@perkinscoie.com |
| | AnnaThompson@perkinscoie.com |

Hayden M. Schottlaender, *pro hac vice*
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile:  (214) 965-7799
HSchottlaender@perkinscoie.com

Gabriella Gallego, Bar No. 324226
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350
GGallego@perkinscoie.com

*Attorneys for Defendant*
*Thomson Reuters Corporation*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ *Andre M. Mura*