Andre M. Mura (SBN 298541)
Amy M. Zeman (SBN 273100)
Ezekiel S. Wald (SBN 341490)
Hanne Jensen (SBN 336045)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
amz@classlawgroup.com
zsw@classlawgroup.com
hj@classlawgroup.com

[Additional counsel on signature page]

*Attorneys for Plaintiffs and the Class*

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-1418-EMC-KAW<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO VACATE DEADLINES AND SET FURTHER DEADLINES FOR PROPOSED CLASS ACTION SETTLEMENT APPROVAL**<br><br>Judge: Hon. Edward M. Chen |

1  Pursuant to Civil Local Rules 6-2, 7-12, and 16-2(d), the parties—a certified class of
2  California plaintiffs represented by class representatives Cat Brooks and Rasheed Shabazz
3  and class counsel Gibbs Law Group LLP and Cohen Milstein Sellers Toll LLP, and Defendant
4  Thomson Reuters, represented by Perkins Coie LLP—have reached an agreement in principle
5  under the supervision of U.S. District Court Judge Layn Phillips (ret.) for the complete
6  resolution of this certified class action. (Thomson Reuters Enterprise Centre GmbH is also a
7  party to this agreement.)

8  Having reached an agreement in principle, the parties will next finalize a written
9  settlement agreement, and Plaintiffs will prepare a motion for preliminary approval. To
10 facilitate these next steps, the parties jointly request that the Court's order dated October 26,
11 2023 (Doc. 227) and all associated deadlines be vacated, that the current trial setting for this
12 action be vacated, and that the Court set a deadline for the filing of a motion for preliminary
13 approval by August 15, 2024.

14 **IT IS HEREBY JOINTLY REQUESTED THAT THE** Court vacate all pending
15 deadlines for this action and order that a motion for preliminary approval be filed by August
16 15, 2024.

17
18
19  Dated: May 17, 2024                          Respectfully submitted,

20                                               /s/ *Andre M. Mura*
                                                 _____

21                                               Andre M. Mura (SBN 298541)
22                                               Amy M. Zeman (SBN 273100)
                                                 Ezekiel S. Wald (SBN 341490)
23                                               Hanne Jensen (SBN 336045)
                                                 **GIBBS LAW GROUP LLP**
24                                               1111 Broadway, Suite 2100
                                                 Oakland, California 94607
25                                               (510) 350-9700
26                                               amm@classlawgroup.com
                                                 amz@classlawgroup.com
27                                               zsw@classlawgroup.com
28

NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO VACATE DEADLINES
AND SET FURTHER DEADLINES
Case No. 3:21-cv-1418-EMC-KAW

hj@classlawgroup.com

Mark H. Troutman (pro hac vice)
**GIBBS LAW GROUP LLP**
1554 Polaris Pkwy., Suite 325
Columbus, OH 43240
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mht@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiffs and the Class*

DATED:  May 17, 2024

**PERKINS COIE LLP**

 */s/ Susan D. Fahringer*

Susan D. Fahringer, Bar No. 21567
Nicola C. Menaldo, *pro hac vice*
Anna M. Thompson, *pro hac vice*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000
SFahringer@perkinscoie.com
NMenaldo@perkinscoie.com
AnnaThompson@perkinscoie.com

2
NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO VACATE DEADLINES
AND SET FURTHER DEADLINES
Case No. 3:21-cv-1418-EMC-KAW

Hayden M. Schottlaender, *pro hac vice*
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile:  (214) 965-7799
HSchottlaender@perkinscoie.com

Gabriella Gallego, Bar No. 324226
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350
GGallego@perkinscoie.com

*Attorneys for Defendant*
*Thomson Reuters Corporation*

NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO VACATE DEADLINES
AND SET FURTHER DEADLINES
Case No. 3:21-cv-1418-EMC-KAW

1

[PROPOSED] ORDER AS MODIFIED

2    Upon consideration of the Parties' Notice of Settlement in Principle and Joint Request

3    to Vacate Deadlines and Set Further Deadlines for Proposed Class Action Settlement

4    Approval, it is hereby ORDERED that ~~all pending~~ Some deadlines in this action are VACATED, and

5    a motion for preliminary approval will be due by August 15, 2024.

6    PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8    DATED:   June 13, 2024

9    The Hon. Edward M. Chen
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4