Andre M. Mura (SBN 298541)
Ezekiel S. Wald (SBN 341490)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
zsw@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiffs and the Certified Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-1418-EMC-KAW<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Edward M. Chen<br>Date: October 9, 2024<br>Time: 9:30 a.m.<br>Courtroom: 5 |

Pursuant to the Clerk's Notice dated September 5, 2024 (ECF No. 243) and L.R. 16-10(d), Plaintiffs Cat Brooks and Rasheed Shabazz ("Plaintiffs") and Defendant Thomson Reuters Corporation (collectively, the "Parties") submit this Joint Status Report in advance of the Case Management Conference set for October 9, 2024 in the above-captioned action.

1. **STATUS UPDATE**

On August 29, 2024, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement in the above-captioned action. ECF No. 241 (redacted public version); ECF No. 239-2 (unredacted version filed under seal). On September 6, notice was sent by mail to the United States Attorney General and appropriate officials pursuant to 28 U.S.C. § 1715. On September 10, Thomson Reuters filed a statement of non-opposition. ECF No. 245. On September 16, the Court ordered the parties to submit supplemental briefing answering certain questions in advance of the hearing. ECF No. 246. The parties filed their supplemental brief and a supporting declaration from proposed settlement administrator Angeion Group on September 25. ECF No. 250. The hearing for Plaintiffs' Motion and a status conference will be held in person on October 9. ECF No. 243.

Dated: October 1, 2024                          Respectfully submitted,

                                                /s/ *Andre M. Mura*

                                                Andre M. Mura (SBN 298541)
                                                Ezekiel S. Wald (SBN 341490)
                                                **GIBBS LAW GROUP LLP**
                                                1111 Broadway, Suite 2100
                                                Oakland, California 94607
                                                (510) 350-9700
                                                amm@classlawgroup.com
                                                zsw@classlawgroup.com

                                                Geoffrey A. Graber (SBN 211547)
                                                Karina G. Puttieva (SBN 317702)
                                                **COHEN MILSTEIN SELLERS & TOLL PLLC**

|   |   |   |
|---|---|---|
| 1 |  | 1100 New York Ave. NW, Fifth Floor |
| 2 |  | Washington, DC 20005 |
|   |  | Telephone: (202) 408-4600 |
| 3 |  | Facsimile: (202) 408-4699 |
| 4 |  | ggraber@cohenmilstein.com |
|   |  | kputtieva@cohenmilstein.com |

*Attorneys for Plaintiffs and the Certified Class*

DATED:  October 1, 2024                         **PERKINS COIE LLP**

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Susan D. Fahringer*

Susan D. Fahringer, Bar No. 21567
Nicola C. Menaldo, *pro hac vice*
Anna M. Thompson, *pro hac vice*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000
SFahringer@perkinscoie.com
NMenaldo@perkinscoie.com
AnnaThompson@perkinscoie.com

Hayden M. Schottlaender, *pro hac vice*
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile:  (214) 965-7799
HSchottlaender@perkinscoie.com

Gabriella Gallego, Bar No. 324226
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350
GGallego@perkinscoie.com

*Attorneys for Defendant*
*Thomson Reuters Corporation*

3
JOINT STATUS REPORT
Case No. 3:21-cv-1418-EMC-KAW

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ *Andre M. Mura*
Andre M. Mura