Andre M. Mura (SBN 298541)
Ezekiel S. Wald (SBN 341490)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
zsw@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiffs and the Certified Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br><br>THOMSON REUTERS CORPORATION,<br><br>　　　　　　　　　Defendant. | Case No. 3:21-cv-01418-EMC-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CLAIMS PERIOD FROM DECEMBER 6, 2024 TO DECEMBER 27, 2024**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties hereby stipulate as follows:

Whereas, the Court-appointed Settlement Administrator, Angeion Group, has been notifying the class consistent with this Court's Order Granting Preliminary Approval, which set a **December 6, 2024** deadline for class members to submit claims for monetary relief, opt-out of the settlement, or object, ECF No. 259 at 7;

Whereas, the Settlement Administrator recently completed an initial assessment of the claims submitted to date, and has concluded that additional time and work would increase the volume of claims. The Settlement Administrator recommends, and the Parties agree, to extend the December 6 deadline for class members to submit claims for monetary relief to and including **December 27, 2024**;

Whereas, any responses to objections would now be due on January 9, 2025, rather than on December 20, 2024;

Whereas, this extension **does not** require any change to the deadline to file a motion for final approval, which is January 9, 2025, or the date of the Final Fairness Hearing, which is February 13, 2025;

Whereas, the following table summarizes these proposed changes to the case schedule:

| Current schedule | Event | Proposed Amended Schedule |
|---|---|---|
| December 6, 2024 | Response Deadline for Class Members to Opt-Out of the Settlement or Object | No change. |
| December 6, 2024 | Response Deadline for Class Members to Submit Claims for Monetary Relief | December 27, 2024. |
| December 20, 2024 | Responses to Objections Due | January 9, 2025. |
| January 9, 2025 | Deadline for Class Counsel to File Motion for Final Approval | No change. |
| February 13, 2025 | Fairness Hearing | No change. |

**IT IS HEREBY STIPULATED AND AGREED,** subject to the Court's approval, that the case schedule shall be extended as reflected in the table above.

| | |
|---|---|
| DATED: November 30, 2024 | **GIBBS LAW GROUP LLP** |
| | Respectfully submitted, |
| | /s/ *Andre M. Mura* |
| | Andre M. Mura (SBN 298541) |
| | Ezekiel S. Wald (SBN 341490) |
| | GIBBS LAW GROUP LLP |
| | 1111 Broadway, Suite 2100 |
| | Oakland, California 94607 |
| | (510) 350-9700 |
| | amm@classlawgroup.com |
| | zsw@classlawgroup.com |
| | |
| | Geoffrey A. Graber (SBN 211547) |
| | Karina G. Puttieva (SBN 317702) |
| | COHEN MILSTEIN SELLERS & TOLL PLLC |
| | 1100 New York Ave. NW, Suite 800 |
| | Washington, DC 20005 |
| | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| | ggraber@cohenmilstein.com |
| | kputtieva@cohenmilstein.com |
| | |
| | *Attorneys for Plaintiffs and the Certified Class* |

| | |
|---|---|
| DATED: November 30, 2024 | **PERKINS COIE LLP** |
| | By: */s/ Susan D. Fahringer* |

                                Susan D. Fahringer (SBN 21567)
                                Nicola C. Menaldo (*pro hac vice*)
                                Anna M. Thompson (*pro hac vice*)
                                1201 Third Avenue, Suite 4900
                                Seattle, WA 98101-3099
                                Telephone: (206) 359-8000
                                Facsimile: (206) 359-9000
                                SFahringer@perkinscoie.com
                                NMenaldo@perkinscoie.com
                                AnnaThompson@perkinscoie.com

                                Hayden M. Schottlaender (*pro hac vice*)
                                **PERKINS COIE LLP**
                                500 N. Akard Street, Suite 3300
                                Dallas, Texas 75201-3347
                                Telephone: (214) 965-7700
                                Facsimile:  (214) 965-7799
                                HSchottlaender@perkinscoie.com

                                Gabriella Gallego (SBN 324226)
                                **PERKINS COIE LLP**
                                3150 Porter Drive
                                Palo Alto, CA 94304-1212
                                Telephone: (650) 838-4300
                                Facsimile: (650) 838-4350
                                GGallego@perkinscoie.com

                                *Attorneys for Defendant*
                                *Thomson Reuters Corporation*

4
STIPULATION EXTENDING CLAIMS PERIOD
Case No. 3:21-cv-01418-EMC-KAW

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE, IT IS SO ORDERED.

DATED: _____                    _____
                                                                            The Hon. Edward M. Chen
                                                                            United States District Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ *Andre M. Mura*