Andre M. Mura (SBN 298541)
Ezekiel S. Wald (SBN 341490)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
zsw@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

[Additional counsel on signature page]

*Attorneys for Plaintiffs and the Certified Class*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-1418-EMC-KAW<br><br>**NOTICE OF PROPOSED FINAL JUDGMENT**<br><br>Judge: Hon. Edward M. Chen |

1    Pursuant to the Court's Final Approval Order, the parties—a certified class of California plaintiffs represented by class representatives Cat Brooks and Rasheed Shabazz and class counsel Gibbs Law Group LLP and Cohen Milstein Sellers Toll LLP, and Defendant Thomson Reuters, represented by Perkins Coie LLP—submit the attached Proposed Final Judgment of Dismissal with prejudice. ECF No. 280 at ¶ 18 ("The Parties shall submit for the Court's approval and entry a proposed Final Judgment of Dismissal with Prejudice as to Thomson Reuters.").

Dated: February 28, 2025

Respectfully submitted,

 /s/ *Andre M. Mura*

Andre M. Mura (SBN 298541)
Ezekiel S. Wald (SBN 341490)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700
amm@classlawgroup.com
zsw@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiffs and the Certified Class*

| | |
|---|---|
| DATED: February 28, 2025 | **PERKINS COIE LLP** |
| | */s/ Susan D. Fahringer* |
| | Susan D. Fahringer, Bar No. 21567 |
| | Nicola C. Menaldo, *pro hac vice* |
| | Anna M. Thompson, *pro hac vice* |
| | **PERKINS COIE LLP** |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101-3099 |
| | Telephone: (206) 359-8000 |
| | Facsimile: (206) 359-9000 |
| | SFahringer@perkinscoie.com |
| | NMenaldo@perkinscoie.com |
| | AnnaThompson@perkinscoie.com |
| | |
| | Hayden M. Schottlaender, *pro hac vice* |
| | **PERKINS COIE LLP** |
| | 500 N. Akard Street, Suite 3300 |
| | Dallas, Texas 75201-3347 |
| | Telephone: (214) 965-7700 |
| | Facsimile: (214) 965-7799 |
| | HSchottlaender@perkinscoie.com |
| | |
| | Gabriella Gallego, Bar No. 324226 |
| | **PERKINS COIE LLP** |
| | 3150 Porter Drive |
| | Palo Alto, CA 94304-1212 |
| | Telephone: (650) 838-4300 |
| | Facsimile: (650) 838-4350 |
| | GGallego@perkinscoie.com |
| | |
| | *Attorneys for Defendant* |
| | *Thomson Reuters Corporation* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ *Andre M. Mura*