Andre M. Mura (SBN 298541)
Jake M. Seidman (SBN 347953)
**GIBBS MURA LLP**
1111 Broadway, Ste 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
jms@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARACELY SOUCEK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBLOX COROPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., AND RBLXWILD ENTERTAINMENT LLC, <br><br> Defendants. | Case No. 3:23-cv-04146-VC (RI) <br><br> **NOTICE OF CHANGE OF FIRM NAME** <br><br> Judge: Hon. Vince Chhabria |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, GIBBS LAW GROUP LLP, Counsel for Plaintiffs and the Proposed Class, has changed its firm name to GIBBS MURA LLP. The mailing address, telephone, fax, and e-mail addresses remain the same.

Counsel respectfully requests that all notices, orders, pleadings, letters, and all other communications hereafter reflect this change.

Dated: April 11, 2025　　　　　　　　　　Respectfully submitted,

**GIBBS MURA LLP**

*/s/ Andre M. Mura*

Andre M. Mura (SBN 298541)
Jake M. Seidman (SBN 347953)
Hanne Jensen (SBN 336045)
Ezekiel S. Wald (SBN 341490)
**GIBBS MURA LLP**
1111 Broadway, Ste 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
jms@classlawgroup.com
hj@classlawgroup.com
zsw@classlawgroup.com

*Attorneys for Plaintiffs and the Certified Class*