Andre M. Mura (SBN 298541)
Ezekiel S. Wald (SBN 341490)
**GIBBS MURA LLP**
1111 Broadway, Ste 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
zsw@classlawgroup.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-01418-EMC-KAW<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>Judge: Hon. Edward M. Chen |

1   **TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

2       **PLEASE TAKE NOTICE** that effective immediately, GIBBS LAW GROUP LLP,

3   Counsel for Plaintiffs Cat Books and Rasheed Shabazz, individually and on behalf of all

4   others similarly situated, has changed its firm name to GIBBS MURA LLP. The mailing

5   address, telephone, fax, and e-mail addresses remain the same.

6       Counsel respectfully requests that all notices, orders, pleadings, letters, and all other

7   communications hereafter reflect this change.

8

9   Dated: April 11, 2025      Respectfully submitted,

10      **GIBBS MURA LLP**

12      */s/ Andre M. Mura*

13      Andre M. Mura (SBN 298541)
14      Ezekiel S. Wald (SBN 341490)
        **GIBBS MURA LLP**
15      1111 Broadway, Ste 2100
        Oakland, CA 94607
16      Telephone: (510) 350-9700
17      Facsimile: (510) 350-9701
        amm@classlawgroup.com
18      zsw@classlawgroup.com

19      *Attorneys for Plaintiffs and the Certified Class*