Andre M. Mura (SBN 298541)
Ezekiel S. Wald (SBN 341490)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
zsw@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiffs and the Certified Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAT BROOKS and RASHEED SHABAZZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-01418-EMC-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE POST-DISTRIBUTION ACCOUNTING**<br><br>Judge: Hon. Edward M. Chen |

1     Pursuant to Civil Local Rule 7-12, the parties hereby stipulate as follows:

2     Whereas, on February 21, 2025, the Court granted Plaintiffs' Motion for Final Approval of Class Action Settlement, ECF No. 280, and set a hearing for post-distribution accounting on August 26, 2025, with a status report due on August 12, 2025, ECF No. 278;

    Whereas, the Court-appointed Settlement Administrator, Angeion Group, has been distributing settlement funds to the Class pursuant to the Court's Final Approval Order;

    Whereas, the Parties provide this update to the Court regarding the distributions to date, and based on information from Angeion Group, request a short extension of time to file the post-distribution accounting;

    Whereas, on April 15, 2025, Angeion Group mailed checks to class members who elected to receive physical checks in their claim forms;

    Whereas, on April 22, 2025, Angeion Group sent out digital payments to class members who elected to receive digital payments in their claim forms;

    Whereas, a small percentage of class members elected to receive digital payments, but had issues receiving their selected payment method (for example, they used an old account number), and Angeion Group worked with these class members to get an updated payment method selected by June 19, 2025;

    Whereas, on June 20, 2025, Angeion sent out the "second chance" digital payments for those class members who provided updated payment information and chose to receive digital payments through E-Mastercard, ACH or Zelle;

    Whereas, on June 30, 2025, Angeion sent out the "second chance" digital payments for those class members who provided updated payment information and chose to receive digital payments through PayPal or Venmo;

    Whereas, on July 3, 2025, Angeion reissued "second chance" paper checks to class members who had selected paper checks in their original claim form, but had that check returned (such as for an invalid address) or did not cash the checks within the initial 30-day void period, and, upon follow-up from Angeion, the class member either chose to receive a second paper check or did not select a new digital method for their second chance payment;

1  Whereas, if any of the class members who selected a digital second chance payment
2  experience a second payment failure, Angeion will issue those class members a paper check on
3  or around September 4, 2025, which will be valid for 30 days (until on or around October 4,
4  2025);
5  Whereas, at that time, Angeion will be able to complete a full reconciliation of the
6  distribution of settlement funds;
7  **IT IS HEREBY STIPULATED AND AGREED,** subject to the Court's approval, that the
8  August 26 hearing on post-distribution accounting be vacated and rescheduled for November
9  4, 2025, at 2:30 pm, with a post-distribution accounting report to be filed two weeks prior (by
10 October 21, 2021).

DATED: August 4, 2025          **GIBBS LAW GROUP LLP**

Respectfully submitted,

/s/ *Andre M. Mura*

Andre M. Mura (SBN 298541)
Ezekiel S. Wald (SBN 341490)
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, California 94607
(510) 350-9700
amm@classlawgroup.com
zsw@classlawgroup.com

Geoffrey A. Graber (SBN 211547)
Karina G. Puttieva (SBN 317702)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiffs and the Certified Class*

| | |
|---|---|
| DATED: August 4, 2025 | **PERKINS COIE LLP** |

By: */s/ Susan D. Fahringer*

    Susan D. Fahringer (SBN 21567)
    Nicola C. Menaldo (*pro hac vice*)
    Anna M. Thompson (*pro hac vice*)
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: (206) 359-8000
    Facsimile: (206) 359-9000
    SFahringer@perkinscoie.com
    NMenaldo@perkinscoie.com
    AnnaThompson@perkinscoie.com

    Hayden M. Schottlaender (*pro hac vice*)
    **PERKINS COIE LLP**
    500 N. Akard Street, Suite 3300
    Dallas, Texas 75201-3347
    Telephone: (214) 965-7700
    Facsimile:  (214) 965-7799
    HSchottlaender@perkinscoie.com

    Gabriella Gallego (SBN 324226)
    **PERKINS COIE LLP**
    3150 Porter Drive
    Palo Alto, CA 94304-1212
    Telephone: (650) 838-4300
    Facsimile: (650) 838-4350
    GGallego@perkinscoie.com

    *Attorneys for Defendant*
    *Thomson Reuters Corporation*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, the August 26 hearing on post-distribution accounting is vacated and rescheduled for November 4, 2025, at 2:30 pm, with a post-distribution accounting report to be filed two weeks prior (by October 21, 2021).

DATED: _____          _____
                                                                                      The Hon. Edward M. Chen
                                                                                      United States District Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ *Andre M. Mura*