UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAT BROOKS, et al.,<br>          Plaintiffs,<br>    v.<br>THOMSON REUTERS CORPORATION,<br>          Defendant. | Case No. 21-cv-01418-EMC<br><br>**ORDER**<br><br>Docket Nos. 288, 291 |

The Court has received the Supplemental Weisbrot Declaration, including exhibits, addressing Angeion's relationship with Blackhawk (the vendor for the prepaid Mastercards). Based on that information, the Court shall not require further action on the part of the parties or Angeion. However, consistent with Judge Davila's statements in *Cabrera v. Google, LLC*, No. 5:11-cv-01263-EJD, 2025 U.S. Dist. LEXIS 169496, at *14-15 (N.D. Cal. Aug. 29, 2025), the Court expects that, in the future, Angeion and any other settlement administrator shall provide a full disclosure of all financial arrangements it has with third parties related to the administration of the settlement (*e.g.*, as part of its bid for selection as settlement administrator and, if selected, to the Court to whom the settlement is proposed). The Court also expects the parties to affirmatively ask the settlement administrator about any such financial arrangements.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The Court remains concerned about compensation paid by vendors to class action administrators and the potential for conflicting interests.

**IT IS SO ORDERED**.

Dated: November 17, 2025

_____
EDWARD M. CHEN
United States District Judge